**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC<br>and<br>INTELLECTUAL VENTURES II LLC,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO GROUP LIMITED,<br><br>Defendant. | Civil Action No. 1:25-cv-834<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs, Intellectual Ventures I LLC ("Intellectual Ventures I") and Intellectual Ventures II LLC ("Intellectual Ventures II") (together "IV"), for its complaint against Defendant Lenovo Group Limited ("LGL") hereby allege:

**THE PARTIES**

1. Intellectual Ventures I is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

2. Intellectual Ventures II is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

3. Upon information and belief, LGL is a foreign corporation organized and existing under the laws of China, with its principal place of business located at Building 2, No. 10 Courtyard Xibeiwang East Road, Haidian District, 100094, Beijing, China and may be served pursuant to the provisions of the Hague Convention. Upon information and belief, LGL also has a principal place of business located at Lincoln House, 23rd Floor, Taikoo Place, 979 King's Road, Quarry Bay, Hong Kong, S.A.R.

4. Upon information and belief, LGL is the parent company of a multinational conglomerate that operates under the name "Lenovo" and refers to itself and its subsidiaries as the "Group." LGL purports to be a US $57 billion annual revenue, Fortune Global 500 company serving customers in 180 markets around the world, including within the United States where it is a leading manufacturer and seller of laptop computers, desktop computers, smartphones, and tablets. Upon information and belief, each member of the "Group" is directly or indirectly a wholly owned subsidiary of LGL, which is the parent corporation of or otherwise controls each member. These entities are collectively referred to herein as "Lenovo".

5. Upon information and belief, LGL and each member of the "Group" are part of the same corporate structure and distribution chain and have acted in concert with respect to the facts alleged herein such that any act of LGL is attributable to every other member of the "Group" and vice versa.

## NATURE OF THE ACTION, JURISDICTION, AND VENUE

6. IV brings this action for patent infringement pursuant to 35 U.S.C. § 271, *et seq.* This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

7.      This Court has general and specific personal jurisdiction over LGL pursuant to due process and/or the Texas Long Arm Statute.  LGL has sufficient minimum contacts with the forum because, *inter* alia, (i) LGL has done and continues to conduct business in Texas including in this District and (ii) LGL has, directly and through intermediaries, committed and continues to commit acts of patent infringement in Texas including in this District.  Moreover, LGL actively directs its activities to customers located in the State of Texas and this District.

8.      For example, on information and belief Lenovo Group members, acting at the direction of LGL, sell within this District, the State of Texas and elsewhere in the United States products accused of infringement in this case.  LGL works in conjunction and through its foreign and domestic subsidiaries including Lenovo PC HK Limited, Inc., a world-wide distribution and procurement entity, and Lenovo (United States) Inc., which contracts with Lenovo PC HK Limited, Inc. to obtain Lenovo products and distribute them throughout the United States, including Texas. These activities are coordinated and overseen by the LGL "procurement department," which consists of the employees of numerous LGL subsidiaries and is led by LGL's COO. LGL directs Lenovo PC HK Limited Inc., and other affiliated entities to purchase products ordered by consumers in the United States from LGL's wholly owned or partner manufacturing facilities and then sell the products to Lenovo (United States) Inc., which then imports the products into the United States, including through a large distribution facility in Laredo, Texas. Through these activities LGL has received hundreds of millions of dollars in annual income from the United States market, including Texas.

9.     This has given rise to this action and has established more than minimum contacts with this District, such that exercise of jurisdiction over LGL in this Court would not offend traditional notions of fair play and substantial justice.

10.     Venue is proper in this District under 28 U.S.C. § 1391(c)(3) and 1400 (b) because: (i) a substantial part of the acts of infringement by Defendants that gave rise to the claims in this Complaint have occurred and continue to occur in this District, and (ii) Defendant is a foreign entity.

## FACTUAL BACKGROUND

11.     Intellectual Ventures Management, LLC ("Intellectual Ventures") was founded in 2000.  Intellectual Ventures fosters inventions and facilitates the filing of patent applications for those inventions; collaborates with others to develop and patent inventions; and acquires and licenses patents from individual inventors, universities, corporations, and other institutions.  A significant aspect of Intellectual Ventures' business is managing the plaintiffs in this case, Intellectual Ventures I and Intellectual Ventures II.

12.     One founder of Intellectual Ventures is Dr. Nathan Myhrvold, who worked at Microsoft from 1986 until 2000 in a variety of executive positions, culminating in his appointment as the company's first Chief Technology Officer ("CTO") in 1996.   While at Microsoft, Dr. Myhrvold founded Microsoft Research in 1991 and was one of the world's foremost software experts.  Between 1986 and 2000, Microsoft became the world's largest technology company.

13.     Under Dr. Myhrvold's leadership, Intellectual Ventures acquired thousands of patents covering many important inventions of the Internet era, including many pertaining to the

networking and computing technologies that form the foundation of the Internet. Many of these inventions coincided with Dr. Myhrvold's successful tenure at Microsoft.

**Hardware Support for Virtual Machine Context Switching**

14.    An area of importance in the computer era is virtualization, including virtual machine technology. The use of virtual machines ("VMs") has become increasingly common in enterprise environments over the past decade, and even today user equipment ("UE") (e.g., smartphones), computers, and tablets, such as those sold by Defendant, rely heavily on VMs because of their versatility and superior resilience against security threats. Despite these and other benefits, however, certain inefficiencies nevertheless plagued virtual machine implementations on computers.

15.    One example of such an inefficiency arose in computers that performed conventional hardware-based context switching. In such computers, multiple processes (each process representing a distinct instruction stream being executed by an operating system that is running on a processor, and that at any given time imposes a state on a processor), could execute on a single processor (e.g., a Central Processing Unit, or "CPU"). More specifically, a first process could use and control a CPU for a certain time period, and before allowing a second process to use and control that same CPU, save the state of the first process at the time that control of the CPU is passed to the second process. The last saved state of the second process is restored to the CPU before allowing the second process to use and control the CPU. Hardware-based context switching is the hardware-based process of storing and restoring the state of a CPU as one process, such as the first process, and handing over control of the CPU to another process, such as the second process. The stored/restored state is known as a "context." The context switching system saves the

state of the second process when control of the CPU is passed back to the first process, restoring the last known state of the first process to the CPU so that the first process can return to using and controlling the CPU. An aspect of a CPU state that is saved whenever a process temporarily relinquishes control of the CPU as just described, comprises the contents of the transaction lookaside buffer (TLB) and virtually tagged caches, which though different from one another in some respects, each comprise a high-speed cache memory in which the CPU places addresses of instructions it expects to execute for the process that currently controls it. Whenever a context switch occurs between the first process and the second process, the TLB entries (for example, as opposed to the virtually tagged cache entries) of the first process (part of the CPU state for the first process), are flushed out of the TLB and stored for later use when control is returned back to the first process, and the TLB entries of the second process are written to the TLB for use by the second process.

16.    In conventional computers that supported VMs, conventional hardware-based context switching was often coupled with hardware-based "world switching." Whereas context switching comprises storing and restoring the state of a CPU such that multiple processes can share a CPU, world switching comprises storing and restoring the state of a CPU such that multiple VMs can share a CPU by switching between two or more VMs of a virtual machine supporting computer (i.e., switching between two or more "worlds"). As with context switching, when world switching was performed, the CPU state needed to be periodically saved and restored and the computer needed to flush its TLB. As a result, the TLB was flushed when performing both process-level context switches and VM-level world switches, leading to frequent and computationally expensive TLB flushes.

17.     To address these and other problems in the art, Guillermo Rozas and Alex Klaiber, then employees at Transmeta Corporation ("Transmeta"), a fabless[1] semiconductor company founded in 1995, developed a method of tagging TLB/cache entries to support both world switching for different virtual machines each running on a single host machine (i.e., a physical computer); and context switching for different processes running on a single virtual machine, while reducing the expense of flushing that came with frequently flushing the TLB on both world switches and context switches.  This modification to conventional context switching involves associating each entry in a TLB with an identifier that denotes a process, and an identifier that denotes a VM.  This method allows entries for multiple processes and multiple VMs to exist in a single TLB, since the CPU can now know from the identifiers of each entry which entries correspond to which processes and VMs.  This in turn made it easier to retain TLB entries that correspond to memory pages that serve more than one VM, also called "global" pages. Since global pages do not need to be flushed, identifying such pages reduces the need for frequent TLB flushes during context switches in multiple-VM systems, improving efficiency over multiple-VM computers with conventional TLB systems.

18.     Transmeta launched its first product, the Crusoe processor, in January 2000, and its second processor, the Efficeon, in October 2003. The company's initial public offering on November 7, 2000, was the last of the great high-tech IPOs up through 2000, with its opening-day performance not being surpassed until Google Inc.'s IPO in 2004.

---

[1] A "fabless" company designs but does not fabricate microchips.

19.     In October 2006, Transmeta sued Intel Corporation for the infringement of ten Transmeta patents covering computer architecture and power efficiency technologies by making, using and selling a variety of microprocessors, including Intel's Pentium III, Pentium 4, Pentium M, Core and Core 2 product lines.  One year later, in October 2007, Transmeta and Intel settled the case, with Intel agreeing to pay Transmeta $150,000,000 up front and an additional $20,000,000 per year for five years.

20.     Transmeta was acquired by Novafora Inc. in January 2009 for $255,600,000.  Intellectual Ventures acquired much of the patent portfolio, including two of the asserted patents discussed below—the following month.

21.     Defendant makes, uses, and sells devices that include embedded ARM Cortex-A78 processors, which are configured to provide hardware support for context switching in a multiple VM computing device, such as the Motorola Moto G Stylus 5g smartphone.

**Intra-cycle Timing Relationships in Integrated Circuits**

22.     An additional area of continued importance in the computer industry is the design and fabrication of high-performance signaling mechanisms for digital integrated circuit devices. For example, with respect to high-performance memory modules (e.g., Double Data Rate ("DDR") memory), ensuring reliability in their design and fabrication had become problematic for many OEMs by 2003.  Slower memory bus speeds prior to 2003 provided hardware designers significant margins-of-error ("margins") when designing and fabricating memory modules and memory controllers.  As memory bus speeds began approaching the rates supported by the Double Data Rate 2 ("DDR2") standard in 2003, the industry recognized that hardware modules communicating at such speeds required even more exacting control of their critical timing specifications, which meant

smaller margins for design parameters that had to be more strictly maintained to keep the entire memory / memory controller system in balance. A DDR2 memory module and its controller had to provide reliability, speed, and proper timing to ensure the overall system (e.g., CPU, bridge components, peripheral buses, etc.) operated at peak performance.

23. Memory modules, such as DDR2 modules, are controlled by memory controllers using various types of signals. DDR2 memory relies on a clock signal, commonly referred to as CLK, to coordinate operations. Various commands set the DDR2 memory's operation mode through command signals. The locations or the addresses of the data to be read from or written to the DDR2 memory are provided via address signals. Often, the same physical bus is used to provide both commands and addresses. Hence, that bus is referred to as the command-address bus. The corresponding signals are referred to as command-address (CA) signals. The data being read from or written to DDR2 memory is transmitted on a DQ bus, with the corresponding signals referred to as DQ. A sampling signal (also called a strobe signal), referred to as DQS, is generally used to provide precise timing for accessing the data from a DDR2 memory module. The DQS signal is provided on a bus referred to as the DQS bus.

24. To allow a processor to perform memory read and write operations without substantial errors, the DDR2 memory controller synchronized these various types of signals—including CLK, CA, DQ, and DQS—to coordinate the high-speed timing of data, address and command transfers between various modules. As the clock speeds associated with data processing and memory access increased, maintaining synchronization across all these signal types became increasingly critical. At high speeds, even small timing variations on the order of nanoseconds can cause one type of signal to be out of synchronization with another type of signal, which may cause

read/write errors.  Such timing variations and the associated read/write errors occurred because of environmental factors such as electromagnetic interference, high/varying temperatures in and around the computer's modules, and changes in behavior of the computer's modules as they aged, which all impacted the operating parameters of DDR2 memory. Over time, these factors caused previously synchronized systems to fall out of synchronization, leading to performance loss or errors in data.  To avoid these errors, the memory controller had to account for such timing variations and control the relative timing or phase shifts of the different types of DDR2 memory signals.

25.     To help address problems such as the ones identified above, Guillermo J. Rozas, at the time an engineer for Transmeta, developed a method and system for automatic synchronization of these signals that could be performed by a memory controller throughout the life of high-speed memory such as DDR2 modules, even as the operating parameters of the modules varied over time. These methods and systems vary and explore relative timing (e.g., phase relationships) of the CA, DQ, and DQS signals.  The timings are analyzed to identify a range of relative timings (e.g., phases) for each of these signals within which the CA, DQ, and DQS signals are synchronized enough to yield satisfactory read/write performance even as the operating characteristics of a memory vary over time. In this way, memory modules can be automatically calibrated as various conditions vary. Such calibration has been found to be essential to high-speed and/or high throughput (data rate), and substantially error-free operation of DDR2 memories and their successors such as LPDDR4 and LPDDR5 memories.

26.     Defendant makes, uses, and sells devices that include mobile phones, laptop computers and tablet devices that include Qualcomm processors that control and automatically

calibrate LPDDR4, LPDDR4X, LPDDR5, or LPDDR5X memories, such as the Lenovo Yoga Slim 7x and ThinkPad T14s Gen 6 Snapdragon.

**Cyclic Diversity in Wireless Communications**

27. A further area of importance in today's computers is their support of high-speed wireless communications. Wireless system designers have continually developed new techniques for increasing data rates even when constrained by limited available radio frequency ("RF") spectrum and even when radio conditions were suboptimal. One of these techniques was orthogonal frequency division multiplexing ("OFDM") transmission. In OFDM transmissions, a radio channel is divided into a large number of closely spaced subchannels; an outgoing bitstream representing data to be transmitted is divided into multiple sub-bitstreams; and each sub-bitstream is transmitted over a subchannel in parallel with other sub-bitstreams that are each transmitted over their respective subchannels. Since the conditions in radio channels that are likely to deteriorate signal quality tend to vary in effect with frequency (i.e., with channel/subchannel), by spreading the bitstream across a large number of subchannels that are being impacted differently by given radio conditions, OFDM system transmissions are more resilient in the face of problematic radio conditions.

28. Another technique used to improve wireless communication systems was the use of guard intervals. Each sub-bitstream in an OFDM system comprises a series of symbols (i.e., a waveform transmitted on a communication channel) that persist for a fixed period of time, and from which data can be extracted by taking samples of that waveform. Each of a successively transmitted pair of symbols is separated by a guard interval (a gap in time between successively transmitted symbols) that provides a buffer between the two symbols. This buffer makes transmission channels

more resilient against inter-symbol interference ("ISI"), which occurs when a receiver detects parts of two symbols at the same time and has difficulty separating them since they interfere with one another at the receiver.

29.     Yet another technique for improving wireless communications was the use of multiple antennas in a single device, sometimes referred to as multiple input, multiple output ("MIMO"), which enables simultaneous or substantially simultaneous transmission of the same bitstream/sub-bitstream over one frequency or one set of frequencies.  Specifically, two or more versions or copies of the same the bit stream are transmitted from each of the antennas of the multi-antenna system at substantially the same time.  When combined with OFDM, MIMO increases speed and/or improves reliability, such as by transmitting two copies of the same signal (for redundancy) across the same subchannels at substantially the same time using different MIMO antennae.

30.     Such use of OFDM and MIMO also introduced challenges, particularly when a multi-antenna MIMO enabled transmitter was transmitting such data to a single antenna single input, single output ("SISO") receiver.  For example, when one of the two signals transmitted from the MIMO transmitter follows a direct path and the other a less direct path because it is bouncing off buildings and other impediments that did not impact the first signal (collectively, the signals follow a multipath), constructive interference (when multiple signals interact with one another to increase their amplitudes) or destructive interference (when multiple signals interact with one another to decrease their amplitudes) can occur between the two signals when received at the SISO device.  One way that conventional systems addressed this problem was by implementing linear delay diversity schemes in which the transmission of one of the two signals from a MIMO system,

is delayed relative to the other signal from the MIMO system, so as to temporally decorrelate the two signals.  By temporally decorrelating the transmissions of the two signals, linear delay diversity schemes tend to reduce constructive and destructive interference between those signals.  But by slightly delaying transmission of a second signal relative to transmission of a first signal, besides causing behavior that looks like multipath fading from the receiver's perspective, part or all of one signal is received at the same time as the guard interval of the other signal is received (i.e., a guard interval of the other signal is said to be consumed).  This in turn means that the delays used in the linear delay diversity technique are not limited in duration by the length of the selected guard interval, or that a longer guard interval is needed to accommodate the consumption caused by the liner delay diversity scheme which can add undesirable transmission delays.

31.    To avoid the problems of linear diversity schemes, a technique known as cyclic delay diversity was introduced, which provides diversity between the first and second signals while allowing for the use of guard intervals that are smaller than those needed for linear delay diversity. In cyclic delay diversity schemes, the symbols carried by a signal are *cyclically* as opposed to linearly delayed.  That is, instead of delaying the transmission of one symbol in one signal by delaying transmission of each of the tones comprising that symbol by a predefined number of samples as in a linear diversity schemes, in a cyclic diversity scheme, each tone is cyclically shifted by a predefined number of samples resulting in a circular shift of all of the samples involved (i.e., such that from a linear perspective, some tones of the symbol are sent earlier and some tones of the sequence are sent later).  When a cyclic delay diversity scheme is applied to a symbol, unlike with a linear delay diversity scheme which causes guard interval consumption, the boundary of the cyclically delayed signal remains unchanged relative to that of the undelayed signal which keeps

their guard intervals aligned with one another.   This in turn means that in a cyclic delay diversity scheme, the delays used are not limited in duration by the length of the selected guard interval, as in the linear delay diversity technique, and that a longer guard interval is not needed.

32.     But cyclic delay diversity schemes present their own problems, especially for SISO receivers.  By sending a signal and a slightly cyclically delayed version of that signal at the same time, the single antenna receiver might not be able to tell if the second signal, relative to the first signal, is: (i) cyclically delayed or (ii) linearly delayed (e.g., due to the second signal taking a relatively longer, indirect path, in which it  bounced off one or more objects before reaching the receiver).  The receiver is unaware that a MIMO transmitter introduced a delay, but the boundary of the symbol remained unchanged.  As such, the receiver is unable to distinguish whether the observed sample shift resulted from a cyclic delay or from a linear delay, which in turn might cause the receiver to incorrectly acquire the signals (i.e., by not correctly identifying the location of the guard interval of the signal, and thus not correctly identifying the boundary between two successively received symbols in that signal).

33.     To address these and other problems in the art, Mark Webster and Michael Seals, at the time engineers for Conexant Systems ("Conexant"), developed improved systems and methods of wireless communication, which included, but were not limited to, an improved signal transmitting system capable of manipulating OFDM data packets and data streams using a cyclic diversity scheme based on cyclic advancement rather than cyclic delay.  The inventors discovered that cyclic advance diversity systems far more easily identify the location of the guard interval of the signal, and thus correctly identify the boundary between two successively received symbols in that signal than a cyclic delay diversity system.  This is because a cyclic advance, unlike a cyclic

delay, provides a sample shift that is in a direction opposite to any sample shift that occurs as a result of a multipath transmission caused by objects in the path of one of the signals, for example. This means that the novel cyclic advance diversity system invented by Webster and Seals provides a temporal decorrelation on the same order as that of a cyclic delay diversity scheme while avoiding/mitigating the likelihood that a single antenna receiver might misunderstand a received signal as being a signal that is delayed by multipath propagation.  This allows the signal antenna receiver to more easily and accurately acquire the transmitted signals, which in turn improves packet reception performance and reduces packet transmission error rates of the communications.

34.    Defendant makes, uses, and sells devices that include embedded wireless 802.11n, 802.11ac and 802.11ax compliant chipsets configured to use MIMO and OFDM with a cyclic advance diversity feature whose use is mandated under each of those 802.11 standards, such as the Lenovo ThinkPad T14s Gen 6, Legion Tab Gen 3, and Motorola Razr+ 2024.

**Wireless Network Communications**

35.    Another area of particular importance in today's computing environments is the efficiency of wireless communications systems.  More specifically, a key design objective is to increase transmission speeds without increasing the amount of overhead used to achieve those higher speeds.  This objective is important when wireless communication systems implement beam forming.

36.    In wireless communication, beamforming is generally understood as limiting the radiation of a transmitted signal in a selected direction, so that the signal strength is high along the selected direction and substantially weaker along other directions.  Beamforming can be used to increase the overall transmission speeds.  In order to facilitate beamforming, the transmitter and

receiver need to coordinate various parameters of the wireless medium and the transmitted/received signals, which it to say that the wireless system as a whole needs to increase the amount of overhead (i.e., the communication of these parameters) it is handling. These parameters are commonly known as the steering matrix. To generate the steering matrix, the transmitters and receiver need to exchange with one another many signal measurements, which can be accomplished by exchanging a lengthy series of messages between the transmitter and receiver. These measurements, and the many wireless frames used to carry this information such as the address data placed inside each of those frames, are all forms of overhead that exacerbated the associated delays when a series of messages needed to be exchanged as in a beamforming implementation. This often reduced the overall efficiency and performance of the wireless systems.

37.    To address these and other problems in the art, Menzo Wentink, at the time an engineer for Conexant, developed improved systems and methods of using transmit announcement indications in wireless networks, which include, but are not limited to, an improved scheme for reducing the overhead required to send and receive large amounts of information, such as the overhead required to implement beamforming, between stations and access points. In one embodiment, a transmitting device (which can be an access point or a station) sends a first message (e.g., via a first communication frame) to a receiving device (which can be a station or an access point), which includes an announcement indicating that a second message (e.g., a second communication frame) from the transmitting device is forthcoming. This announcement enables the transmitting device to send subsequent messages without including in the wireless frame the address of the receiving device that is conventionally required to identify the intended recipient. The omission of the address of the receiving device in the subsequent messages provides an

invaluable reduction in overhead. That is, the omission of address information allows parts of a wireless transmission (i.e., part of a frame) that would have otherwise been used to communicate an address to now be used to carry other information, providing a reduction in overhead. Thus, the efficiency of the wireless system can be increased when implementing overhead-intense features such as beamforming.

38.    This improvement can be realized, however, only if the subsequent messages are transmitted soon after the transmission of the first announcing message. Otherwise, devices may transmit intervening messages. Intervening transmissions in turn can cause erroneous message delivery, requiring retransmissions, which can result in performance and efficiency degradation.

39.    Therefore, in addition to proposing an improved, efficient communication technique that reduced overhead, Wentink's invention provided further refinement that can mitigate the problem of devices that wish to transmit messages between the first frame that announces the impending arrival of a second frame, and the second frame itself which lacks an address and thus results in lower overhead. According to that refinement, the subsequent messages may be transmitted immediately after a defined minimum delay that is required between two successive 802.11 wireless frames. Under the 802.11 standards, such a delay is referred to as short inter frame space ("SIFS"). By limiting the delay between a first message that announces the second (and additional subsequent) messages and such second messages that are devoid of the address of the receiving device to SIFS, the overall communications can be performed without causing miscommunication from intervening messages. This can substantially increase system performance and efficiency.

40.     Defendant makes, uses, and sells devices that include embedded wireless 802.11ac compliant chipsets configured to receive or use transmit announcement indications using the very high transmission ("VHT") sounding protocol, which uses Wentink's novel system to reduce overhead when implementing beamforming under the 802.11ac standard. These Lenovo devices are numerous and include at least the Lenovo Yoga Tab Plus.

**Dual Radio Access Technology Wireless Communications**

41.     Another area of particular importance today is data and multimedia wireless communication using mobile devices.  Mobile devices are being increasingly used to stream multimedia content from various services such as YouTube, Netflix, Amazon and Hulu.  Even modern technologies, however, often get overwhelmed by the occasionally massive demand for streaming services.  Users can still experience delays in content delivery and unreliable wireless connections.

42.     Wireless cellular networks provided by AT&T and Verizon, for example, have been significantly upgraded roughly every ten years by applying brand new radio access technologies ("RATs") that significantly increase the capacity of the network by changing its RAT.  The RAT used by mobile phones (also known as user equipment or "UEs") to access 4G/LTE networks for example is very different than that used to access 5G networks. But because of the stratospheric costs of deploying each of those networks, they co-exist for a long period of time until the later-deployed RAT network eventually completely displaces the older RAT network.  During this period of co-existence, UEs need to be able to communicate with either RAT, where one, usually older RAT may serve as a fallback if another, usually newer RAT could not be used.

43. Inventors Haris Zisimopoulos, Chandrika K. Worrall, and Alan Edward Jones, at the time at IPWireless, Inc., developed improved systems and methods that address the problem of meeting the massive demand for streaming services, using two sperate connections having different RATs. Specifically, they invented a system where different RATs are not used merely as fallback to one-another, but that allows a UE that has been directed to download massive amounts of data, such as from a streaming service, to do so using two RATs simultaneously, such as a 4G/LTE RAT and a 5G RAT. To minimize the overhead of employing two simultaneous connections via two different RATs, the same protocol and security keys are used for both RATs. This allows for efficient delivery of massive amounts of data to the UE using through two wireless UE connections that each uses a different RAT.

44. Defendant makes, uses, and sells UEs such the Motorola moto g Stylus 5G smartphone that includes Qualcomm Snapdragon chipsets that feature dual simultaneous connectivity using 4G/LTE and 5G RATs.

**Paging in a Wireless Network**

45. An essential aspect of modern cellular communication is the paging procedure, which enables a cellular network to wake up user equipment (e.g., "mobile terminal," such as a smartphone) from sleep mode in a network-initiated connection. The paging procedure is so fundamental to the functioning of modern mobile terminals that it is invoked every few seconds to every few minutes on each such terminal when the terminal (e.g., a phone) is in sleep mode, and even more frequently when the mobile terminal supports many messaging applications such as email and other messaging applications. Sleep mode is activated to conserve battery power in mobile terminals and conserve other network resources. When in sleep mode, the mobile terminal

is often inactive and does not transmit and/or receive traffic data. When a network-initiated connection is required with a mobile terminal that is in sleep mode, for example, because someone is trying to place a call into the mobile terminal, paging is used to wake up the mobile terminal. After waking up the mobile terminal, paging involves sending a paging message to the mobile terminal with instructions such as connecting to the network to take a call. In conventional paging, two signals are used to convey a paging message. The network transmits a first paging signal carrying a relatively small paging indicator that indicates an identifier corresponding to a mobile terminal to which a paging message is being transmitted. This paging indicator is sent by a network node in the vicinity of the mobile terminal on a downlink paging channel that is monitored by the mobile terminal. Then, if the paging indicator tells the mobile terminal that a paging message is being transmitted to it, the mobile terminal remains awake to receive the second paging signal. The network transmits the second paging signal carrying the paging message for the particular mobile terminal on the same paging channel, at a fixed time offset from the first paging signal. The paging message contains instructions for the mobile terminal such as the detailed information it requires to connect the mobile terminal to the network, e.g., to take an incoming call.

46.    The sleep mode includes two sub-modes, namely, idle (standby) mode and dormant mode. In the idle mode, the mobile station is not connected to the radio access network ("RAN") but remains connected to the core network. As such, the network retains at least some information about a mobile terminal that is in the idle state. Conventional network-initiated connection did not use such information, even though it was known to the network, which led to relatively inefficient connection establishment between the mobile terminal and the network.

47. Chandrika K. Worral developed an improved paging system that used information known by the network to optimize connection establishment between the mobile terminal and the network in the case of network-initiated connection. From a mobile terminal's perspective, Worral's novel paging scheme operates as follows, when a network-initiated connection is required: (i) a mobile terminal monitors a control channel to see if it is receiving a first paging signal having a paging indicator, the control channel being much like the conventional paging system's paging channel; (ii) if the mobile station is to receive a second paging signal having the paging message, it identifies based on the first paging signal a different channel—a shared channel—that it can use to establish a shared channel connection with a node of the network. This approach enables the paging message to be sent on downlink shared transport channels, optimized to efficiently carry larger amounts of data. This leads to faster connection establishment. No longer accessing the same control channel as the paging indicator for the paging message and not having to wait for a timed offset also better optimizes the paging procedure, which again is a fundamental process and very frequently invoked by each mobile terminal.

48. Defendant makes, uses, and sells devices configured to support 3GPP LG and/or 3GPP 5G NR, such as Motorola Razr+.

**THE PATENTS-IN-SUIT**

49. On August 27, 2013, the United States Patent and Trademark Office issued United States Patent No. 8,522,253 ("the '253 patent"), titled HARDWARE SUPPORT FOR VIRTUAL MACHINE AND OPERATING SYSTEM CONTEXT SWITCHING IN TRANSLATION LOOKASIDE BUFFERS AND VIRTUALLY TAGGED CACHES. The '253 patent is valid and enforceable. A copy of the '253 patent is attached as Exhibit A.

50. Intellectual Ventures II LLC is the owner and assignee of all rights, title, and interest in the ’253 patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

51. The ’253 patent is directed to a method for tagging cache entries to support context switching for virtual machines and operating systems. In one embodiment, the method includes storing a first context ID and a second context ID in at least one entry of entries in a translation lookaside buffer (TLB), storing a virtual address tag in the entries, and searching the TLB. The method further specifies that the searching comprises comparing a first context ID of an entry with a first provided context ID and generating a first match signal, comparing a second context ID of the entry with a second provided context ID, and generating a second match signal. If at least one of the first match signal or the second match signal indicates a match, setting a match signal to a match state, comparing the virtual address tag of the entry with a provided virtual address tag and generating a third match signal.

52. The inventions claimed in the ’253 patent were conceived by Guillermo Rozas and Alex Klaiber during their time at Transmeta.

53. On January 12, 2010, the United States Patent and Trademark Office issued United States Patent No. 7,646,835 (“the ’835 patent”), titled METHOD AND SYSTEM FOR AUTOMATICALLY CALIBRATING INTRA-CYCLE TIMING RELATIONSHIPS FOR SAMPLING SIGNALS FOR AN INTEGRATED CIRCUIT DEVICE. The ’835 patent is valid and enforceable. A copy of the ’835 patent is attached as Exhibit B.

54. Intellectual Ventures II LLC is the owner and assignee of all rights, title, and interest in the ’835 patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

55. The ’835 patent is directed to the automatic calibration of intra-cycle timing relationships between command signals, data signals, and sampling signals for an integrated circuit device, including the generation of command signals to access an integrated circuit component; the accessing of data signals to convey data for the integrated circuit component; the accessing of sampling signals to control sampling of the data signals; and systematically altering a phase shift of the command signals, a phase shift of the data signals, and a phase shift of the sampling signals to determine a valid operation range of the integrated circuit device, wherein the valid operation range includes an optimal operation point for the integrated circuit device.

56. The inventions claimed in the ’835 patent were conceived by Guillermo J. Rozas during his time at Transmeta.

57. On November 24, 2009, the United States Patent and Trademark Office issued United States Patent No. 7,623,439 (“the ’439 patent”), titled CYCLIC DIVERSITY SYSTEMS AND METHODS. The ’439 patent is valid and enforceable. A copy of the ’439 patent is attached as Exhibit C.

58. Intellectual Ventures I LLC is the owner and assignee of all rights, title, and interest in the ’439 patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

59. The ’439 patent is directed to a system and method for transmitting OFDM signals from a multiple antenna transmitting device. The system and method manipulate an OFDM signal

using a cyclic advancement scheme whereby a portion of sampled symbol data from packets comprising the OFDM signal are shifted (advanced) into the guard interval of the packet relative to a first non-shifted version of the packet. The system and method then allow for the substantially simultaneous transmission of the respective packets from different antenna in the transmitting device, thereby allowing a receiver to more easily acquire and correlate the received data.

60. The inventions claimed in the ’439 patent were conceived by Mark Webster and Michael Seals, both of whom were then engineers at Conexant, a well-known software developer and fabless semiconductor company specializing in developing technology for voice and audio processing. Conexant’s wireless communications division was spun off to form Skyworks Solutions, Inc. in the early 2000’s and developed some of the foundational technology of that era with respect to wireless communications.

61. On November 26, 2013, the United States Patent and Trademark Office issued United States Patent No. 8,594,122 (“the ’122 patent”), titled TRANSMIT ANNOUNCMENT INDICATION. The ’122 patent is valid and enforceable. A copy of the ’122 patent is attached as Exhibit D.

62. Intellectual Ventures I LLC is the owner and assignee of all rights, title, and interest in the ’122 patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

63. The ’122 patent is directed to a system and method for using transmit announcement indications to reduce the overhead in and enhance the network performance and efficiency of 802.11 networks. The system and method utilize transmit announcement indications to improve the wireless communication systems performance by notifying receiving devices about

upcoming transmissions, allowing the transmitting device to remove addressing while enabling the access points to make more informed decisions about channel access, power saving, beamforming, quality of service and multi-user multiple-input operations.

64. The inventions claimed in the ’122 patent were conceived by Menzo Wentink, then an engineer at Conexant.

65. On July 11, 2023, the United States Patent and Trademark Office issued United States Patent No. 11,700,544 (“the ’544 patent”), titled COMMUNICATING OVER MULTIPLE RADIO ACCESS TECHNOLOGIES (RAT). The ’544 patent is valid and enforceable. A copy of the ’544 patent is attached as Exhibit E.

66. Intellectual Ventures II LLC is the owner and assignee of all rights, title, and interest in the ’544 patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

67. The ’544 patent is directed to a system and method to reduce multimedia broadcast/multicast traffic congestion on a cellular network by separating multimedia broadcast/multicast traffic across two different Radio Access Technologies (“RAT”).

68. The inventions claimed in the ’544 patent were conceived by Haris Zisimopoulos, Chandrika K. Worrall, and Alan Edward Jones.

69. On June 14, 2022, the United States Patent and Trademark Office issued United States Patent No. 11,363,564 (“the ’564 patent”), titled PAGING IN A WIRELESS NETWORK. The ’564 patent is valid and enforceable. A copy of the ’564 patent is attached as Exhibit F.

70. Intellectual Ventures II LLC is the owner and assignee of all rights, title, and interest in the ’564 patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

71. The ’564 patent is directed to system and method of establishing a network-initiated connection between a mobile terminal and a core network, in which the mobile terminal monitors for a first paging signal on a paging control channel and, in response to receiving a first paging signal directed to that mobile terminal, reads a second paging signal on a separate, physical downlink shared channel. The mobile terminal then transmits a random access signal to the network to complete the network connection.

72. The inventions claimed in the ’564 patent were conceived by Chandrika K. Worrall.

**COUNT I**

(Defendant’s Infringement of U.S. Patent No. 8,522,253)

73. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

74. The ’253 patent claims and teaches, *inter alia*, an improved method and apparatus for tagging TLB/cache entries to support world switching (the process of context switching between two or more virtual machines). This method improved upon conventional context switching by associating each entry in a TLB with two context identifiers, one identifying a particular process within a VM and the other identifying a particular VM, and by tracking both types of identifiers to maintain TLB state at both the process and VM levels. This two-field identification functions in part so that entries corresponding to more than one VM do not have to be completely invalidated

(e.g., flushed) during a world switch, thereby reducing the computational expense that comes with continuously flushing TLB entries when world switching even when those entries correspond to more than one VM.

75. In one embodiment of the invention, the TLB/cache entries and page table entries each comprise a virtual address tag, a payload, a global indicator, a context identifier, and a validity indicator. Unlike in conventional context switching, the context-ID register is extended to have two fields – a first context ID field (i.e., the per-process context-ID field) and a second context ID field (i.e., the virtual machine context-ID field). On a context switch within the same VM, only the first context ID field changes and must match any cached or TLB-resident address entry. On a world switch, both the first context and second context ID fields must match. This method allows TLB/cache entries to be invalidated on a per-process scale without having to flush TLB/cache entries belonging to other VMs. Additionally, if the global bit is set and the VM context-ID field matches, global access to an entry by all virtual machines can be supported.

76. As noted above, the ’253 patent solved the long-felt need in the art to enable fast and efficient context switching in virtual environments. More specifically, the claims of the ’253 patent recite storing a first context ID and a second context ID in at least one entry of entries in a TLB; storing a virtual address tag in the entries and searching the TLB. Further, the searching comprises comparing a first context ID of an entry with a first provided context ID and generating a first match signal; comparing a second context ID of the entry with a second provided context ID and generating a second match signal; setting a match signal to match state if at least one of the first match signal or the second match signal indicates a match; comparing the virtual address tag of the entry with a provided virtual address tag; and generating a third match signal.

77. The method and apparatus covered by the ’253 patent differs markedly from the prior systems in use at the time of this invention, which lacked at least the claimed combination of a storing a first context ID and a second context ID in at least one entry of entries in a TLB; storing a virtual address tag in the entries and searching the TLB, wherein said searching comprises: comparing a first context ID of an entry with a first provided context ID and generating a first match signal; comparing a second context ID of the entry with a second provided context ID an degenerating a second match signal; setting a match signal to match state if at least one of the first match signal or the second match signal indicates a match; comparing the virtual address tag of the entry with a provided virtual address tag; and generating a third match signal.

78. Defendant has directly infringed and continues to directly infringe at least claim 5 of the ’253 patent by making, using, testing, selling, offering for sale, and importing into the United States products and services covered by one or more claims of the ’253 patent. Defendant’s products and services that infringe the ’253 patent include all computers, desktops, tablets, smartphones, and laptops that include an ARM Cortex-A78 based processor with support for Virtual Addresses and Translation Lookaside Buffers—one example being the Motorola Razr + 2024—as well as any other of Defendant’s products and services, either alone or in combination, that operate in substantially the same manner (together, the “Accused ’253 Products”).

79. Claim 5 of the ’253 patent is reproduced below:

> *5. A method comprising:*
>
> *storing a first context ID and a second context ID in at least one entry of entries in a translation lookaside buffer (TLB);*
>
> *storing a virtual address tag in the entries; and*
>
> *searching the TLB, wherein said searching comprises:*

> *comparing a first context ID of an entry with a first provided context ID and generating a first match signal;*
>
> *comparing a second context ID of the entry with a second provided context ID and generating a second match signal;*
>
> *setting a match signal to a match state if at least one of the first match signal or the second match signal indicates a match;*
>
> *comparing the virtual address tag of the entry with a provided virtual address tag; and*
>
> *generating a third match signal.*

80. The Accused '253 Products each perform a method comprising storing a first context ID and a second context ID in at least one entry of entries in a TLB. For example, the Accused '253 Products include mobile phones with ARM Cortex-A78 based processors with support for multiple maps from the Virtual Addresses space and TLBs, wherein each TLB entry includes a particular Address Space Identifier ("ASID"), and a particular Virtual Machine Identifier ("VMID"), as illustrated below:





Elevate your experience with virtually no buffering or lags powered by the Snapdragon® 6 Gen 1 processor while connecting to blazing-fast 5G networks[1].

Source: https://www.motorola.com/us/smartphones-moto-g-stylus-5g-gen-3/p?skuId=935

## Qualcomm Snapdragon 6 Gen 1



- **GPU:** Adreno 710
- **Cores:** 8
- **Clock:** 2200 MHz

Qualcomm Snapdragon 6 Gen 1 – an 8-core chipset that was announced on September 6, 2022, and is manufactured using a 4-nanometer process technology. It has 4 cores Cortex-A78 at 2200 MHz and 4 cores Cortex-A55 at 1800 MHz.

Source: https://nanoreview.net/en/soc/qualcomm-snapdragon-6-gen-1

# Arm® Cortex®-A78 Core

**A1.1 About the core**

The Cortex-A78 core is a high-performance and low-power Arm product that implements the Armv8-A architecture.

**A2.1 Components**

In a standalone configuration, there can be up to four Cortex-A78 cores and a *DynamIQ Shared Unit* (DSU) that connects the cores to an external memory system.

Source: Arm Architecture Reference Manual Armv8, for Armv8-A architecture profile, pp. 28, 38.

## A5.3 TLB match process

The Armv8-A architecture provides support for multiple maps from the *Virtual Addresses* (VAs) space that are translated differently.

*Translation Lookaside Buffer* (TLB) entries store the context information required to facilitate a match and avoid the need for a TLB flush on a context or virtual machine switch.

Each TLB entry contains:

- VA
- *Physical Addresses* (PAs)
- Set of memory properties that include type and access permissions

Each entry is either associated with a particular *Address Space Identifier* (ASID) or global. In addition, each TLB entry contains a field to store the *Virtual Machine Identifier* (VMID) in the entry applicable to accesses from Non-secure EL0 and EL1 Exception levels.

Each entry is associated with a particular translation regime:

- EL3 in Secure state in AArch64 state only
- EL2 or EL0 in Non-secure state
- EL1 or EL0 in Secure state
- EL1 or EL0 in Non-secure state

A TLB match entry occurs when the following conditions are met:

- VA bits[48:N], where N is $\log_2$ of the block size for that translation that is stored in the TLB entry, matches the requested address.
- Entry translation regime matches the current translation regime.
- The ASID matches the current ASID held in the CONTEXTIDR, TTBR0, or TTBR1 register, or the entry is marked global.
- The VMID matches the current VMID held in the VTTBR_EL2 register.

Source: Arm Architecture Reference Manual Armv8, for Armv8-A architecture profile, p. 67.

## A5.1 About the MMU

The *Memory Management Unit* (MMU) is responsible for translating addresses of code and data *Virtual Addresses* (VAs) to *Physical Addresses* (PAs) in the real system. The MMU also controls memory access permissions, memory ordering, and cache policies for each region of memory.

### A5.1.1 Main functions

The three main functions of the *Memory Management Unit* (MMU) are to:

- Control the table walk hardware that accesses translation tables in main memory
- Translate *Virtual Addresses* (VAs) to *Physical Addresses* (PAs)
- Provide fine-grained memory system control through a set of virtual-to-physical address mappings and memory attributes that are held in translation tables

Each stage of address translation uses a set of address translations and associated memory properties that are held in memory mapped tables called translation tables. Translation table entries can be cached into a *Translation Lookaside Buffer* (TLB).

The following table describes the components included in the MMU.

Source: Arm Architecture Reference Manual Armv8, for Armv8-A architecture profile, p. 28.

The TLB entries contain either one or both of a global indicator and an *Address Space Identifier* (ASID) to permit context switches without requiring the TLB to be invalidated.

The TLB entries contain a *Virtual Machine Identifier* (VMID) to permit virtual machine switches by the hypervisor without requiring the TLB to be invalidated.

The Cortex-A78 core is a high-performance and low-power Arm product that implements the Armv8-A architecture.

Source: Arm Architecture Reference Manual Armv8, for Armv8-A architecture profile, p. 64.

## 4. Processor implementation

Each .x extension includes a set of features, some mandatory and some optional. A processor implements a .x extension if it implements all the mandatory features of that extension number, and the mandatory features from all previous extensions.

For example, a processor that is described as implementing Armv8.2-A must implement all the mandatory features from the following architecture releases and extensions:

- Armv8.0-A - the base specification and original release
- Armv8.1-A - the previous extension
- Armv8.2-A - the new extension

Source: Arm Architecture Reference Manual Armv8, for Armv8-A architecture profile, p. 9.

### 5.3. Virtual Machine Identifiers - Tagging translations with the owning VM

EL0/EL1 translations can also be tagged with a *Virtual Machine Identifier* (VMID). VMIDs allow translations from different VMs to coexist in the cache. This is similar to the way in which ASIDs work for translations from different applications. In practice, this means that some translations will be tagged with both a VMID and an ASID, and that both must match for the TLB entry to be used.

In practice, it is unlikely that software will use ASIDs differently across processors. It is more common for software to use ASIDs and VMIDs in the same way on all processors in a given system. Therefore, Armv8.2-A introduced the *Common not Private* (CnP) bit in the *Translation Table Base Register* (TTBR). When the CnP bit is set, the software promises to use the ASIDs and VMIDs in the same way on all processors, which allows the TLB entries that are created by one processor to be used by another.

Source: https://developer.arm.com/-/media/Arm Developer Community/PDF/Learn the Architecture/LearnTheArchitecture-MemoryManagement-101811_0100_00_en.pdf?revision=1fdc3375-d81c-4457-b786-04fb98557de, p. 16.

## 4.2 VMIDs

Each VM is assigned a virtual machine identifier (VMID). The VMID is used to tag translation lookaside buffer (TLB) entries, to identify which VM each entry belongs to. This tagging allows translations for multiple different VMs to be present in the TLBs at the same time.

## 4.3 VMID interaction with ASIDs

TLB entries can also be tagged with an Address Space Identifier (ASID). An application is assigned an ASID by the OS, and all the TLB entries in that application are tagged with that ASID. This means that TLB entries for different applications are able to coexist in the TLB, without the possibility that one application uses the TLB entries that belong to a different application.

Each VM has its own ASID namespace. For example, two VMs might both use ASID 5, but they use them for different things. The combination of ASID and VMID is the thing that is important.

Source: https://developer.arm.com/-/media/Arm%20Developer%20Community/PDF/......, p. 11.

81. The Accused '253 Products perform the step of storing a virtual address tag in the entries. For instance, each TLB entry includes a Virtual Address ("VA"), as can be seen below:

## A5.3      TLB match process

The Armv8-A architecture provides support for multiple maps from the *Virtual Addresses* (VAs) space that are translated differently.

*Translation Lookaside Buffer* (TLB) entries store the context information required to facilitate a match and avoid the need for a TLB flush on a context or virtual machine switch.

Each TLB entry contains:

- VA
- *Physical Addresses* (PAs)
- Set of memory properties that include type and access permissions

Each entry is either associated with a particular *Address Space Identifier* (ASID) or global. In addition, each TLB entry contains a field to store the *Virtual Machine Identifier* (VMID) in the entry applicable to accesses from Non-secure EL0 and EL1 Exception levels.

Source: Arm Architecture Reference Manual Armv8, for Armv8-A architecture profile, p. 67.



Translation Look-aside Buffer (TLB)

Source: https://developer.arm.com/-/media/Arm Developer Community/PDF/Learn the Architecture/LearnTheArchitecture-MemoryManagement-101811_0100_00_en.pdf?revision=1fdc3375-d81c-4457-b786-04fb98557de, p. 15.

82.    The Accused '253 Products further perform the step of searching the TLB, wherein said searching comprises comparing a first context ID of an entry with a first provided context ID and generating a first match signal.  For example, a TLB lookup is performed for a current ASID by comparing that ASID to the ASID stored in the TLB entry, as illustrated below:

## A5.4    Translation table walks

When an access is requested at an address, the *Memory Management Unit* (MMU) searches for the requested *Virtual Address* (VA) in the *Translation Lookaside Buffers* (TLB). If it is not present, then it is a miss and the translation proceeds by looking up the translation table during a translation table walk.

When the Cortex-A78 core generates a memory access, the following process occurs:

1. The MMU performs a lookup for the requested VA, current *Address Space Identifier* (ASID), current *Virtual Machine Identifier* (VMID), and current translation regime in the relevant instruction or data L1 TLB.

## A5.3    TLB match process

The Armv8-A architecture provides support for multiple maps from the *Virtual Addresses* (VAs) space that are translated differently.

*Translation Lookaside Buffer* (TLB) entries store the context information required to facilitate a match and avoid the need for a TLB flush on a context or virtual machine switch.

Each TLB entry contains:

- VA
- *Physical Addresses* (PAs)
- Set of memory properties that include type and access permissions

Each entry is either associated with a particular *Address Space Identifier* (ASID) or global. In addition, each TLB entry contains a field to store the *Virtual Machine Identifier* (VMID) in the entry applicable to accesses from Non-secure EL0 and EL1 Exception levels.

Each entry is associated with a particular translation regime:

- EL3 in Secure state in AArch64 state only
- EL2 or EL0 in Non-secure state
- EL1 or EL0 in Secure state
- EL1 or EL0 in Non-secure state

A TLB match entry occurs when the following conditions are met:

- VA bits[48:N], where N is $\log_2$ of the block size for that translation that is stored in the TLB entry, matches the requested address.
- Entry translation regime matches the current translation regime.
- The ASID matches the current ASID held in the CONTEXTIDR, TTBR0, or TTBR1 register, or the entry is marked global.
- The VMID matches the current VMID held in the VTTBR_EL2 register.

Source: Arm Architecture Reference Manual Armv8, for Armv8-A architecture profile, pp. 67, 68.

Non-Global mappings are tagged with an ASID in the TLBs. On a TLB lookup, the ASID in the TLB entry is compared with the currently selected ASID. If they do not match, then the TLB entry is not used. This diagram shows a Global mapping in the kernel space with no ASID tag and a non-Global mapping in user space with an ASID tag:

Source: https://developer.arm.com/-/media/Arm Developer Community/PDF/Learn the Architecture/LearnTheArchitecture-MemoryManagement-101811_0100_00_en.pdf?revision=1fdc3375-d81c-4457-b786-04fb98557de, p. 15.

83.    The Accused '253 Products further perform the step of comparing a second context ID of the entry with a second provided context ID and generating a second match signal. For instance, as seen below, a TLB lookup is performed for a current VMID by comparing that VMID to the VMID stored in the TLB entry.

## A5.4    Translation table walks

When an access is requested at an address, the *Memory Management Unit* (MMU) searches for the requested *Virtual Address* (VA) in the *Translation Lookaside Buffers* (TLB). If it is not present, then it is a miss and the translation proceeds by looking up the translation table during a translation table walk.

When the Cortex-A78 core generates a memory access, the following process occurs:

1. The MMU performs a lookup for the requested VA, current *Address Space Identifier* (ASID), current *Virtual Machine Identifier* (VMID), and current translation regime in the relevant instruction or data L1 TLB.

## A5.3    TLB match process

The Armv8-A architecture provides support for multiple maps from the *Virtual Addresses* (VAs) space that are translated differently.

*Translation Lookaside Buffer* (TLB) entries store the context information required to facilitate a match and avoid the need for a TLB flush on a context or virtual machine switch.

Each TLB entry contains:

- VA
- *Physical Addresses* (PAs)
- Set of memory properties that include type and access permissions

Each entry is either associated with a particular *Address Space Identifier* (ASID) or global. In addition, each TLB entry contains a field to store the *Virtual Machine Identifier* (VMID) in the entry applicable to accesses from Non-secure EL0 and EL1 Exception levels.

Each entry is associated with a particular translation regime:

- EL3 in Secure state in AArch64 state only
- EL2 or EL0 in Non-secure state
- EL1 or EL0 in Secure state
- EL1 or EL0 in Non-secure state

A TLB match entry occurs when the following conditions are met:

- VA bits[48:N], where N is $\log_2$ of the block size for that translation that is stored in the TLB entry, matches the requested address.
- Entry translation regime matches the current translation regime.
- The ASID matches the current ASID held in the CONTEXTIDR, TTBR0, or TTBR1 register, or the entry is marked global.
- The VMID matches the current VMID held in the VTTBR_EL2 register.

Source: Arm Architecture Reference Manual Armv8, for Armv8-A architecture profile, pp. 67, 68.

## 5.3. Virtual Machine Identifiers - Tagging translations with the owning VM

EL0/EL1 translations can also be tagged with a *Virtual Machine Identifier* (VMID). VMIDs allow translations from different VMs to coexist in the cache. This is similar to the way in which ASIDs work for translations from different applications. In practice, this means that some translations will be tagged with both a VMID and an ASID, and that both must match for the TLB entry to be used.

Source: https://developer.arm.com/-/media/Arm Developer Community/PDF/Learn the Architecture/LearnTheArchitecture-MemoryManagement-101811_0100_00_en.pdf?revision=1fdc3375-d81c-4457-b786-04fb98557de, p. 16.

84. The Accused '253 Products additionally perform the step of setting a match signal to a match state if at least one of the first match signal or the second match signal indicates a match. For example, for requests originating from EL0 or EL1, if the first match signal with respect to the ASID and the second match signal with respect to the VMID indicate a match, the match signal is set to a match state. Furthermore, if the entry is marked as 'global' and the second match with respect to the VMID indicates a match, the match signal is set to a match state. In addition, if the request originates from a secure state, and the first match signal with respect to the ASID indicates a match, the match signal is set to a match state. For each case, the result is that the TLB entry will be used (provided the next claim element also indicates a match regarding the tag, as discussed below).

## 5.3. Virtual Machine Identifiers - Tagging translations with the owning VM

EL0/EL1 translations can also be tagged with a *Virtual Machine Identifier* (VMID). VMIDs allow translations from different VMs to coexist in the cache. This is similar to the way in which ASIDs work for translations from different applications. In practice, this means that some translations will be tagged with both a VMID and an ASID, and that both must match for the TLB entry to be used.

Source: https://developer.arm.com/-/media/Arm Developer Community/PDF/Learn the Architecture/LearnTheArchitecture-MemoryManagement-101811_0100_00_en.pdf?revision=1fdc3375-d81c-4457-b786-04fb98557de, p. 16.

## A5.3    TLB match process

The Armv8-A architecture provides support for multiple maps from the *Virtual Addresses* (VAs) space that are translated differently.

*Translation Lookaside Buffer* (TLB) entries store the context information required to facilitate a match and avoid the need for a TLB flush on a context or virtual machine switch.

Each TLB entry contains:

- VA
- *Physical Addresses* (PAs)
- Set of memory properties that include type and access permissions

Each entry is either associated with a particular *Address Space Identifier* (ASID) or global. In addition, each TLB entry contains a field to store the *Virtual Machine Identifier* (VMID) in the entry applicable to accesses from Non-secure EL0 and EL1 Exception levels.

Each entry is associated with a particular translation regime:

- EL3 in Secure state in AArch64 state only
- EL2 or EL0 in Non-secure state
- EL1 or EL0 in Secure state
- EL1 or EL0 in Non-secure state

A TLB match entry occurs when the following conditions are met:

- VA bits[48:N], where N is $\log_2$ of the block size for that translation that is stored in the TLB entry, matches the requested address.
- Entry translation regime matches the current translation regime.
- The ASID matches the current ASID held in the CONTEXTIDR, TTBR0, or TTBR1 register, or the entry is marked global.
- The VMID matches the current VMID held in the VTTBR_EL2 register.

Source: Arm Architecture Reference Manual Armv8, for Armv8-A architecture profile, p. 67.

85.    The Accused '253 Products also perform the step of comparing the virtual address tag of the entry with a provided virtual address tag and generating a third match signal.  As an example, the MMU of the Accused '253 Products compares the requested virtual address with the virtual address present in the TLB entry, as seen below:

## A5.4 Translation table walks

When an access is requested at an address, the *Memory Management Unit* (MMU) searches for the requested *Virtual Address* (VA) in the *Translation Lookaside Buffers* (TLB). If it is not present, then it is a miss and the translation proceeds by looking up the translation table during a translation table walk.

When the Cortex-A78 core generates a memory access, the following process occurs:

1. The MMU performs a lookup for the requested VA, current *Address Space Identifier* (ASID), current *Virtual Machine Identifier* (VMID), and current translation regime in the relevant instruction or data L1 TLB.

## A5.3 TLB match process

The Armv8-A architecture provides support for multiple maps from the *Virtual Addresses* (VAs) space that are translated differently.

*Translation Lookaside Buffer* (TLB) entries store the context information required to facilitate a match and avoid the need for a TLB flush on a context or virtual machine switch.

Each TLB entry contains:

- VA
- *Physical Addresses* (PAs)
- Set of memory properties that include type and access permissions

Each entry is either associated with a particular *Address Space Identifier* (ASID) or global. In addition, each TLB entry contains a field to store the *Virtual Machine Identifier* (VMID) in the entry applicable to accesses from Non-secure EL0 and EL1 Exception levels.

Each entry is associated with a particular translation regime:

- EL3 in Secure state in AArch64 state only
- EL2 or EL0 in Non-secure state
- EL1 or EL0 in Secure state
- EL1 or EL0 in Non-secure state

A TLB match entry occurs when the following conditions are met:

- VA bits[48:N], where N is $\log_2$ of the block size for that translation that is stored in the TLB entry, matches the requested address.
- Entry translation regime matches the current translation regime.
- The ASID matches the current ASID held in the CONTEXTIDR, TTBR0, or TTBR1 register, or the entry is marked global.
- The VMID matches the current VMID held in the VTTBR_EL2 register.

Source: Arm Architecture Reference Manual Armv8, for Armv8-A architecture profile, pp. 67, 68.



Translation Look-aside Buffer (TLB)

Source: https://developer.arm.com/-/media/Arm Developer Community/PDF/Learn the Architecture/LearnTheArchitecture-MemoryManagement-101811_0100_00_en.pdf?revision=1fdc3375-d81c-4457-b786-04fb98557de, p. 15.

86. Additionally, Defendant has been, and currently is, an active inducer of infringement of the ’253 patent under 35 U.S.C. § 271(b) and a contributory infringer of the ’253 patent under 35 U.S.C. § 271(c).

87. Defendant has actively induced, and continues to actively induce, infringement of the ’253 patent by causing others to use, offer for sale, or sell in the United States, products or services covered by the ’253 patent, including the Accused ’253 Products. Defendant provides these products and services to others, such as customers, resellers, partners, and end-users, who, in turn, use, provision for use, offer for sale, or sell those products and services, which directly infringe the ’253 patent. Defendant’s inducement includes the advertisement, directions and instructions found at one or more of the following links, the provision of which has been on-going as of the filing this Complaint, and the content of which is specifically illustrated above:

- https://www.motorola.com/us/smartphones-moto-g-stylus-5g-gen-3/p?skuId=935
- https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-6-series-mobile-platforms/snapdragon-6-gen-1-mobile-platform
- https://developer.arm.com/Processors/Cortex-A78

- Arm Cortex-A78 Core Technical Reference Manual
- LearnTheArchitecture-MemoryManagement-101811_0100_00_en (2).pdf
- https://www.qualcomm.com/snapdragon/device-finder/smartphones/motorola-moto-g
- https://www.qualcomm.com/snapdragon/device-finder/motorola-edge-plus
- https://www.qualcomm.com/news/onq/2021/03/20-years-collaboration-how-qualcomm-and-motorola-continue-innovate-together
- https://www.eetimes.com/motorola-adds-arm-to-mpu-stable/
- https://community.arm.com/arm-community-blogs/b/architectures-and-processors-blog/posts/arm-cortex-a7-processor-continues-to-drive-mobile-evolution

88. Defendant has contributed to and continues to contribute to the infringement of the ’253 patent by others by knowingly providing one or more components, for example the Arm Cortex-A78 based SoCs included in the Accused ’253 Products, a portion thereof, and/or the software/hardware modules responsible for the accused functionality described herein, that, when installed, configured, and used result in systems that, as intended by Defendant described above, directly infringe one or more claims of the ’253 patent.

89. Defendant knew of the ’253 patent, or should have known of the ’253 patent but was willfully blind to its existence. Upon information and belief, Defendant had actual knowledge of the ’253 patent at least as early as February 2023, the date on which IV sent a PowerPoint presentation to Lenovo identifying claim 5 of the ’253 patent as infringed with corresponding identification of the accused functionality in chart form. Additionally, in October 2022, IV presented a PowerPoint presentation to Lenovo regarding exemplar IV assets relevant to Lenovo that included identification of the ’253 patent, among other information. Additionally, Defendant has known of the ’253 patent since at least when it received a copy of this Complaint.

90.     Defendant has committed and continues to commit contributory infringement by selling products and services that directly infringe the '253 patent when used by a third party, such as the Accused '253 Products, and that are a material part of the invention, knowing them to be especially made or adapted for use in infringement of the '253 patent and not staple articles or commodities of commerce suitable for substantial non-infringing use.

91.     As a result of Defendant's acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT II

(Defendant's Infringement of U.S. Patent. No. 7,646,835)

92.     The preceding paragraphs are reincorporated by reference as if fully set forth herein.

93.     The '835 patent claims and teaches, *inter alia*, an improved way to input and output signaling for digital integrated circuit devices, by automatically calibrating intra-cycle timing relationships between command signals, data signals, and sampling signals for an integrated circuit device.

94.     The inventions improved upon the then-existing manual calibration techniques used on high-speed integrated circuit device memory systems and other types of high-performance integrated circuit devices requiring precisely aligned signals for their input and output. As was well-known, the design and certification of high-speed DDR memory modules had become a significant challenge for many system manufacturers. Practically all the integral features of a given DDR dual in-line memory module ("DIMM"), such as the particular type of silicon used, the routing and thickness of the printed circuit board ("PCB"), and the signal integrity performance

under stressed conditions (e.g., temperature, voltage, etc.), have an impact on the overall system performance and reliability. Failure to properly account for these variables can result in single or multi-bit errors, read/write command sequencing failures, failure of the system to attain rated performance, etc. For example, for integrated circuit devices such as DDR DRAMs, the DDR timing specifications are so stringent that even slight variations (e.g., between motherboards, devices from different lots, etc.) can have an impact on overall system performance and cause intermittent timing-related DIMM failures. These failures can be the most difficult types of failures to detect and correct.

95.    The invention accounts for these variables by automatically searching for and finding the DDR's valid region of operation within the configuration space, without requiring prior knowledge of where the valid region is. For example, the invention can automatically search the configuration space for a DDR by altering device parameters (e.g., the phase relationship between command signals, data signals, sampling signals, etc.) to find an optimal operating point, thereby relaxing the specification tolerances required for successful operation of the DDR and adding a significant amount of "extra margin" to the specifications of a memory system. As described above, then-existing manual calibration techniques lead to reduced margins due to limitations in precision and adaptability when setting timing parameters. The extra margin provided by the invention increases the reliability rate and maximum obtainable performance of computer systems incorporating such DDR devices.

96.    More specifically, the claims of the '835 patent recite automatic calibration of intra-cycle timing relationships between command signals, data signals, and sampling signals for an integrated circuit device, including the generation of command signals to access an integrated

circuit component; the accessing of data signals to convey data for the integrated circuit component; the accessing of sampling signals to control sampling of the data signals; and systematically altering a phase shift of the command signals, a phase shift of the data signals, and a phase shift of the sampling signals to determine a valid operation range of the integrated circuit device, wherein the valid operation range includes an optimal operation point for the integrated circuit device.

97. The methods and systems covered by the claims of the ’835 patent differ markedly from the prior systems in use at the time of this invention, which lacked the claimed combination of automatic calibration of intra-cycle timing relationships between command signals, data signals, and sampling signals for an integrated circuit device, including the generation of command signals to access an integrated circuit component; the accessing of data signals to convey data for the integrated circuit component; the accessing of sampling signals to control sampling of the data signals; and systematically altering a phase shift of the command signals, a phase shift of the data signals, and a phase shift of the sampling signals to determine a valid operation range of the integrated circuit device, wherein the valid operation range includes an optimal operation point for the integrated circuit device.

98. Defendant has directly infringed and continues to directly infringe at least claim 1 of the ’835 patent by making, using, testing, selling, offering for sale, and importing into the United States products and services covered by the ’835 patent. Defendant’s products and services that infringe the ’835 patent include all mobile phones, laptops and tablets that include Qualcomm-based processors and LPDDR4, LPDDR4X, LPDDR5, or LPDDR5X memory, (together the “Accused ’835 Products”). Specific examples of the Accused ’835 Products include, but are not limited to, the Lenovo Yoga Slim 7x and ThinkPad T14s Gen 6 Snapdragon.

99.      LPDDR4, LPDDR4X, LPDDR5, and LPDDR5X memory (including that within the Accused '835 Products), are required to follow the JEDEC Solid State Technology Association's standard for Low Power Double Data Rate 4, 4X, 5, and 5X.  Upon information and belief, memory labeled with the designations LPDDR4, LPDDR4X, LPDDR5, and LPDDR5X are claiming conformance with the standard by using such designations.  The JEDEC standards for LPDDR4, LPDDR4X, LPDDR5, and LPDDR5X operate substantially the same with respect to the accused functionality (as seen below), and therefore, the LPDDR5X standard will be used as exemplary.

**JEDEC
STANDARD**

**Low Power Double Data Rate
(LPDDR) 5/5X**

**JESD209-5C**
(Revision of JESD209-5B, June 2021)

**June 2023**

**JEDEC SOLID STATE TECHNOLOGY ASSOCIATION**

**JEDEC.**

**1      Scope**

This document defines the LPDDR5/LPDDR5X standard, including features, functionalities, AC and DC characteristics, packages, and ball/signal assignments. The purpose of this specification is to define the minimum set of requirements for a JEDEC compliant x16 one channel SDRAM device and x8 one channel SDRAM device. LPDDR5/LPDDR5X device density ranges from 2 Gb through 32 Gb. This document was created using aspects of the following standards: DDR2 (JESD79-2), DDR3 (JESD79-3), DDR4 (JESD79-4), LPDDR (JESD209), LPDDR2 (JESD209-2), LPDDR3 (JESD209-3), and LPDDR4 (JESD209-4).

Each aspect of the standard was considered and approved by committee ballot(s). The accumulation of these ballots was then incorporated to prepare the LPDDR5/LPDDR5X standard.

No claims to be in conformance with this standard may be made unless all requirements stated in the standard are met.

Source: JEDEC Standard No. 209-5C - Cover Page, p. 1, Notice Page.

I/O Signal Trainings

There are multiple trainings provided by LPDDR4 to align or re-adjust the delays introduced on the I/O signals with respect to CLK or other signals. As per standard physical interface definition of LPDDR4, there are CLK, CS, CA, DQ and DQS signals which need proper alignment for successful data transfers. As the CA line is sampled at the CLK signal, there should be a proper phase relationship between CA and CLK. Similarly, DQ gets sampled on DQS signal, so again there should be a phase relationship between the two. To maintain these phase relationships, LPDDR4 proposes training mechanisms. Let's look at those:

- **Command Bus Training (CBT):** This is used to align the CS and CA signals with respect to the CLK signal. At power-up the receivers get configured for low speed operations. When operating at high frequencies, the receivers must be trained. The timing margins need to be readjusted per the higher clock frequency which is achieved with the CBT procedure. The entry and exit of the CBT mode are controlled by the mode register write command. In CBT mode, DRAM will switch to the FSP_OP settings, which it will also need to be trained on. DRAM samples the CA bus at CS signal and provides feedback of the sampled signals to the controller for timing adjustments on CS and CA signals.
- **Write Leveling:** This is used to adjust the delays on DQS input signals with respect to the CLK signal. The entry and exit of the write leveling training mode are controlled by the mode register write command. DQS signal gets driven by the controller and DRAM samples the CLK signal at the DQS edge. DRAM responds to the controller by providing feedback on the captured CLK level on DQ. This feedback identifies the leading or lagging of DQS, with respect to the CLK, so that controller can readjust the delays accordingly.
- **Write Training (DQS-DQ Training):** This is used to align the DQ input signal delays with respect to the DQS input signal. When entering write training mode, MPC WR_DQ_FIFO command must be issued by the controller. This command writes a user defined data in DRAM, then the controller issues MPC RD_DQ_FIFO command to read back the data from the same location and compare both the written and read data to re-adjust the delay on DQ line.

Source: https://blogs.synopsys.com/vip-central/2017/10/03/lpddr4-the-total-package-for-mobile-soc-ram/

#### 4.2.2 Command Bus Training

The LPDDR5 SDRAM command bus must be trained before enabling termination for high-frequency or mid-frequency operation. LPDDR5 SDRAM provides an internal VREF(CA) that default level is suitable for un-terminated, low-frequency operation, however the VREF(CA) must be trained to achieve suitable receiver voltage margin for terminated, high-frequency or mid-frequency operation. The training mode described here centers the internal VREF(CA) in the CA data eye and at the same time allows for timing adjustments of the CS and CA signals to meet their Rx Mask requirements. For the training sequence simplicity and difficulty to capture CA inputs prior to training the CA inputs, the training mode described here uses a minimum of external commands to enter, train, and exit the Command Bus Training.

#### 4.2.5 WCK2CK Leveling

##### 4.2.5.1 WCK2CK Leveling Mode (write-leveling called in LPDDR4)

To adjust CK-to-WCK relationship and guarantee WCK2CK-Sync. operation, the LPDDR5 SDRAM provides a WCK2CK Leveling feature to compensate CK-to-WCK timing skew affecting WCK2CK-Sync. operation. The SDRAM compares the phase of the rising edge of WCK and the rising edge of CK, then asynchronously feeds back to the memory controller for the WCK2CK phase detection result. After finishing WCK2CK Leveling, tWCK2CK which means CK-to-WCK relationship is determined and WCK2CK-Sync. operation will be performed with the optimized margin.

#### 4.2.10 WCK-DQ Training

The LPDDR5 SDRAM uses an un-matched WCK-DQ path to enable high speed performance and save power in the SDRAM. As a result, WCK is required to be trained to arrive at the DQ latch center-aligned with the Data eye. The SDRAM DQ receiver is located at the DQ pad and has a shorter internal delay in the SDRAM than does the WCK signal. The SDRAM DQ receiver will latch the data present on the DQ bus when WCK reaches the latch, and training is accomplished by delaying the DQ signals relative to WCK such that the Data eye arrives at the receiver latch centered on the WCK transition.

The LPDDR5 SDRAM provides a Command-based FIFO Write/Read training operation using user specific pattern. Basically, DMI will be treated the same as DQs. It means that the Write Data send to FIFO for DMI by WFF command and these data can be read-out from FIFO for DMI by RFF command. On the other hand, DMI behavior is not same as DQs in some cases. Refer to the details about the special DMI behavior which are to be described later in this section.

Source: JEDEC Standard No. 209-5C, pp. 47, 76 & 96.

100. Claim 1 of the ’835 patent is reproduced below:

*1. A method for automatically calibrating intra-cycle timing relationships between command signals, data signals, and sampling signals for an integrated circuit device, the method comprising:*

*generating command signals to access an integrated circuit component;*

*accessing data signals to convey data for the integrated circuit component;*

*accessing sampling signals to control sampling of the data signals; and*

*systematically altering a phase shift of the command signals, a phase shift of the data signals, and a phase shift of the sampling signals to determine a valid operation range of the integrated circuit device, wherein the valid operation range includes an optimal operation point for the integrated circuit device.*

101.    The Accused '835 Products each automatically calibrate intra-cycle timing relationships between command signals, data signals, and sampling signals for an integrated circuit device.  For example, the Qualcomm Snapdragon X Plus requires LPDDR5X training of command, clocking and data symbols during initialization to establish critical timing relationships prior to normal operation, as seen below:

**Low Power Double Data Rate (LPDDR) 5/5X**

**JESD209-5C**
(Revision of JESD209-5B, June 2021)

**4.2.2    Command Bus Training**

The LPDDR5 SDRAM command bus must be trained before enabling termination for high-frequency or mid-frequency operation. LPDDR5 SDRAM provides an internal VREF(CA) that default level is suitable for un-terminated, low-frequency operation, however the VREF(CA) must be trained to achieve suitable receiver voltage margin for terminated, high-frequency or mid-frequency operation. The training mode described here centers the internal VREF(CA) in the CA data eye and at the same time allows for timing adjustments of the CS and CA signals to meet their Rx Mask requirements. For the training sequence simplicity and difficulty to capture CA inputs prior to training the CA inputs, the training mode described here uses a minimum of external commands to enter, train, and exit the Command Bus Training.

**4.2.5    WCK2CK Leveling**

**4.2.5.1    WCK2CK Leveling Mode (write-leveling called in LPDDR4)**

To adjust CK-to-WCK relationship and guarantee WCK2CK-Sync. operation, the LPDDR5 SDRAM provides a WCK2CK Leveling feature to compensate CK-to-WCK timing skew affecting WCK2CK-Sync. operation. The SDRAM compares the phase of the rising edge of WCK and the rising edge of CK, then asynchronously feeds back to the memory controller for the WCK2CK phase detection result. After finishing WCK2CK Leveling, tWCK2CK which means CK-to-WCK relationship is determined and WCK2CK-Sync. operation will be performed with the optimized margin.

**4.2.10 WCK-DQ Training**

The LPDDR5 SDRAM uses an un-matched WCK-DQ path to enable high speed performance and save power in the SDRAM. As a result, WCK is required to be trained to arrive at the DQ latch center-aligned with the Data eye. The SDRAM DQ receiver is located at the DQ pad and has a shorter internal delay in the SDRAM than does the WCK signal. The SDRAM DQ receiver will latch the data present on the DQ bus when WCK reaches the latch, and training is accomplished by delaying the DQ signals relative to WCK such that the Data eye arrives at the receiver latch centered on the WCK transition.

The LPDDR5 SDRAM provides a Command-based FIFO Write/Read training operation using user specific pattern. Basically, DMI will be treated the same as DQs. It means that the Write Data send to FIFO for DMI by WFF command and these data can be read-out from FIFO for DMI by RFF command. On the other hand, DMI behavior is not same as DQs in some cases. Refer to the details about the special DMI behavior which are to be described later in this section.

Prior to normal operation, the LPDDR5 SDRAM is required to be initialized. The Power-Up, Initialization, and Power-off Procedure section provides detailed information covering device initialization.

Source: JEDEC Standard No. 209-5C, pp. 47, 76 & 96.

102. Furthermore, the Accused ’835 Products generate command signals to access an integrated circuit component. For example, the JEDEC LPDDR5X specification, JESD209-5C, specifies CA (command signals), DQ (data signals), and WCK (sampling signals) are used to access a standard LPDDR5X memory, the CA signals providing the command and address input according to the Command Truth Table, as illustrated below:

#### 2.2.1 Pad Definition and Description

Table 1 — Pad Definition and Description

| Symbol | Type | Description | Note |
|---|---|---|---|
| CK_t, CK_c | Input | **Clock:** CK_t and CK_c are differential clock inputs. All Double Data Rate (DDR) Command/Address inputs are sampled on both crossing points of CK_t and CK_c. The first crossing point is the rising(falling) edge of CK_t (CK_c) and second crossing point is falling(rising) edge of CK_t (CK_c). Single Data Rate (SDR) inputs, CS is sampled on the crossing point that is the rising(falling) edge of CK_t (CK_c). | |
| CS | Input | **Chip Select:** CS is part of the command code and is sampled on the rising(falling) edge of CK_t (CK_c) unless the device is in power-down or Deep Sleep mode where it becomes an asynchronous signal. | |
| CA[6:0] | Input | **Command/Address Inputs:** CA signals provide the Command and Address input according to the Command Truth Table | |
| DQ[15:0] | I/O | **Data Input/Output:** Bi-direction data bus. | |
| WCK[1:0]_t WCK[1:0]_c | Input | **Data Clocks:** WCK_t and WCK_c are differential clocks used for WRITE data capture and READ data output. | |

| SDRAM COMMAND |
|---|
| DESELECT (DES) |
| NO OPERATION (NOP) |
| POWER DOWN ENTRY (PDE) |
| ACTIVATE-1 (ACT-1) |
| ACTIVATE-2 (ACT-2) |
| PRECHARGE (PRE) (Per Bank, All Banks) |
| REFRESH (REF) (Per Bank, All Banks) |
| MASK WRITE (MWR) |
| WRITE (WR16 or WR) |
| WRITE32 (WR32) |
| READ (RD16 or RD) |
| READ32 (RD32) |

Source: JEDEC Standard No. 209-5C, pp. 3, 189.



Source: https://www.notebookcheck.net/Qualcomm-releases-official-Snapdragon-X-Plus-and-Snapdragon-X-Elite-benchmarks-for-45-TOPS-Hexagon-NPU.841811.0.html

103.    The Accused '835 Products access data signals to convey data for the integrated circuit component.  For example, the Accused '835 Products, including the ThinkPad T14s Gen 6 Laptop (with the Qualcomm Snapdragon X Plus Platform), support LPDDR5X memory and access data I/O via a bi-directional data bus to convey data for the LPDDR5X memory, as seen below:

**2.2.1  Pad Definition and Description**

Table 1 — Pad Definition and Description

| Symbol | Type | Description | Note |
|---|---|---|---|
| CK_t, CK_c | Input | **Clock:** CK_t and CK_c are differential clock inputs. All Double Data Rate (DDR) Command/Address inputs are sampled on both crossing points of CK_t and CK_c. The first crossing point is the rising(falling) edge of CK_t (CK_c) and second crossing point is falling(rising) edge of CK_t (CK_c). Single Data Rate (SDR) inputs, CS is sampled on the crossing point that is the rising(falling) edge of CK_t (CK_c). | |
| CS | Input | **Chip Select:** CS is part of the command code and is sampled on the rising(falling) edge of CK_t (CK_c) unless the device is in power-down or Deep Sleep mode where it becomes an asynchronous signal. | |
| CA[6:0] | Input | **Command/Address Inputs:** CA signals provide the Command and Address input according to the Command Truth Table | |
| DQ[15:0] | I/O | **Data Input/Output:** Bi-direction data bus. | |
| WCK[1:0]_t WCK[1:0]_c | Input | **Data Clocks:** WCK_t and WCK_c are differential clocks used for WRITE data capture and READ data output. | |

Source: JEDEC Standard No. 209-5C, 3.



Source: https://www.signalintegrityjournal.com/blogs/8-for-good-measure/post/473-ddr-memory-interface-basics

**4.2.9 WCK-DQ Training**

The LPDDR5 SDRAM uses an un-matched WCK-DQ path to enable high speed performance and save power in the SDRAM. As a result, WCK is required to be trained to arrive at the DQ latch center-aligned with the Data eye. The SDRAM DQ receiver is located at the DQ pad and has a shorter internal delay in the SDRAM than does the WCK signal. The SDRAM DQ receiver will latch the data present on the DQ bus when WCK reaches the latch, and training is accomplished by delaying the DQ signals relative to WCK such that the Data eye arrives at the receiver latch centered on the WCK transition.

Source: JEDEC Standard No. 209-5C, p. 96

104. The Accused ’835 Products access sampling signals to control sampling of the data signals. For example, the Accused ’835 Products, including the ThinkPad T14s Gen 6 Laptop (with the Qualcomm Snapdragon X Plus Platform), support LPDDR5X memory and utilize WCK2CK Leveling, which accesses sampling signals to control sampling of the data signals, as illustrated below:

**2.2.1 Pad Definition and Description**

**Table 1 — Pad Definition and Description**

| Symbol | Type | Description | Note |
|---|---|---|---|
| CK_t, CK_c | Input | **Clock:** CK_t and CK_c are differential clock inputs. All Double Data Rate (DDR) Command/Address inputs are sampled on both crossing points of CK_t and CK_c. The first crossing point is the rising(falling) edge of CK_t (CK_c) and second crossing point is falling(rising) edge of CK_t (CK_c). Single Data Rate (SDR) inputs, CS is sampled on the crossing point that is the rising(falling) edge of CK_t (CK_c). | |
| CS | Input | **Chip Select:** CS is part of the command code and is sampled on the rising(falling) edge of CK_t (CK_c) unless the device is in power-down or Deep Sleep mode where it becomes an asynchronous signal. | |
| CA[6:0] | Input | **Command/Address Inputs:** CA signals provide the Command and Address input according to the Command Truth Table | |
| DQ[15:0] | I/O | **Data Input/Output:** Bi-direction data bus. | |
| WCK[1:0]_t WCK[1:0]_c | Input | **Data Clocks:** WCK_t and WCK_c are differential clocks used for WRITE data capture and READ data output. | |

Source: JEDEC Standard No. 209-C, p. 3.

**4.2.5.2 WCK2CK Leveling Procedure and Related AC parameters**

Source: JEDEC Standard No. 209-5C, p. 77.

**4.2.5 WCK2CK Leveling**

**4.2.5.1 WCK2CK Leveling Mode (write-leveling called in LPDDR4)**

To adjust CK-to-WCK relationship and guarantee WCK2CK-Sync. operation, the LPDDR5 SDRAM provides a WCK2CK Leveling feature to compensate CK-to-WCK timing skew affecting WCK2CK-Sync. operation. The SDRAM compares the phase of the rising edge of WCK and the rising edge of CK, then asynchronously feeds back to the memory controller for the WCK2CK phase detection result. After finishing WCK2CK Leveling, tWCK2CK which means CK-to-WCK relationship is determined and WCK2CK-Sync. operation will be performed with the optimized margin.

Source: JEDEC Standard No. 209-5C, p. 76.

105.    The Accused '835 Products systematically alter a phase shift of the command signals.  For example, the Accused '835 Products, including the ThinkPad T14s Gen 6 Laptop, follow the JEDEC 209-5C standard, which explains that the Command Bus training (CA training) requires phase adjustments of the CS and CA signals to be implemented at initialization (i.e., powerup), prior to normal operation, as seen below:

**4.2.2    Command Bus Training**

The LPDDR5 SDRAM command bus must be trained before enabling termination for high-frequency or mid-frequency operation. LPDDR5 SDRAM provides an internal VREF(CA) that default level is suitable for un-terminated, low-frequency operation, however the VREF(CA) must be trained to achieve suitable receiver voltage margin for terminated, high-frequency or mid-frequency operation. The training mode described here centers the internal VREF(CA) in the CA data eye and at the same time allows for timing adjustments of the CS and CA signals to meet their Rx Mask requirements. For the training sequence simplicity and difficulty to capture CA inputs prior to training the CA inputs, the training mode described here uses a minimum of external commands to enter, train, and exit the Command Bus Training.

Once LPDDR5 SDRAM has entered CBT mode by MRW, only DES and MRW for exiting CBT mode are allowed.

The LPDDR5 SDRAM supports two Command Bus Training modes and their feature is as follows. CBT mode is selected by MR13 OP[6] ( CBT mode1: MR13 OP[6] = $0_B$, CBT mode2: MR13 OP[6] =$1_B$ )

In multi-rank/channel system sharing the CA bus, the terminated die should be trained first, followed by the nonterminated die(s). See 7.6.4 for more information. For the WCK ODT setting in multi-rank/channel system, only one of SDRAM connected to a common WCK signal can set to CBT mode, the MR of Non-CBT trained SDRAM(s) is required to be set MR18 OP[2:0]=$000_B$.

The Corresponding DQ pins in this definition may differ depending on the package configuration. For example, in case of a package which contains Byte-mode devices, DQ[15:8] and DMI[1] balls can be connected to DQ[7:0] and DMI[0] pads of byte-mode device.

Source: JEDEC Standard No. 209-5C, p. 47.

Prior to normal operation, the LPDDR5 SDRAM is required to be initialized. The Power-Up, Initialization, and Power-off Procedure section provides detailed information covering device initialization.

Source: JEDEC Standard No. 209-5C, p. 2.

**4.1.1 Voltage Ramp and Device Initialization (Cont'd)**

7) Since LPDDR5 initial ZQ calibration is done automatically after ramp up, ZQ Latch command should be issued. After tZQLAT is satisfied (Th) the command bus (internal VREF(CA), CS, and CA) should be trained for high-speed operation by issuing MRW command (Command Bus Training Mode). This command is used to calibrate the SDRAM's internal VREF and align CS/CA with CK for high-speed operation. The LPDDR5 SDRAM will power-up with receivers configured for low-speed operations, and VREF(CA) set to a default factory setting. Normal SDRAM operation at clock speeds higher than tCKb may not be possible until command bus training has been completed.

Source: JEDEC Standard No. 209-5C, p. 29.

106. The Accused '835 Products systematically alter a phase shift of the data signals. For example, the Accused '835 Products, including the ThinkPad T14s Gen 6 Laptop (with the Qualcomm Snapdragon X Plus Platform), follow the JEDEC 209-5C standard, which explains that WCK-DQ training adjusts the timing (phase) of the data bus (data signals) during initialization (i.e., powerup), prior to normal operation, as illustrated below:

**4.2.10 WCK-DQ Training**

The LPDDR5 SDRAM uses an un-matched WCK-DQ path to enable high speed performance and save power in the SDRAM. As a result, WCK is required to be trained to arrive at the DQ latch center-aligned with the Data eye. The SDRAM DQ receiver is located at the DQ pad and has a shorter internal delay in the SDRAM than does the WCK signal. The SDRAM DQ receiver will latch the data present on the DQ bus when WCK reaches the latch, and training is accomplished by delaying the DQ signals relative to WCK such that the Data eye arrives at the receiver latch centered on the WCK transition.

The LPDDR5 SDRAM provides a Command-based FIFO Write/Read training operation using user specific pattern. Basically, DMI will be treated the same as DQs. It means that the Write Data send to FIFO for DMI by WFF command and these data can be read-out from FIFO for DMI by RFF command. On the other hand, DMI behavior is not same as DQs in some cases. Refer to the details about the special DMI behavior which are to be described later in this section.

Source: JEDEC Standard No. 209-5C, p. 96.

Prior to normal operation, the LPDDR5 SDRAM is required to be initialized. The Power-Up, Initialization, and Power-off Procedure section provides detailed information covering device initialization.

Source: JEDEC Standard No. 209-5C, p. 2.

**4.1.1 Voltage Ramp and Device Initialization (Cont'd)**

7) Since LPDDR5 initial ZQ calibration is done automatically after ramp up, ZQ Latch command should be issued. After tZQLAT is satisfied (Th) the command bus (internal VREF(CA), CS, and CA) should be trained for high-speed operation by issuing MRW command (Command Bus Training Mode). This command is used to calibrate the SDRAM's internal VREF and align CS/CA with CK for high-speed operation. The LPDDR5 SDRAM will power-up with receivers configured for low-speed operations, and VREF(CA) set to a default factory setting. Normal SDRAM operation at clock speeds higher than tCKb may not be possible until command bus training has been completed.

Source: JEDEC Standard No. 209-5C, p. 27.

107. The Accused '835 Products systematically alter the phase shift of the command signals, the phase shift of the data signals, and the phase shift of the sampling signals to determine a valid operation range of the integrated circuit device, wherein the valid operation range includes an optimal operation point for the integrated circuit device. For example, the Accused '835 Products, including ThinkPad T14s Gen 6 Laptop (with the Qualcomm Snapdragon X Plus Platform), uses LPDDR5X memory operating at a maximum speed of 3200 MHz and requires LPDDR5X signal training to meet the tighter timing requirements of the LPDDR5X standard, notwithstanding delays in the memory controller and memory components introduced by myriad factors such as variations inherent in manufacturing processes, and varying conditions such as temperature and voltage. The training flow includes command bus training (including altering a phase shift of the command signals), WCK2CK Leveling (including altering a phase shift of the sampling signals) and WCK-DQ training (including altering a phase shift of the data signals).

**4.2.2 Command Bus Training**

4) At time tCAENT later, LPDDR5 SDRAM can accept to input CA training pattern via CA bus.
5) To verify that the receiver has the correct VREF(CA) setting and to further train the CA eye relative to clock(CK), values latched at the receiver on the CA bus are asynchronously output to the DQ bus.
6) To exit Command Bus Training mode, drive DQ[7] LOW and after time tDQ7LWCK + tVREFCA_LONG issue the MRW command to set MR16 OP[5:4] = $00_B$. After time tMRD the LPDDR5 SDRAM is ready for normal operation. After training exit, the LPDDR5 SDRAM will automatically switch back to the FSP-OP registers that were in use prior to training.

**4.2.5.2 WCK2CK Leveling Procedure**

4. Toggle WCK signal 7.5 cycles for WCK2CK phase detection. SDRAM may or may not capture the first rising edge of WCK_t due to an unstable first rising edge. Hence, providing exactly 7.5 cycles of WCK signal input is required in every WCK input signal during WCK2CK training mode. SDRAM provides asynchronous feedback of the last captured WCK2CK phase information during WCK toggles, on all the DQ bits after time tWLO. DQ output is low if WCK phase is earlier than CK phase and high if WCK phase is later than CK phase. The controller must sample the phase relation result on DQ after satisfying tWLO.
5. The feedback provided by the SDRAM is referenced by the controller to increment or decrement the WCK_t and WCK_c delay setting. The controller can adjust the WCK delay setting only when it drives WCK_t LOW and WCK_c HIGH to prevent any glitches in WCK signal. WCK search range from controller is defined as tWCK2CK_leveling ac parameter. Refer to the tWCK2CK_leveling value in Table 32.
6. Repeat steps 4 through step 5 until the proper WCK_t/WCK_c delay is established.

#### 4.2.10 WCK-DQ Training

The LPDDR5 SDRAM uses an un-matched WCK-DQ path to enable high speed performance and save power in the SDRAM. As a result, WCK is required to be trained to arrive at the DQ latch center-aligned with the Data eye. The SDRAM DQ receiver is located at the DQ pad and has a shorter internal delay in the SDRAM than does the WCK signal. The SDRAM DQ receiver will latch the data present on the DQ bus when WCK reaches the latch, and training is accomplished by delaying the DQ signals relative to WCK such that the Data eye arrives at the receiver latch centered on the WCK transition.

The LPDDR5 SDRAM provides a Command-based FIFO Write/Read training operation using user specific pattern. Basically, DMI will be treated the same as DQs. It means that the Write Data send to FIFO for DMI by WFF command and these data can be read-out from FIFO for DMI by RFF command. On the other hand, DMI behavior is not same as DQs in some cases. Refer to the details about the special DMI behavior which are to be described later in this section.

<u>Source</u>: JEDEC Standard No. 209-5C at 46-47, pp. 78, 96.

Prior to normal operation, the LPDDR5 SDRAM is required to be initialized. The Power-Up, Initialization, and Power-off Procedure section provides detailed information covering device initialization.

#### 4.1.1 Voltage Ramp and Device Initialization

The following sequence shall be used to power up the LPDDR5 SDRAM. Unless specified otherwise, these steps are mandatory.

**4.1.1    Voltage Ramp and Device Initialization (cont'd)**

7) Since LPDDR5 initial ZQ calibration is done automatically after ramp up, ZQ Latch command should be issued. After tZQLAT is satisfied (Th), the command bus (internal VREF(CA), CS, and CA) should be trained for high-speed operation by issuing MRW command (Command Bus Training Mode). This command is used to calibrate the SDRAM's internal VREF and align CS/CA with CK for high-speed operation. The LPDDR5 SDRAM will power-up with receivers configured for low-speed operations, with VREF(CA) set to a default factory setting. Normal SDRAM operation at clock speeds higher than tCKb may not be possible until command bus training has been completed.

NOTE 1    The command bus training MRW command uses the CA bus as inputs for the calibration data stream, and outputs the results asynchronously on the DQ bus. See 4.2.2 for information on how to enter/exit the training mode.

8) After command bus training, DRAM controller must perform WCK2CK leveling. WCK2CK leveling mode is enabled when MR18-OP[6] is high (Tk). See 4.2.5.2 for detailed description of WCK2CK leveling entry and exit sequence. After finishing WCK2CK Leveling, tWCK2CK which means CK-to-WCK relationship is determined and WCK2CK-Sync. operation will be performed with the optimized margin.

9) After WCK2CK leveling, the DQ Bus (internal VREF(DQ), WCK, and DQ) should be trained for high-speed operation using the training commands (RD FIFO / WT FIFO / RD DQ Calibration) described in the command truth table and by issuing MRW commands to adjust VREF(DQ)(Ti). The LPDDR5 SDRAM will power-up with receivers configured for low-speed operations and VREF(DQ) set to a default factory setting. Normal SDRAM operation at clock speeds higher than tCKb should not be attempted until DQ Bus training has been completed. The Read DQ Calibration command is used together with FIFO Write/Read commands to train DQ bus without disturbing the memory array contents. See 4.2.10 for detailed DQ Bus Training sequence.

Source: JEDEC Standard No. 209-5C, pp. 2, 4, 29.

108.    Additionally, Defendant has been, and currently is, an active inducer of infringement of the '835 patent under 35 U.S.C. § 271(b) and a contributory infringer of the '835 patent under 35 U.S.C. § 271(c).

109.    Defendant has actively induced and continues to actively induce infringement of the '835 patent by causing others to use, offer for sale, or sell in the United States, products or services covered by the '835 patent, including but not limited to the Accused '835 Products and any other products or services that include Qualcomm processors and LPDDR4, LPDDR4X, LPDDR5, or LPDDR5X memory, or products and services with the same or substantially similar functionality to that described above. Defendant provides these products and services to others, such as customers, resellers, partners, and end-users, who, in turn, use, provision for use, offer for sale, or sell those products and services, which directly infringe the '835 patent as described above. Defendant's inducement includes requiring memory chips within the Accused '835 Products to be compliant with the JESD209-5C JEDEC standard for Low Power Double Data Rate

5X (LPDDR5X), in which the calibration of timing relationships between command signals, data signals and sampling signals described above is mandatory, and advertising and promoting such compliance to its customers, partners, re-sellers and the like, including the promotion, directions and instructions found at one or more of the following links, the provision of which has been on-going since the filing of the First Amended Complaint in case 6:23-cv-0068-ADA and the content of which is specifically illustrated above:

- https://www.lenovo.com/us/en/p/laptops/yoga/yoga-slim-series/yoga-slim-7x-gen-9-14-inch-snapdragon/len101y0049?orgRef=https%253A%252F%252Fwww.bing.com%252F
- https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/lenovo-thinkpad-t14s-gen-6-14-inch-snapdragon/len101t0099?orgRef=https%253A%252F%252F
- https://www.pcmag.com/news/hands-on-lenovo-embraces-snapdragon-x-elite-cpu-in-new-yoga-thinkpad-ai

110. Defendant has contributed to and continues to contribute to the infringement of the ’835 patent by others by knowingly providing one or more components, for example the Qualcomm processors and LPDDR4, LPDDR4X, LPDDR5, and LPDDR5X complaint memory included in the Accused ’835 Products, a portion thereof, and/or the software/hardware modules responsible for the accused functionality described herein, that, when installed, configured, and used result in systems that, as intended by Defendant described above, directly infringe one or more claims of the ’835 patent.

111. Defendant knew of the ’835 patent or should have known of the ’835 patent, but was willfully blind to its existence. Upon information and belief, Defendant had actual knowledge of the ’835 patent at least as early as the filing of the Complaint in case 6:23-cv-0068-ADA, or alternatively, at least as early as Defendant’s receipt of this Complaint.

112. By the time of trial, Defendant will or should have known and intended (since receiving such notice) that its continued actions would infringe and would actively induce and contribute to the infringement of the ’835 patent.

113. Defendant has committed and continues to commit contributory infringement by selling products and services that directly infringe the ’835 patent when used by a third party, such as the Accused ’835 Products, and that are a material part of the invention, knowing them to be especially made or adapted for use in infringement of the ’835 patent and not staple articles or commodities of commerce suitable for substantial non-infringing use.

114. As a result of Defendant’s acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

**COUNT III**

(Defendant’s Infringement of U.S. Patent No. 7,623,439)

115. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

116. The ’439 patent claims and teaches, *inter alia*, an improved signal transmitting system capable of manipulating OFDM data packets and data streams using improved cyclic diversity schemes, thereby improving packet reception performance when compared to conventional packet diversity mechanisms by reducing packet error rates, among other benefits.

117. The inventions improved upon then-existing cyclic diversity schemes in wireless communication by enabling a cyclic diversity scheme by which a portion of an OFDM packet’s symbol data is cyclically advanced into the guard interval with respect to the original OFDM signal and then each signal is sent to a receiver device at substantially the same time from two respective

antennas.  This allowed for improved acquisition and correlation at the receiver while at the same time keeping intersymbol interference and unintentional beamforming to a minimum.

118.    Unlike in prior art systems and methods, the cyclic diversity taught by the '439 patent uses cyclic advancement as opposed to delay.  Doing so substantially reduces the probability of unintentional beamforming.

119.    More specifically, one exemplary embodiment comprises an improved cyclic diversity system in circuitry is configured to cyclically advance samples of an OFDM packet to generate a shifted version of the packet, where the system is configured to transmit the OFDM packet and the shifted version of the OFDM packet substantially simultaneously, using two different antennas. The duration of the cyclic advance is less than the duration of a guard interval portion of the OFDM packet.  By using a cyclic advance as described above, OFDM packets can be more reliably received by various receivers with a broad range of capabilities, thus reducing the probability of packet transmission failure and thereby increasing the effective transmission speed over the wireless channel.   The performance of wireless networks is thus improved by the technologies disclosed and claimed in the '439 patent.

120.    The systems and methods covered by the claims of the '439 patent, therefore, differ markedly from prior art systems in use at the time of this invention, which lacked the claimed combination of cyclically advancing a first OFDM packet by shifting the samples in a first direction an amount less than a sample duration of the guard interval portion to generate a shifted version of the first OFDM packet in which at least a non-zero number of samples from the symbol data portion of the first OFDM packet are shifted into the guard interval portion of the shifted version, and a same non-zero number of samples from the guard interval portion of the first OFDM packet are

shifted out of the guard interval portion of the shifted version. And, further where both versions are substantially simultaneously transmitted.

121. Defendant has directly infringed and continues to directly infringe at least claim 1 of the ’439 patent by making, using, selling, offering for sale, or importing products and/or services covered by the ’439 patent. Defendant’s products and/or services that infringe the ’439 patent include all wireless communication products that support IEEE 802.11n, 802.11ac and 802.11ax, including the transmission of shifted and unshifted streams, which requires a cyclic diversity shift when transmitting OFDM packets, that are made, used, sold, or offered for sale by or on behalf of Defendant and/or its subsidiaries or parent companies (together, the “Accused ’439 Products”), including but not limited to, Lenovo ThinkPad T14s Gen 6, Legion Tab Gen 3, and Motorola Razr+ 2024.

122. Claim 1 of the ’439 patent is reproduced below:

> *1. A method for transmitting orthogonal frequency division multiplexing (OFDM) signals comprising:*
>
> *generating a first OFDM packet for transmission including a guard interval portion and a symbol data portion each comprised of a plurality of samples;*
>
> *cyclically advancing the first OFDM packet by shifting the samples in a first direction an amount less than a sample duration of the guard interval portion to generate a shifted version of the first OFDM packet for transmission in which at least a non-zero number of the samples from the symbol data portion of the first OFDM packet are shifted into the guard interval portion of the shifted version and a same non-zero number of samples from the guard interval portion of the first OFDM packet are shifted out of the guard interval portion of the shifted version; and*
>
> *substantially simultaneously transmitting the first OFDM packet and the shifted version of the OFDM packet.*

123. The Accused '439 Products are configured to perform a method for transmitting OFDM signals. As examples, the Lenovo ThinkPad T14s Gen 6, Legion Tab Gen 3, and Motorola Razr+ 2024 support the IEEE 802.11n standard, including the transmission of multiple spatial streams, which requires a forward shift diversity feature for transmitting OFDM signals:

**Connectivity**

| | |
|---|---|
| Ports/Slots | • 2 x USB-C® 4, 40Gbps (supports power delivery & DisplayPort)<br>• 2 x USB-A, 5Gbps (1 always on)<br>• HDMI® 2.1 (supports resolution up to 4K@60Hz)<br>• Headphone / mic combo<br>• Optional: Nano SIM slot<br>USB port transfer speeds are approximate and depend on many factors, such as processing capability of host/peripheral devices, file attributes, system configuration and operating environments; actual speeds will vary and may be less than expected. |
| Wireless | • Qualcomm® WiFi 7 802.11BE (2 x 2)<br>• Bluetooth® 5.3 |
| Supported Docking | USB-C® dock |

**Specifications**

| | |
|---|---|
| Process Technology | 14 nm |
| Wi-Fi Standards | Wi-Fi 7, Wi-Fi 6E, Wi-Fi 6 (802.11ax), 802.11ac wave 2, 802.11a/b/g, 802.11n |
| Wi-Fi Spectral Bands | 2.4GHz, 5GHz, 6GHz |
| Peak Speed | 5.8 Gbps* |
| Wi-Fi Features | 4-Stream Dual Band Simultaneous in the High Bands, 4K QAM, Multi-Link Operation (MLO), 320MHz (single channel, or 160 + 160), 8x8 Sounding, MU-MIMO (Uplink and Downlink), OFDMA (Uplink and Downlink), Target Wake Time (TWT), Passpoint, Wi-Fi Aware R3, Wi-Fi Location, Wi-Fi Optimized Connectivity, Wi-Fi QoS Management, TDLS, Miracast, Voice-Enterprise |

Sources: ThinkPad T14s Gen 6 Laptop | Hi-Performance Next-Gen AI PC for Business | Lenovo US; Qualcomm-FastConnect-7800-product-brief_87-PW329-1-B.pdf.



**Connectivity**

| | |
|---|---|
| Ports/Slots | • USB-C® (480Mb/s transfer rate)<br>• USB-C® (10Gb/s transfer rate)<br><br>USB port transfer speeds are approximate and depend on many factors, such as processing capability of host/peripheral devices, file attributes, system configuration and operating environments; actual speeds will vary and may be less than expected. |
| Wireless | • Bluetooth® 5.4<br>• WiFi 7 (802.11a/b/g/n/ac/ax/be)<br>• 2.4GHz, 5GHz, and 6GHz |

Source: Lenovo Legion Tab Gen 3 | Powerful Gaming Tablet | Lenovo US

connectivity

| Location Services | Networks + Bands | |
|---|---|---|
| GPS, A-GPS, LTEPP, SUPL, GLONASS, Galileo, Beidou | 5G \| 4G: LTE \| 3G: UMTS / HSPA+ \| 2G: GSM / EDGE<br>3G: GSM850/900/1800/1900; W1/2/4/5/8<br>4G:<br>B1/2/3/4/5//7/8/12/13/14/17/18/19/20/25/26/28/29/30/38/39/40/41/46/48/66/71<br>5G sub-6: N1/2/3/5/7/12/14/20/25/26/28/29/30/38/40/41/48/66/70/71/77/78 | |
| **NFC** | **SIM Card** | **Wi-Fi** |
| Yes | eSIM + physical SIM | WiFi 5G, WiFi 6/6E, WiFi 7<br>802.11 a/b/g/n/ac/ax/be<br>2.4GHz & 5GHz & 6GHz (specific regions only)<br>Wi-Fi hotspot |

Source: Best flip smartphone with AI features | motorola razr+ | motorola US | motorola



Source: IEEE 802.11-2012.

## 20. High Throughput (HT) PHY specification

### 20.1 Introduction

#### 20.1.1 Introduction to the HT PHY

Clause 20 specifies the PHY entity for a high throughput (HT) orthogonal frequency division multiplexing (OFDM) system.

In addition to the requirements found in Clause 20, an HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows:

— In Clause 18 when the HT STA is operating in a 20 MHz channel width in the 5 GHz band
— In Clause 17 and Clause 19 when the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band

The HT PHY is based on the OFDM PHY defined in Clause 18, with extensibility up to four spatial streams, operating in 20 MHz bandwidth. Additionally, transmission using one to four spatial streams is defined for operation in 40 MHz bandwidth. These features are capable of supporting data rates up to 600 Mb/s (four spatial streams, 40 MHz bandwidth).

The HT PHY data subcarriers are modulated using binary phase shift keying (BPSK), quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-QAM), or 64-QAM. Forward error correction (FEC) coding (convolutional coding) is used with a coding rate of 1/2, 2/3, 3/4, or 5/6. LDPC codes are added as an optional feature.

Source: IEEE Std 802.11-2012, p. 1669.

#### 20.1.2 Scope

The services provided to the MAC by the HT PHY consist of two protocol functions, defined as follows:

a) A PHY convergence function, which adapts the capabilities of the physical medium dependent (PMD) system to the PHY service. This function is supported by the physical layer convergence procedure (PLCP), which defines a method of mapping the PSDUs into a framing format (PPDU) suitable for sending and receiving PSDUs between two or more STAs using the associated PMD system.

Source: IEEE Std 802.11-2012, p. 1669.

**20.1.4 PPDU formats**

The structure of the PPDU transmitted by an HT STA is determined by the TXVECTOR FORMAT, CH_BANDWIDTH, CH_OFFSET, and MCS parameters as defined in Table 20-1. The effect of the CH_BANDWIDTH, CH_OFFSET, and MCS parameters on PPDU format is described in 20.2.3.

The FORMAT parameter determines the overall structure of the PPDU as follows:

— *Non-HT format* (**NON_HT**): Packets of this format are structured according to the Clause 18 (OFDM) or Clause 19 (ERP) specification. Support for non-HT format is mandatory.

— *HT-mixed format* (**HT_MF**): Packets of this format contain a preamble compatible with Clause 18 and Clause 19 receivers. The non-HT-STF (L-STF), the non-HT-LTF (L-LTF), and the non-HT SIGNAL field (L-SIG) are defined so they can be decoded by non-HT Clause 18 and Clause 19 STAs. The rest of the packet cannot be decoded by Clause 18 or Clause 19 STAs. Support for HT-mixed format is mandatory.

— *HT-greenfield format* (**HT_GF**): HT packets of this format do not contain a non-HT compatible part. Support for HT-greenfield format is optional. An HT STA that does not support the reception of an HT-greenfield format packet shall be able to detect that an HT-greenfield format packet is an HT transmission (as opposed to a non-HT transmission). In this case, the receiver shall decode the HT-SIG and determine whether the HT-SIG cyclic redundancy check (CRC) passes.

Source: IEEE Std. 802.11-2012, pp. 1669-70.

**Figure 20-1—PPDU format**

Source: IEEE Std. 802.11-2012, p. 1682.

The HT portion of the HT-mixed format preamble enables estimation of the MIMO channel to support demodulation of the HT data by HT STAs. The HT portion of the HT-mixed format preamble also includes the HT-SIG field, which supports HT operation. The SERVICE field is prepended to the PSDU.

Source: IEEE Std. 802.11-2012, p. 1682.

Figure 20-22—PLCP transmit procedure (HT-mixed format PPDU)

Source: IEEE Std. 802.11-2012, p. 1748.

124. The method practiced by the Accused ’439 Products includes generating a first OFDM packet for transmission including a guard interval portion and a symbol data portion each comprised of a plurality of samples. For instance, the 802.11 transmitter in the Accused ’439 Products creates an OFDM packet, known as an HT-SIG OFDM packet, which includes a symbol data portion comprised of a plurality of samples and a guard interval portion comprised of a plurality of samples as seen below:

# 20. High Throughput (HT) PHY specification

## 20.1 Introduction

### 20.1.1 Introduction to the HT PHY

Clause 20 specifies the PHY entity for a high throughput (HT) orthogonal frequency division multiplexing (OFDM) system.

In addition to the requirements found in Clause 20, an HT STA shall be capable of transmitting and receiving frames that are compliant with the mandatory PHY specifications defined as follows:

— In Clause 18 when the HT STA is operating in a 20 MHz channel width in the 5 GHz band

— In Clause 17 and Clause 19 when the HT STA is operating in a 20 MHz channel width in the 2.4 GHz band

The HT PHY is based on the OFDM PHY defined in Clause 18, with extensibility up to four spatial streams, operating in 20 MHz bandwidth. Additionally, transmission using one to four spatial streams is defined for operation in 40 MHz bandwidth. These features are capable of supporting data rates up to 600 Mb/s (four spatial streams, 40 MHz bandwidth).

The HT PHY data subcarriers are modulated using binary phase shift keying (BPSK), quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-QAM), or 64-QAM. Forward error correction (FEC) coding (convolutional coding) is used with a coding rate of 1/2, 2/3, 3/4, or 5/6. LDPC codes are added as an optional feature.

Source: IEEE Std 802.11-2012, p. 1669.

### 20.1.2 Scope

The services provided to the MAC by the HT PHY consist of two protocol functions, defined as follows:

a) A PHY convergence function, which adapts the capabilities of the physical medium dependent (PMD) system to the PHY service. This function is supported by the physical layer convergence procedure (PLCP), which defines a method of mapping the PSDUs into a framing format (PPDU) suitable for sending and receiving PSDUs between two or more STAs using the associated PMD system.

Source: IEEE Std 802.11-2012, p. 1669.

### 20.1.4 PPDU formats

The structure of the PPDU transmitted by an HT STA is determined by the TXVECTOR FORMAT, CH_BANDWIDTH, CH_OFFSET, and MCS parameters as defined in Table 20-1. The effect of the CH_BANDWIDTH, CH_OFFSET, and MCS parameters on PPDU format is described in 20.2.3.

The FORMAT parameter determines the overall structure of the PPDU as follows:

— *Non-HT format* **(NON_HT)**: Packets of this format are structured according to the Clause 18 (OFDM) or Clause 19 (ERP) specification. Support for non-HT format is mandatory.

— *HT-mixed format* **(HT_MF)**: Packets of this format contain a preamble compatible with Clause 18 and Clause 19 receivers. The non-HT-STF (L-STF), the non-HT-LTF (L-LTF), and the non-HT SIGNAL field (L-SIG) are defined so they can be decoded by non-HT Clause 18 and Clause 19 STAs. The rest of the packet cannot be decoded by Clause 18 or Clause 19 STAs. Support for HT-mixed format is mandatory.

— *HT-greenfield format* **(HT_GF)**: HT packets of this format do not contain a non-HT compatible part. Support for HT-greenfield format is optional. An HT STA that does not support the reception of an HT-greenfield format packet shall be able to detect that an HT-greenfield format packet is an HT transmission (as opposed to a non-HT transmission). In this case, the receiver shall decode the HT-SIG and determine whether the HT-SIG cyclic redundancy check (CRC) passes.

Source: IEEE Std. 802.11-2012, p. 1669-70.



Figure 20-1—PPDU format

Source: IEEE Std. 802.11-2012, p. 1682.

> The HT portion of the HT-mixed format preamble enables estimation of the MIMO channel to support demodulation of the HT data by HT STAs. The HT portion of the HT-mixed format preamble also includes the HT-SIG field, which supports HT operation. The SERVICE field is prepended to the PSDU.

Source: IEEE Std. 802.11-2012, p. 1682.



Figure 20-22—PLCP transmit procedure (HT-mixed format PPDU)

Source: IEEE Std. 802.11-2012, p. 1748.

Figure 18-2—Illustration of OFDM frame with cyclic extension and windowing for (a) single reception or (b) two receptions of the FFT period

Source: IEEE Std. 802.11-2012, p. 1592.

| | |
|---|---|
| $T_{FFT}$: Inverse Fast Fourier Transform (IFFT) / Fast Fourier Transform (FFT) period | 3.2 µs ($1/\Delta_F$) |
| $T_{SIGNAL}$: Duration of the SIGNAL BPSK-OFDM symbol | 4.0 µs ($T_{GI} + T_{FFT}$) |
| $T_{GI}$: GI duration | 0.8 µs ($T_{FFT}/4$) |

Source: IEEE Std. 802.11-2012, pp. 1590-91.

**20.3.9.4.3 HT-SIG definition**

The HT-SIG is used to carry information required to interpret the HT packet formats. The fields of the HT-SIG are described in Table 20-11.

**Table 20-11—HT-SIG fields**

| Field | Number of bits | Explanation and coding |
|---|---|---|
| Modulation and Coding Scheme | 7 | Index into the MCS table. See NOTE 1. |
| CBW 20/40 | 1 | Set to 0 for 20 MHz or 40 MHz upper/lower. Set to 1 for 40 MHz. |
| HT Length | 16 | The number of octets of data in the PSDU in the range of 0 to 65 535. |

Source: IEEE Std. 802.11-2012, pp. 1682, 1748, 1699.

The HT-SIG is composed of two parts, $HT\text{-}SIG_1$ and $HT\text{-}SIG_2$, each containing 24 bits, as shown in Figure 20-6. All the fields in the HT-SIG are transmitted LSB first, and $HT\text{-}SIG_1$ is transmitted before $HT\text{-}SIG_2$.

The HT-SIG parts shall be encoded at R = 1/2, interleaved, and mapped to a BPSK constellation, and they have pilots inserted following the steps described in 18.3.5.6, 18.3.5.7, 18.3.5.8, and 18.3.5.9, respectively. The BPSK constellation is rotated by 90° relative to the L-SIG in order to accommodate detection of the start of the HT-SIG. The stream of 96 complex numbers generated by these steps is divided into two groups of 48 complex numbers: $d_{k,n}$, $0 \le k \le 47$, $n = 0, 1$. The time domain waveform for the HT-SIG in an HT-mixed format packet in a 20 MHz transmission shall be as shown in Equation (20-16).

$$r_{HT-SIG}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{HT-SIG}^{Tone}}} \sum_{n=0}^{1} w_{T_{SYM}}(t - nT_{SYM}) \cdot \sum_{k=-26}^{26} (jD_{k,n} + p_{n+1}P_k) \exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI} - T_{CS}^{i_{TX}})) \quad (20\text{-}16)$$

Source: IEEE Std. 802.11-2012, p. 1700.

**18.3.2.6 Discrete time implementation considerations**

The following descriptions of the discrete time implementation are informational.

In a typical implementation, the windowing function is represented in discrete time. As an example, when a windowing function with parameters T = 4.0 µs and a $T_{TR}$ = 100 ns is applied, and the signal is sampled at 20 Msample/s, it becomes

$$w_T[n] = w_T(nT_S) = \begin{Bmatrix} 1 & 1 \le n \le 79 \\ 0.5 & 0, 80 \\ 0 & otherwise \end{Bmatrix} \quad (18\text{-}5)$$

Source: IEEE Std. 802.11-2012, p. 1593.

Figure 20-2 and Figure 20-3 show example transmitter block diagrams. In particular, Figure 20-2 shows the transmitter blocks used to generate the HT-SIG of the HT-mixed format PPDU. These transmitter blocks are



**Figure 20-2—Transmitter block diagram 1**

Source: IEEE Std. 802.11-2012, pp. 1684-85.

**20.3.3 Transmitter block diagram**

HT-mixed format and HT-greenfield format transmissions can be generated using a transmitter consisting of the following blocks:

a) *Scrambler* scrambles the data to reduce the probability of long sequences of 0s or 1s; see 20.3.11.3.

b) *Encoder parser*, if BCC encoding is to be used, demultiplexes the scrambled bits among $N_{ES}$ (number of BCC encoders for the Data field) BCC encoders, in a round robin manner.

c) *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include an LDPC encoder.

d) *Stream parser* divides the outputs of the encoders into blocks that are sent to different interleaver and mapping devices. The sequence of the bits sent to an interleaver is called a *spatial stream*.

e) *Interleaver* interleaves the bits of each spatial stream (changes order of bits) to prevent long sequences of adjacent noisy bits from entering the BCC decoder. Interleaving is applied only when BCC encoding is used.

f) *Constellation mapper* maps the sequence of bits in each spatial stream to constellation points (complex numbers).

g) *STBC* encoder spreads constellation points from $N_{SS}$ spatial streams into $N_{STS}$ space-time streams using a space-time block code. STBC is used only when $N_{SS} < N_{STS}$; see 20.3.11.9.2.

h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:
   1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).
   2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.
   3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.

i) *Inverse discrete Fourier transform (IDFT)* converts a block of constellation points to a time domain block.

Source: IEEE Std. 802.11-2012, pp. 1683-84.

125. The method practiced by the Accused ’439 Products includes cyclically advancing the first OFDM packet by shifting the samples in a first direction an amount less than a sample duration of the guard interval portion to generate a shifted version of the first OFDM packet for transmission. For example, the Accused ’439 Products cyclically shift the symbol data portion of the HT_SIG by -200 ns up to -50 ns, which is less than its guard interval’s total length of 0.8 us, to generate a shifted version for transmission as seen below:

**20.3.3 Transmitter block diagram**

HT-mixed format and HT-greenfield format transmissions can be generated using a transmitter consisting of the following blocks:

a) *Scrambler* scrambles the data to reduce the probability of long sequences of 0s or 1s; see 20.3.11.3.
b) *Encoder parser*, if BCC encoding is to be used, demultiplexes the scrambled bits among $N_{ES}$ (number of BCC encoders for the Data field) BCC encoders, in a round robin manner.
c) *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include an LDPC encoder.
d) *Stream parser* divides the outputs of the encoders into blocks that are sent to different interleaver and mapping devices. The sequence of the bits sent to an interleaver is called a *spatial stream*.
e) *Interleaver* interleaves the bits of each spatial stream (changes order of bits) to prevent long sequences of adjacent noisy bits from entering the BCC decoder. Interleaving is applied only when BCC encoding is used.
f) *Constellation mapper* maps the sequence of bits in each spatial stream to constellation points (complex numbers).
g) *STBC* encoder spreads constellation points from $N_{SS}$ spatial streams into $N_{STS}$ space-time streams using a space-time block code. STBC is used only when $N_{SS} < N_{STS}$; see 20.3.11.9.2.

h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:

1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).
2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.
3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.

i) *Inverse discrete Fourier transform (IDFT)* converts a block of constellation points to a time domain block.

Source: IEEE Std. 802.11-2012, pp. 1683-84.

**Figure 20-2—Transmitter block diagram 1**

Source: IEEE Std. 802.11-2012, p. 1685.

**20.3.9.3.2 Cyclic shift definition**

The cyclic shift values defined in this subclause apply to the non-HT fields in the HT-mixed format preamble and the HT-SIG in the HT-mixed format preamble.

Cyclic shifts are used to prevent unintentional beamforming when the same signal or scalar multiples of one signal are transmitted through different spatial streams or transmit chains. A cyclic shift of duration $T_{CS}$ on a signal $s(t)$ on interval $0 \le t \le T$ is defined as follows, where $T$ is defined as $T_{DFT}$ as referenced in Table 20-6.

With $T_{CS} \le 0$, replace $s(t)$ with $s(t - T_{CS})$ when $0 \le t < T + T_{CS}$ and with $s(t - T_{CS} - T)$ when $T + T_{CS} \le t \le T$. The cyclic-shifted signal is defined as shown in Equation (20-7).

$$s_{CS}(t;T_{CS})\big|_{T_{CS}<0} = \begin{cases} s(t - T_{CS}) & 0 \le t < T + T_{CS} \\ s(t - T_{CS} - T) & T + T_{CS} \le t \le T \end{cases} \quad (20\text{-}7)$$

The cyclic shift is applied to each OFDM symbol in the packet separately. Table 20-9 specifies the values for the cyclic shifts that are applied in the L-STF (in an HT-mixed format packet), the L-LTF, and L-SIG. It also applies to the HT-SIG in an HT-mixed format packet.

Source: IEEE Std. 802.11-2012, pp. 1694-95.

**Table 20-9—Cyclic shift for non-HT portion of packet**

| $T_{CS}^{i_{TX}}$ values for non-HT portion of packet | | | | |
|---|---|---|---|---|
| Number of transmit chains | Cyclic shift for transmit chain 1 (ns) | Cyclic shift for transmit chain 2 (ns) | Cyclic shift for transmit chain 3 (ns) | Cyclic shift for transmit chain 4 (ns) |
| 1 | 0 | — | — | — |
| 2 | 0 | –200 | — | — |
| 3 | 0 | –100 | –200 | — |
| 4 | 0 | –50 | –100 | –150 |

Source: IEEE Std. 802.11-2012, p. 1695.

**Table 20-5—Timing-related constants *(continued)***

| | |
|---|---|
| $T_{DFT}$: IDFT/DFT period | 3.2 μs |
| $T_{GI}$: Guard interval duration | 0.8 μs= $T_{DFT}$/4 |

Source: IEEE Std. 802.11n-2009, p. 266.

**20.3.4 Overview of the PPDU encoding process**

The encoding process is composed of the steps described below. The following overview is intended to facilitate an understanding of the details of the convergence procedure:

b)  Construct the PLCP preamble SIGNAL fields from the appropriate fields of the TXVECTOR by adding tail bits, applying convolutional coding, formatting into one or more OFDM symbols, applying cyclic shifts, applying spatial processing, calculating an inverse Fourier transform for each OFDM symbol and transmit chain, and prepending a cyclic prefix or GI to each OFDM symbol in each transmit chain. The number and placement of the PLCP preamble SIGNAL fields depend on the frame format being used. Refer to 20.3.9.3.5, 20.3.9.4.3, and 20.3.9.5.4.

r)  For each group of $N_{ST}$ subcarriers and each of the $N_{TX}$ transmit chains, convert the subcarriers to time domain using IDFT. Prepend to the Fourier-transformed waveform a circular extension of itself, thus forming a GI, and truncate the resulting periodic waveform to a single OFDM symbol length by applying time domain windowing. Determine the length of the GI according to the GI_TYPE parameter of the TXVECTOR. Refer to 20.3.11.11 and 20.3.11.12 for details. When beamforming is not used, it is sometimes possible to implement the cyclic shifts in the time domain.

Source: IEEE Std. 802.11-2012, pp. 1684, 1688.

# The Cyclic Prefix for OFDM

In a previous post, we have elaborated about the building blocks of OFDM.

There, we have stated two benefits of using a cyclic prefix between subsequent OFDM symbols:

- The CP isolates different OFDM blocks from each other when the wireless channel contains multiple paths, i.e. is frequency-selective.
- The CP turns the linear convolution with the channel into a circular convolution. Only with a circular convolution, we can use the single-tap equalization OFDM is so famous for.

As we see, the CP of an OFDM symbol is obtained by prepending a copy of the last $N_{CP}$ samples from the end of the OFDM signal to its beginning. This way we obtain a circular signal structure, i.e. the first $N_{CP}$ and last $N_{CP}$ samples are equal in each OFDM symbol.



In the above figure, we see two subsequent OFDM symbols, each having a dedicated CP. The colors encode the signal value. The cyclic prefix at the beginning of each OFDM symbol shows a copy of the color of end of the OFDM symbol. When the signal is demodulated, the N-point FFT is taken at the position after the CP, which is indicated with *FFT window*.

Source: https://dspillustrations.com/pages/posts/misc/the-cyclic-prefix-cp-in-ofdm.html.

The HT-SIG is composed of two parts, $HT\text{-}SIG_1$ and $HT\text{-}SIG_2$, each containing 24 bits, as shown in Figure 20-6. All the fields in the HT-SIG are transmitted LSB first, and $HT\text{-}SIG_1$ is transmitted before $HT\text{-}SIG_2$.

The HT-SIG parts shall be encoded at R = 1/2, interleaved, and mapped to a BPSK constellation, and they have pilots inserted following the steps described in 18.3.5.6, 18.3.5.7, 18.3.5.8, and 18.3.5.9, respectively. The BPSK constellation is rotated by 90° relative to the L-SIG in order to accommodate detection of the start of the HT-SIG. The stream of 96 complex numbers generated by these steps is divided into two groups of 48 complex numbers: $d_{k,n}$, $0 \le k \le 47$, $n = 0, 1$. The time domain waveform for the HT-SIG in an HT-mixed format packet in a 20 MHz transmission shall be as shown in Equation (20-16).

$$r_{HT-SIG}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{HT-SIG}^{Tone}}} \sum_{n=0}^{1} w_{T_{SYM}}(t - nT_{SYM}) \cdot \sum_{k=-26}^{26} (jD_{k,n} + p_{n+1}P_k) \exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI} - T_{CS}^{i_{TX}})) \quad (20\text{-}16)$$

where

$$D_{k,n} = \begin{cases} 0, k = 0, \pm 7, \pm 21 \\ d_{M^r(k),n}, \text{ otherwise} \end{cases}$$

$M^r(k)$ is defined in 20.3.9.3

$P_k$ and $p_n$ are defined in 18.3.5.10

$N_{HT-SIG}^{Tone}$ has the value given in Table 20-8

$T_{CS}^{i_{TX}}$ represents the cyclic shift for transmit chain $i_{TX}$ and is defined by Table 20-9 for HT-mixed format PPDUs.

Source: IEEE Std. 802.11-2012, pp. 1700-01.

| $T_{GI2}$: Double guard interval | 1.6 μs | 1.6 μs | 1.6 μs |
|---|---|---|---|

Source: IEEE Std. 802.11-2012, p. 1689.

126. In the method practiced by the Accused ’439 Products, a number of samples from the symbol data portion of the first OFDM packet are shifted into the guard interval portion of the

shifted version of the first OFDM packet, and the same number of samples from the guard interval portion of the first OFDM packet are shifted out of the guard interval portion of the shifted version of the first OFDM packet. For example, the Accused '439 Products cyclically advance the number of samples corresponding to the time duration of $|T_{CS}|$ out of the symbol portion of the shifted OFDM packet and into the guard interval portion of the packet, while the same number of samples corresponding to the time duration of $|T_{CS}|$ are shifted out of the guard interval portion of the shifted OFDM packet, as illustrated below:

**20.3.3 Transmitter block diagram**

HT-mixed format and HT-greenfield format transmissions can be generated using a transmitter consisting of the following blocks:

a) *Scrambler* scrambles the data to reduce the probability of long sequences of 0s or 1s; see 20.3.11.3.
b) *Encoder parser*, if BCC encoding is to be used, demultiplexes the scrambled bits among $N_{ES}$ (number of BCC encoders for the Data field) BCC encoders, in a round robin manner.
c) *FEC encoders* encode the data to enable error correction. An FEC encoder may include a binary convolutional encoder followed by a puncturing device, or it may include an LDPC encoder.
d) *Stream parser* divides the outputs of the encoders into blocks that are sent to different interleaver and mapping devices. The sequence of the bits sent to an interleaver is called a *spatial stream*.
e) *Interleaver* interleaves the bits of each spatial stream (changes order of bits) to prevent long sequences of adjacent noisy bits from entering the BCC decoder. Interleaving is applied only when BCC encoding is used.
f) *Constellation mapper* maps the sequence of bits in each spatial stream to constellation points (complex numbers).
g) *STBC* encoder spreads constellation points from $N_{SS}$ spatial streams into $N_{STS}$ space-time streams using a space-time block code. STBC is used only when $N_{SS} < N_{STS}$; see 20.3.11.9.2.

h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:
   1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).
   2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.
   3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.
i) *Inverse discrete Fourier transform (IDFT)* converts a block of constellation points to a time domain block.

Source: IEEE Std. 802.11-2012, pp. 1683-84.



**Figure 20-2—Transmitter block diagram 1**

Source: IEEE Std. 802.11-2012, p. 1685.

**20.3.9.3.2 Cyclic shift definition**

The cyclic shift values defined in this subclause apply to the non-HT fields in the HT-mixed format preamble and the HT-SIG in the HT-mixed format preamble.

Cyclic shifts are used to prevent unintentional beamforming when the same signal or scalar multiples of one signal are transmitted through different spatial streams or transmit chains. A cyclic shift of duration $T_{CS}$ on a signal $s(t)$ on interval $0 \le t \le T$ is defined as follows, where $T$ is defined as $T_{DFT}$ as referenced in Table 20-6.

With $T_{CS} \le 0$, replace $s(t)$ with $s(t - T_{CS})$ when $0 \le t < T + T_{CS}$ and with $s(t - T_{CS} - T)$ when $T + T_{CS} \le t \le T$. The cyclic-shifted signal is defined as shown in Equation (20-7).

$$s_{CS}(t;T_{CS})\Big|_{T_{CS}<0} = \begin{cases} s(t - T_{CS}) & 0 \le t < T + T_{CS} \\ s(t - T_{CS} - T) & T + T_{CS} \le t \le T \end{cases} \quad (20\text{-}7)$$

The cyclic shift is applied to each OFDM symbol in the packet separately. Table 20-9 specifies the values for the cyclic shifts that are applied in the L-STF (in an HT-mixed format packet), the L-LTF, and L-SIG. It also applies to the HT-SIG in an HT-mixed format packet.

Source: IEEE Std. 802.11-2012, pp. 1694-95.

Table 20-9—Cyclic shift for non-HT portion of packet

| $T_{CS}^{i_{TX}}$ values for non-HT portion of packet | | | | |
|---|---|---|---|---|
| Number of transmit chains | Cyclic shift for transmit chain 1 (ns) | Cyclic shift for transmit chain 2 (ns) | Cyclic shift for transmit chain 3 (ns) | Cyclic shift for transmit chain 4 (ns) |
| 1 | 0 | — | — | — |
| 2 | 0 | –200 | — | — |
| 3 | 0 | –100 | –200 | — |
| 4 | 0 | –50 | –100 | –150 |

Source: IEEE Std. 802.11-2012, p. 1695.

Table 20-5—Timing-related constants *(continued)*

| | |
|---|---|
| $T_{DFT}$: IDFT/DFT period | 3.2 µs |
| $T_{GI}$: Guard interval duration | 0.8 µs= $T_{DFT}$/4 |

Source: IEEE Std. 802.11n-2009, p. 266.

### 20.3.4 Overview of the PPDU encoding process

The encoding process is composed of the steps described below. The following overview is intended to facilitate an understanding of the details of the convergence procedure:

b) Construct the PLCP preamble SIGNAL fields from the appropriate fields of the TXVECTOR by adding tail bits, applying convolutional coding, formatting into one or more OFDM symbols, applying cyclic shifts, applying spatial processing, calculating an inverse Fourier transform for each OFDM symbol and transmit chain, and prepending a cyclic prefix or GI to each OFDM symbol in each transmit chain. The number and placement of the PLCP preamble SIGNAL fields depend on the frame format being used. Refer to 20.3.9.3.5, 20.3.9.4.3, and 20.3.9.5.4.

r) For each group of $N_{ST}$ subcarriers and each of the $N_{TX}$ transmit chains, convert the subcarriers to time domain using IDFT. Prepend to the Fourier-transformed waveform a circular extension of itself, thus forming a GI, and truncate the resulting periodic waveform to a single OFDM symbol length by applying time domain windowing. Determine the length of the GI according to the GI_TYPE parameter of the TXVECTOR. Refer to 20.3.11.11 and 20.3.11.12 for details. When beamforming is not used, it is sometimes possible to implement the cyclic shifts in the time domain.

Source: IEEE Std. 802.11-2012, pp. 1684, 1688.

# The Cyclic Prefix for OFDM

In a previous post, we have elaborated about the building blocks of OFDM.

There, we have stated two benefits of using a cyclic prefix between subsequent OFDM symbols:

- The CP isolates different OFDM blocks from each other when the wireless channel contains multiple paths, i.e. is frequency-selective.
- The CP turns the linear convolution with the channel into a circular convolution. Only with a circular convolution, we can use the single-tap equalization OFDM is so famous for.

As we see, the CP of an OFDM symbol is obtained by prepending a copy of the last $N_{CP}$ samples from the end of the OFDM signal to its beginning. This way we obtain a circular signal structure, i.e. the first $N_{CP}$ and last $N_{CP}$ samples are equal in each OFDM symbol.



In the above figure, we see two subsequent OFDM symbols, each having a dedicated CP. The colors encode the signal value. The cyclic prefix at the beginning of each OFDM symbol shows a copy of the color of end of the OFDM symbol. When the signal is demodulated, the N-point FFT is taken at the position after the CP, which is indicated with *FFT window*.

Source: https://dspillustrations.com/pages/posts/misc/the-cyclic-prefix-cp-in-ofdm.html.

The HT-SIG is composed of two parts, HT-SIG$_1$ and HT-SIG$_2$, each containing 24 bits, as shown in Figure 20-6. All the fields in the HT-SIG are transmitted LSB first, and HT-SIG$_1$ is transmitted before HT-SIG$_2$.

The HT-SIG parts shall be encoded at R = 1/2, interleaved, and mapped to a BPSK constellation, and they have pilots inserted following the steps described in 18.3.5.6, 18.3.5.7, 18.3.5.8, and 18.3.5.9, respectively. The BPSK constellation is rotated by 90° relative to the L-SIG in order to accommodate detection of the start of the HT-SIG. The stream of 96 complex numbers generated by these steps is divided into two groups of 48 complex numbers: $d_{k,n}$, $0 \le k \le 47$, $n = 0, 1$. The time domain waveform for the HT-SIG in an HT-mixed format packet in a 20 MHz transmission shall be as shown in Equation (20-16).

$$r_{HT-SIG}^{i_{TX}}(t) = \frac{1}{\sqrt{N_{TX} \cdot N_{HT-SIG}^{Tone}}} \sum_{n=0}^{1} w_{T_{SYM}}(t - nT_{SYM}) \cdot \sum_{k=-26}^{26} (jD_{k,n} + p_{n+1}P_k) \exp(j2\pi k\Delta_F(t - nT_{SYM} - T_{GI} - T_{CS}^{i_{TX}})) \quad (20\text{-}16)$$

where

$$D_{k,n} = \begin{cases} 0, k = 0, \pm 7, \pm 21 \\ d_{M^r(k),n}, \text{ otherwise} \end{cases}$$

$M^r(k)$ is defined in 20.3.9.3

$P_k$ and $p_n$ are defined in 18.3.5.10

$N_{HT-SIG}^{Tone}$ has the value given in Table 20-8

$T_{CS}^{i_{TX}}$ represents the cyclic shift for transmit chain $i_{TX}$ and is defined by Table 20-9 for HT-mixed format PPDUs.

Source: IEEE Std. 802.11-2012, pp. 1700-01.

| $T_{GI2}$: Double guard interval | 1.6 µs | 1.6 µs | 1.6 µs |
|---|---|---|---|

Source: IEEE Std. 802.11-2012, p. 1689.

### 2.7.4 Mixed Mode Preamble

The mixed mode preamble is needed for compatibility with IEEE 802.11a/g. It starts with the 802.11a/g preamble. The 802.11n mixed mode preamble for two spatial streams is shown in Figure 2.34. The legacy short training field (L-STF) is identical to 802.11a/g except that different transmitters use different cyclic delays (CDs). This also applies to the legacy long training field (L-LTF). The STFs from different transmitters have low cross-correlation. For example, a CD of –400 ns (or a cyclic advance of 400 ns) minimizes correlation between two different transmitted short symbols. The L-STF uses a CD of only –200 ns for two transmitters, since legacy 802.11a/g receivers may not be able to cope with larger CD values.

Source: B. Bing, Broadband Wireless Multimedia Networks, Wiley, 2013, p. 120.

With $T_{CS} \le 0$, replace $s(t)$ with $s(t - T_{CS})$ when $0 \le t < T + T_{CS}$ and with $s(t - T_{CS} - T)$ when $T + T_{CS} \le t \le T$. The cyclic-shifted signal is defined as shown in Equation (20-7).

$$s_{CS}(t;T_{CS})\big|_{T_{CS}<0} = \begin{cases} s(t-T_{CS}) & 0 \le t < T + T_{CS} \\ s(t-T_{CS}-T) & T+T_{CS} \le t \le T \end{cases} \quad (20\text{-}7)$$

127. The method practiced by the Accused ’439 Products includes substantially simultaneously transmitting the first OFDM packet and the shifted version of the OFDM packet. For example, the signals transmitted from different transmit chains are aligned and synchronized in the time domain, as seen below:

Figure 20-2 and Figure 20-3 show example transmitter block diagrams. In particular, Figure 20-2 shows the transmitter blocks used to generate the HT-SIG of the HT-mixed format PPDU.

Figure 20-2—Transmitter block diagram 1

Source: IEEE Std. 802.11-2012, pp. 1684-85.

**Radio Chains**

Between the operating system and antenna, an 802.11 radio interface has to perform several tasks. When transmitting a frame, the main tasks are the inverse Fourier transform to turn the frequency-domain encoded signal into a time-domain signal, and amplification right before the signal hits the antenna so it has reasonable range. On the receive side, the process must be reversed. Immediately after entering the antenna, an amplifier boosts the faint signal received into something substantial enough to work with, and performs a Fourier transform to extract the subcarriers. In an 802.11 interface, these components are linked together and called a *radio chain*. Selecting the components to make up the radio chain is an important task for system designers, especially



*Figure 2-3. 4x4 802.11n interface block diagram*

Source: Gast, Matthew, S., 802.11n A Survival Guide, O'Reilly, 2012, pp. 13-14.

128.    Additionally, Defendant has been and currently is an active inducer of infringement of the '439 patent under 35 U.S.C. § 271(b) and a contributory infringer of the '439 patent under 35 U.S.C. § 271(c).

129.    Defendant has actively induced and continues to actively induce infringement of the '439 patent by causing others to use, offer for sale, or sell in the United States, products or services covered by the '439 patent, including but not limited to the Accused '439 Products and any other products or services that include Wi-Fi chipsets compliant with 802.11n, 802.11ac and/or 802.11ax, having the cyclic shift advance functionality described above.  Defendant provides these products and services to others, such as customers, resellers, partners, and end-users, who, in turn, use, provision for use, offer for sale, or sell those products and services, which directly infringe the

’439 patent as described above. Defendant’s inducement includes requiring Wi-Fi chipsets within the Accused ’439 Products to be compliant with the IEEE 802.11n, 802.11ac and 802.11ax standard, in which the cyclic advance diversity scheme described above is mandatory, and advertising and promoting such compliance to its customers, partners, re-sellers and the like, including the promotion, directions and instructions found at one or more of the following links, the provision of which has been on-going since the filing of the Complaint in case 6:23-cv-0068 and the content of which is specifically illustrated above:

- https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/lenovo-thinkpad-t14s-gen-6-14-inch-snapdragon/len101t0099?orgRef=https%253A%252F%252F
- https://www.lenovo.com/us/en/p/tablets/android-tablets/lenovo-legion-tab-gen-3/len103g0002?orgRef=https%253A%252F%252F
- https://www.motorola.com/us/en/p/phones/razr/razr-plus-gen-2/pmipmgs38mh?pn=PB2J0004US
- https://www.wi-fi.org/product-finder-results?sort_by=certified&sort_order=desc&certifications=276&keywords=motorola
- https://www.wi-fi.org/product-finder-results?sort_by=certified&sort_order=desc&certifications=276&keywords=lenovo&companies=466
- https://www.lenovo.com/us/en/p/laptops/ideapad/ideapad-2-in-1-series/lenovo-ideapad-5x-2-in-1-gen-9-14-inch-snapdragon/83gh000mus
- https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/lenovo-thinkpad-t14s-gen-6-14-inch-snapdragon/21n1002fus
- https://www.motorola.com/us/en/p/phones/motorola-edge/edge-gen-5/pmipmgm36mw?pn=PB0T0003US&tab=techspecs
- https://www.motorola.com/us/en/p/phones/moto-g/g-5g-gen-3/pmipmgl36mr?pn=PB0L0000US&tab=techspecs

130. Defendant has contributed to and continues to contribute to the infringement of the ’439 patent by others by knowingly providing one or more components, for example the 802.11 Wi-Fi chipset with cyclic shift (advance) functionality included in the Accused ’439 Products, a portion thereof, and/or the software/hardware modules responsible for the accused functionality

described herein, that, when installed, configured, and used result in systems that, as intended by Defendant described above, directly infringe one or more claims of the ’439 patent.

131. Defendant knew of the ’439 patent or should have known of the ’439 patent, but was willfully blind to its existence. Upon information and belief, Defendant had actual knowledge of the ’439 patent since at least as early as the filing of the Complaint in case 6:23-cv-0068-ADA. Alternatively, upon information and belief, Defendant has had knowledge of the ‘439 patent since the service upon Defendant of the Complaint in this action.

132. By the time of trial, Defendant will or should have known and intended (since receiving such notice) that its continued actions would infringe and would actively induce and contribute to the infringement of the ’439 patent.

133. Defendant has committed and continues to commit contributory infringement by selling products and services that directly infringe the ’439 patent when used by a third party, such as the Accused ’439 Products, and that are a material part of the invention, knowing them to be especially made or adapted for use in infringement of the ’439 patent and not staple articles or commodities of commerce suitable for substantial non-infringing use.

134. As a result of Defendant’s acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT IV

(Defendant’s Infringement of U.S. Patent No. 8,594,122)

135. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

136. The ’122 patent claims and teaches, *inter alia*, systems and methods for utilizing transmit announcement indications to improve wireless communication system performance by notifying receiving devices about upcoming transmissions. This allows the transmitting device to remove addressing information of the recipient from the subsequent messages, which follow substantially immediately after the notification message. This improves overall throughput while enabling the access points to make more informed decisions about channel access, power saving, beamforming, quality of service and multi-user multiple-input operations.

137. The inventions improved upon then-existing wireless medium performance enhancing mechanisms by enabling a transmitter to notify a receiver that a subsequent transmission was to be expected but would lack addressing information. By excluding address information in the subsequent transmission(s), the transmitter reduces the transmission overhead, and uses the available space for communicating other useful information. The invention further provided that the second communication (i.e., the subsequent transmission) would follow immediately after an SIFS, ensuring intervening transmissions from other transmitters, which could lead to communication errors and performance degradation, can be avoided while the transmitter and receiver exchange the desired information, e.g., channel measurements.

138. Unlike in prior art solutions, the transmit announcement notification systems and methods of the ’122 patent allow for more efficient channel sounding and information exchange without increasing the overhead of the wireless medium, thus enabling technologies like beamforming to be performed efficiently and in turn increasing throughput, among other benefits.

139. More specifically, one exemplary embodiment of the invention comprises an improved transmit announcement indication scheme in which a first communication frame from a

first station to a second station is sent, and in which the first communication frame comprises an address of the second station, as well as a transmit announcement indication indicating that a second communication frame intended for the second station will follow the first communication frame. Furthermore, this exemplary embodiment specifies that the second frame, which was to be expected, would not include the address of the second station which is normally required. Additionally, the second communication is configured to be transmitted following a short interframe space ("SIFS"), ensuring that control over the channel is maintained while simultaneously reducing overhead and increasing throughput.

140.    In other exemplary embodiments of the invention, the first communication frame exchange sequence dictates that the second station transmits a response frame, such as an Acknowledgement or Clear-to-Send frame, to the first station.  This exemplary embodiment specifies that instead of sending the response immediately, the response frame is postponed due to the transmission of a second communication frame, which follows a SIFS after the first communication frame.  This approach allows the first station to maintain control of the wireless medium while minimizing interference, particularly in MU-MIMO systems.  By optimizing channel access and frame timing, this method enhances beamforming performance and channel state information (CSI) accuracy, leading to improved signal quality and network efficiency.

141.    The systems and methods covered by the claims of the '122 patent, therefore, differ markedly from prior art systems in use at the time of this invention, which lacked the claimed combination of transmitting a first communication frame from a first station to a second station, wherein the first communication frame comprises an address of the second station and a transmit announcement indication indicating that a second communication frame intended for the second

station will follow the first communication frame and that the second communication frame will not include the address of the second station, and where the second communication frame follows after a SIFS after the first communication frame with the transmit announcement indication.

142. Defendant has directly infringed and continues to directly infringe at least claim 27 of the ’122 patent by making, using, selling, offering for sale, or importing products and/or services covered by the ’122 patent. Defendant’s products and/or services that infringe the ’122 patent include all wireless communication products that support IEEE 802.11ac Beamforming, including the transmission or receiving of transmit announcement indications, a.k.a. Very High Throughput (VHT) Sounding Protocol, or any other method or system of using a transmit announcement indication in 802.11ac networks, such that a transmission is sent to an intended recipient which notifies it of a forthcoming address-less transmission, thus reducing overhead and increasing throughput, and that are made, used, sold, or offered for sale by or on behalf of Defendant and/or its subsidiaries or parent companies (together, the “Accused ’122 Products”), including but not limited to, the Lenovo Yoga Tab Plus.

143. Claim 27 of the ’122 patent is reproduced below:

> *27. A method comprising:*
>
> *receiving a first communication frame from a first station at a second station, wherein the first communication frame includes an address of the second station and a transmit announcement indication that indicates that a second communication frame intended for the second station will follow the first communication frame and that the second communication frame will not include the address of the second station; and*
>
> *receiving, at the second station, the second communication frame after a short inter frame space (SIFS) that follows the first communication frame.*

144. The Accused ’122 Products each perform a method for receiving from a first station, a first communication frame and a second communication frame that follows a SIFS after the first communication frame. Specifically, the Accused ’122 Products support 802.11ac transmit beamforming, which relies on the VHT sounding protocol, which in turn calls for a second station that receives a first communication frame:

Source: Lenovo Yoga Tab Plus | Premium AI-Powered Tablet | ZAEG0096US | Lenovo US

**10.34.5 VHT sounding protocol**

**10.34.5.1 General**

Transmit beamforming and DL-MU-MIMO require knowledge of the channel state to compute a steering matrix that is applied to the transmitted signal to optimize reception at one or more receivers. The STA transmitting using the steering matrix is called the *VHT beamformer*, and a STA for which reception is optimized is called a *VHT beamformee*. An explicit feedback mechanism is used where the VHT beamformee directly measures the channel from the training symbols transmitted by the VHT beamformer and sends back a transformed estimate of the channel state to the VHT beamformer. The VHT beamformer then uses this estimate, perhaps combining estimates from multiple VHT beamformees, to derive the steering matrix.

**10.34.5.2 Rules for VHT sounding protocol sequences**

A non-AP VHT beamformee that receives a VHT NDP Announcement frame from a VHT beamformer with which it is associated or has an established DLS or TDLS session and that contains the VHT beamformee's AID in the AID subfield of the first (or only) STA Info field and also receives a VHT NDP a SIFS after the VHT NDP Announcement frame shall transmit the PPDU containing its VHT Compressed Beamforming

Source: IEEE 802.11-2016, pp. 1488, 1490.

145. In the transmission operation supported by the Accused '122 Products the first communication frame comprises an address of the second station. For example, the VHT NDP Announcement includes a "STA Info" field that includes the AID12 of the recipient, as seen below:

A non-AP VHT beamformee that receives a VHT NDP Announcement frame from a VHT beamformer with which it is associated or has an established DLS or TDLS session and that contains the VHT beamformee's AID in the AID subfield of the first (or only) STA Info field and also receives a VHT NDP a SIFS after the VHT NDP Announcement frame shall transmit the PPDU containing its VHT Compressed Beamforming



Source: IEEE Std 802.11-2016 pp. 1488, 1490.

**Figure 9-49—VHT NDP Announcement frame format**

**Figure 9-51—STA Info field**

**Table 9-25—STA Info subfields**

| Field | Description |
| --- | --- |
| AID12 | Contains the 12 least significant bits of the AID of a STA expected to process the following VHT NDP and prepare the sounding feedback. Equal to 0 if the STA is an AP, mesh STA, or STA that is a member of an IBSS. |

Source: IEEE Std 802.11-2016, pp. 685-86.

**9.4.1.8 AID field**

In infrastructure BSS operation, the AID field contains a value assigned by an AP or PCP during association. The field represents the 16-bit ID of a STA. In mesh BSS operation, the AID field is a value that represents the 16-bit ID of a neighbor peer mesh STA. An AID value is assigned by a mesh STA that receives and accepts a Mesh Peering Open frame to the transmitter of the Mesh Peering Open frame during the mesh peering establishment process (see 14.3.1). The length of the AID field is 2 octets. The AID field is illustrated in Figure 9-73.

**Figure 9-73—AID field**

Source: IEEE Std. 802.11-2016, p. 731.

146.    In the transmission operation supported by the Accused '122 Products, the first communication frame comprises a transmit announcement indication indicating that a second communication frame intended for the second station will follow the first communication frame. For example, the 802.11-2016 standard requires that every VHT NDP Announcement frame is followed by a VHT NDP transmission after a SIFS. Each VHT Announcement frame includes the recipient's address information as described above, thus indicating that the second communication is intended for the second station, as seen below:

**10.34.5.2 Rules for VHT sounding protocol sequences**

A non-AP VHT beamformee that receives a VHT NDP Announcement frame from a VHT beamformer with which it is associated or has an established DLS or TDLS session and that contains the VHT beamformee's AID in the AID subfield of the first (or only) STA Info field and also receives a VHT NDP a SIFS after the VHT NDP Announcement frame shall transmit the PPDU containing its VHT Compressed Beamforming

Source: IEEE Std. 802.11-2016, p. 1488.

**9.2.4.1 Frame Control field**

**9.2.4.1.1 General**

The first three subfields of the Frame Control field are Protocol Version, Type, and Subtype. The remaining subfields of the Frame Control field depend on the setting of the Type and Subtype subfields.

**9.2.4.1.3 Type and Subtype subfields**

The Type subfield is 2 bits in length, and the Subtype subfield is 4 bits in length. The Type and Subtype subfields together identify the function of the frame. There are three frame types: control, data, and

**Table 9-1—Valid type and subtype combinations**

| Type value B3 B2 | Type description | Subtype value B7 B6 B5 B4 | Subtype description |
|---|---|---|---|
| 01 | Control | 0101 | VHT NDP Announcement |

Source: IEEE Std. 802.11-2016, pp. 638-39.

**10.20 Group ID and partial AID in VHT PPDUs**

The partial AID is a nonunique STA identifier defined in Table 10-9. The partial AID is carried in the TXVECTOR parameter PARTIAL_AID of a VHT SU PPDU and is limited to 9 bits.

A STA transmitting a VHT SU PPDU carrying one or more group addressed MPDUs or transmitting a VHT NDP intended for multiple recipients shall set the TXVECTOR parameters GROUP_ID to 63 and PARTIAL_AID to 0. The intended recipient of a VHT NDP is defined in 10.34.6.

Source: IEEE Std. 802.11-2016, p. 1373.

**10.34.6 Transmission of a VHT NDP**

The destination of a VHT NDP is equal to the RA of the immediately preceding VHT NDP Announcement frame.

Source: IEEE Std. 802.11-2016, p. 1493.

**10.34.5.2 Rules for VHT sounding protocol sequences**

If the VHT NDP Announcement frame includes more than one STA Info field, the RA of the VHT NDP Announcement frame shall be set to the broadcast address. If the VHT NDP Announcement frame includes a single STA Info field, the RA of the VHT NDP Announcement frame shall be set to the MAC address of the VHT beamformee.

Source: IEEE Std. 802.11-2016, pp. 1488-89.



Source: IEEE Std. 802.11-2016, p. 1490.

147.    In the transmission operation supported by the Accused '122 Products, the second communication frame will not include the address of the second station.  For instance, the VHT

NDP frame that follows the VHT NDP Announcement frame does not include the address of the second station:



**Figure 21-28—VHT NDP format**

Source: IEEE Std. 802.11-2016, p. 2580.

### 21.3.8.3.3 VHT-SIG-A definition

The VHT-SIG-A field carries information required to interpret VHT PPDUs. The structure of the VHT-SIG-A field for the first part (VHT-SIG-A1) is shown in Figure 21-18 and for the second part (VHT-SIG-A2) is shown in Figure 21-19.



**Figure 21-18—VHT-SIG-A1 structure**

Source: IEEE Std. 802.11-2016, p. 2543.

### 10.20 Group ID and partial AID in VHT PPDUs

The partial AID is a nonunique STA identifier defined in Table 10-9. The partial AID is carried in the TXVECTOR parameter PARTIAL_AID of a VHT SU PPDU and is limited to 9 bits.

A STA transmitting a VHT SU PPDU carrying one or more group addressed MPDUs or transmitting a VHT NDP intended for multiple recipients shall set the TXVECTOR parameters GROUP_ID to 63 and PARTIAL_AID to 0. The intended recipient of a VHT NDP is defined in 10.34.6.

Source: IEEE Std. 802.11-2016, p. 1373.

148. In the operation supported by the Accused ’122 Products, the second communication frame follows a SIFS after the first communication frame with the transmit announcement indication. For example, the VHT NDP frame is transmitted to the second station after a SIFS following the transmission of the VHT NDP Announcement frame, as seen below:

**10.34.5.2 Rules for VHT sounding protocol sequences**

A VHT NDP shall be transmitted only following a SIFS after a VHT NDP Announcement frame. A VHT NDP Announcement frame shall be followed by a VHT NDP after SIFS.

Source: IEEE Std. 802.11-2016, pp. 1488, 1490.

149. Additionally, Defendant has been and currently is an active inducer of infringement of the ’122 patent under 35 U.S.C. § 271(b) and a contributory infringer of the ’122 patent under 35 U.S.C. § 271(c).

150. Defendant has actively induced and continues to actively induce infringement of the ’122 patent by causing others to use, offer for sale, or sell in the United States, products or services covered by the ’122 patent, including but not limited to the Accused ’122 Products and any other products or services that include the use of transmit announcement indications with a second communication without address information of the recipient following said announcement after a SIFS, such as, the VHT NDP sounding procedure for beamforming described herein. Defendant provides these products and services to others, such as customers, resellers, partners,

and end-users, who, in turn, use, provide for use, offer for sale, or sell those products and services, which directly infringe the '122 patent as described above. Defendant's inducement includes requiring Wi-Fi chipsets within the Accused '122 Products to be compliant with the IEEE 802.11ac standard, in which the VHT NDP sounding procedure described above is mandatory, and advertising and promoting such compliance—and functionality it enables, such as beamforming—to its customers, partners, re-sellers and the like, including the promotion, directions and instructions found at one or more of the following links, the provision of which has been on-going as of the filing of this Complaint and much of the content of which is specifically illustrated above:

- https://www.lenovo.com/us/en/p/laptops/yoga/yoga-slim-series/yoga-slim-7x-gen-9-14-inch-snapdragon/83edcto1wwus1
- https://www.qualcomm.com/products/mobile/snapdragon/laptops-and-tablets/snapdragon-x-elite
- https://www.lenovo.com/us/en/p/tablets/android-tablets/lenovo-tab-series/lenovo-yoga-tab-plus/zaeg0096us

151. Defendant has contributed to and continues to contribute to the infringement of the '122 patent by others by knowingly providing one or more components, for example the 802.11ac Wi-Fi chipset with transmit announcement functionality which enables or supports the VHT sounding protocol used in beamforming, included in the Accused '122 Products, a portion thereof, and/or the software/hardware modules responsible for the accused functionality described herein, that, when installed, configured, and used result in systems that, as intended by Defendant described above, directly infringe one or more claims of the '122 patent.

152. Defendant knew of the '122 patent or should have known of the '122 patent, but was willfully blind to its existence. Upon information and belief, Defendant had actual knowledge of the '122 patent since at least as early as August 9, 2022, the date on which IV sent a PowerPoint

presentation to Defendant identifying claim 27 of the ’122 patent as infringed with corresponding identification of the accused functionality in chart form. Additionally in October 2022, IV presented a PowerPoint presentation to Lenovo regarding exemplar IV assets relevant to Lenovo that included identification of the ’122 patent, among other information. Additionally, Defendant has known of the ’122 patent since at least when it received a copy of this Complaint, or alternatively, at least as early as service upon Defendant of the Complaint in this action.

153. By the time of trial, Defendant will or should have known and intended (since receiving such notice) that its continued actions would infringe and would actively induce and contribute to the infringement of the ’122 patent.

154. Defendant has committed and continues to commit contributory infringement by selling products and services that directly infringe the ’122 patent when used by a third party, such as the Accused ’122 Products, and that are a material part of the invention, knowing them to be especially made or adapted for use in infringement of the ’122 patent and not staple articles or commodities of commerce suitable for substantial non-infringing use.

155. As a result of Defendant’s acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

**COUNT V**

(Defendant’s Infringement of U.S. Patent No. 11,700,544)

156. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

157. The ’544 patent claims and teaches, *inter alia*, a user equipment that can communicate using not only one but two different radio access technologies (RATs). The claimed invention improved substantially upon the then-existing communication technology. In particular, at the time of the invention of the ’544 patent, advances in cellular (also called mobile) communication technology were on-going, e.g., from 2G to 3G to 4G (also known as long term evolution (LTE)) to 5G (also known as New Radio (NR)). These technologies are also referred to as RATs. Typically, however, multimedia streaming traffic and the associated signaling were received at mobile devices using the same frequency band, i.e., using only one RAT. Some devices that were designed to use more than one RAT but even then, only one RAT could be used at a time.

158. As communications technologies were advancing, the demand for the volume and bandwidth of the data were also increasing, e.g., from simple text messages, to messages having graphics and even audio and video, to streaming of videos, then to streaming of high-definition audio/video. The inventors of the ’544 patent recognized that even the then-latest technologies, such as 3G and 4G, and emerging technologies such as 5G, may not be adequate to deliver certain content, e.g., multimedia content, without incurring substantial delay, e.g., due to bandwidth constraints. The inventors added a critical feature to UE operation techniques where a mobile device could use more than one RAT simultaneously to access content. This allowed the required bandwidth to be shared across two (or more) RATs, so that no single system would be overburdened and yet the UE can receive / send data at the fastest possible speeds.

159. Accordingly, the claims of the ’544 patent recite a UE comprising a receiver; a transmitter; and a processor, operatively coupled to the receiver and the transmitter. The UE transmits, using a first radio access technology (RAT), a service request message, and receives a

message with information to set up a bearer for a second RAT that is different RAT than the first RAT. Thereafter, the UE receives multimedia data using both the first and second RATs simultaneously. The two RATs use the same packet data protocol and the same security keys.

160. The systems and methods covered by the claims of the ’544 patent, therefore, differ markedly from the prior systems in use at the time of the invention of the ’544 patent, which did not allow the use by a UE of two or more RATs simultaneously while accessing content.

161. Defendant has directly infringed and continues to directly infringe at least claim 1 of the ’544 patent by making, using, testing, selling, offering for sale, and importing into the United States products and services covered by one or more claims of the ’544 patent. Defendant’s products and services that infringe the ’544 patent include all products that include Qualcomm Snapdragon Mobile Platforms (e.g., 4 Gen 1, 6 Gen 1, etc.) that provide cellular/wireless connectivity in 5G smartphones. One example of such smartphones is the Motorola moto g 5G family of smartphones – as well as any other of Defendant’s products and services, either alone or in combination, that operate in substantially the same manner (together, the “Accused ’544 Products”).

162. Claim 1 of the ’544 patent is reproduced below:

> *1. A user equipment (UE) comprising:*
>
> *a receiver;*
>
> *a transmitter; and*
>
> *a processor, operatively coupled to the receiver and the transmitter, wherein:*
>
> *the transmitter and the processor are configured to transmit, using a first radio access technology (RAT), a service request message including information associated with at least one UE service,*

> *the transmitter and the processor are configured to receive, based on the transmitted service request message, a message with information to set up a bearer for a second RAT, wherein the second RAT is a different RAT than the first RAT, and*
>
> *the receiver and the processor are configured to receive multimedia data using the second RAT and simultaneously receive data using the first RAT, wherein the multimedia rata received over the first RAT and the second RAT use a same packet data protocol and same security keys to recover the multimedia data.*

163. The Accused '544 Products each comprise a user equipment, because each of these products is a smart phone, such as Motorola moto g Stylus 5G phones, that can connect to both a 5G network and a 4G LTE network. In order to provide connectivity with the 5G (NR) and 4G (LTE) networks, these smart phones comply with the applicable standards, including but not limited to:

- Universal Mobile Telecommunications System (UMTS); LTE; 5G; NR; Multi-connectivity; Overall description; Stage-2 (3GPP TS 37.340 version 15.5.0 Release 15) (2019-05) (hereinafter "**TS 37.340**");
- LTE; General Packet Radio Service (GPRS) enhancements for Evolved Universal Terrestrial Radio Access Network (E-UTRAN) access (3GPP TS 23.401 version 15.10.0 Release 15) (2020-01) (hereinafter "**TS 23.401**");
- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (3GPP TS 36.331 version 15.3.0 Release 15) (2018-10) (hereinafter "**TS 36.331**");
- Universal Mobile Telecommunications System (UMTS); LTE; 5G; Non-Access-Stratum (NAS) protocol for Evolved Packet System (EPS); Stage 3 (3GPP TS 24.301 version 15.4.0 Release 15) (2018-10) (hereinafter "**TS 24.301**");

- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall description; Stage 2 (3GPP TS 36.300 version 15.5.0 Release 15) (2019-05) (hereinafter "**TS 36.300**");

- 5G; Security architecture and procedures for 5G System (3GPP TS 33.501 version 15.4.0 Release 15) (2019-05) (hereinafter, "**TS 33.501**");

- Digital cellular telecommunications system (Phase 2+) (GSM); Universal Mobile Telecommunications System (UMTS); LTE; 3GPP System Architecture Evolution (SAE); Security architecture (3GPP TS 33.401 version 15.7.0 Release 15) (2019-05) (hereinafter, "**TS33.401**"); and

- 5G; NR; Radio Resource Control (RRC); Protocol specification (3GPP TS 38.331 version 15.7.0 Release 15) (2019-10) (hereinafter "**TS 38.331**").

164.    TS 37.340, in particular, describes multi-radio dual connectivity, where a UE (e.g., a moto g Stylus 5G phone) can be connected simultaneously to LTE and NR networks.



connectivity

**Location Services**
GPS, Glonass, Galileo

**Networks + Bands**
5G: sub-6, 4G: LTE, 3G: WCDMA, 2G: GSM
5G: n1/2/3/5/7/12/14/20/25/26/28/29/30/38/40/41 HPUE/48/66/70/71/77 HPUE/78 HPUE
4G LTE: b1/2/3/4/5/7/8/12/13/14/17/18/19/20/25/26/28/29/30/38/39/40/41 HPUE/48/66/71
3G: B1/2/4/5/8
2G: B2/3/5/8

**NFC**
Yes

**SIM Card**
Dual SIM (1 Nano SIM + eSIM)

**Wi-Fi**
Wi-Fi 802.11 a/b/g/n/ac
2.4 GHz + 5 GHz

carrier compatibility

**AT&T**
Compatible | supports 5G sub6 NSA, VoLTE, WiFi Calling

**Boost**
Compatible | supports 5G sub6, VoLTE

**Consumer Cellular**
Compatible | supports 5G sub6 NSA, VoLTE, WiFi Calling

**Cricket (AT&T sub-brand)**
Compatible | supports 5G sub6 NSA, VoLTE

**Defense Mobile**
Compatible | supports 5G sub6 NSA, VoLTE

**Google Fi**
Compatible |supports 5G sub6 NSA/SA, VoLTE, WiFi Calling

**H20 Wireless**
Compatible | supports 5G sub6 NSA, VoLTE

**Lyca Mobile**
Compatible | supports 5G sub6 NSA, VoLTE

**Metro PCS (T-Mobile sub-brand)**
Compatible | supports 5G sub6 SA/NSA, VoLTE, WiFi Calling, Video Calling

**Mint Mobile**
Compatible | supports 5G sub6 NSA/SA, VoLTE, WiFi Calling

**Optimum Mobile**
Compatible | supports 5G sub6 NSA, VoLTE, WiFi Calling

**Other MVNOs on AT&T network**
Compatible | supports 5G sub6 NSA, VoLTE

**Other MVNOs on TMO network**
Compatible | supports 5G sub6 NSA/SA, VoLTE

**Other MVNOs on Verizon's network**
Compatible | supports 5G sub6 NSA, VoLTE, WiFi Calling

**Republic Wireless**
Not supported

**Simple Mobile**
Compatible | supports 5G sub6 NSA, VoLTE, WiFi Calling

**Spectrum**
Compatible | supports 5G sub6 NSA, VoLTE, WiFi Calling

**T-Mobile**
Compatible | supports 5G sub6 SA/NSA, VoLTE, WiFi Calling, Video Calling

**Ting**
Not supported

**Total Wireless**
Compatible | supports 5G sub6 NSA, VoLTE, WiFi Calling

**Ultra Mobile**
Compatible | supports 5G sub6 NSA/SA, VoLTE, WiFi Calling

**Verizon**
Compatible | supports 5G sub6 NSA, VoLTE, WiFi Calling

**Visible**
Compatible | supports 5G sub6 NSA, VoLTE, WiFi Calling

**Walmart Family Mobile**
Compatible | supports 5G sub6 NSA/SA, VoLTE, WiFi Calling

**Xfinity Wireless**
Not supported

Source: https://www.motorola.com/us/en/p/phones/moto-g/g-stylus-5g-gen-4/pmipmgr37mo.

# 1 Scope

The present document provides an overview of the multi-connectivity operation using E-UTRA and NR radio access technologies. Details of the network and radio interface protocols are specified in companion specifications of the 36 and 38 series.

# 4      Multi-Radio Dual Connectivity

## 4.1     General

### 4.1.1    Common MR-DC principles

Multi-Radio Dual Connectivity (MR-DC) is a generalization of the Intra-E-UTRA Dual Connectivity (DC) described in 36.300 [2], where a multiple Rx/Tx UE may be configured to utilise resources provided by two different nodes connected via non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. One node acts as the MN and the other as the SN. The MN and SN are connected via a network interface and at least the MN is connected to the core network.

### 4.1.2    MR-DC with the EPC

E-UTRAN supports MR-DC via E-UTRA-NR Dual Connectivity (EN-DC), in which a UE is connected to one eNB that acts as a MN and one en-gNB that acts as a SN. The eNB is connected to the EPC via the S1 interface and to the en-gNB via the X2 interface. The en-gNB might also be connected to the EPC via the S1-U interface and other en-gNBs via the X2-U interface.

Source: TS 37.340, pp. 6, 8.

165.    The Accused '544 Products each comprise "a receiver; a transmitter; and a processor, operatively coupled to the receiver and the transmitter."  For example, the moto g Stylus 5G phones include Qualcomm Snapdragon 6 Gen 1 processor.  The Snapdragon 6 Gen 1 processor includes a "5G Modem-RF System" controlled and operated by a "Kryo CPU."  Using the 5G Modem-RF System, the Snapdragon 6 Gen 1 processor provides connectivity to several cellular technologies including "5G NR [and] LTE."   Thus, a moto g Stylus 5G phone, having the Snapdragon 6 Gen 1 processor, includes a 5G Modem-RF System, i.e., "a receiver [and] a transmitter" and the Kryo CPU operatively coupled to the 5G Modem-RF System, i.e., "a processor, operatively coupled to the receiver and the transmitter."



performance
Internal Storage
256GB built-in I up to 2TB microSD card expandable
Memory (RAM)
8GB RAM, expandable up to 16GB5
Operating System
Android™ 14
Processor
Qualcomm® Snapdragon™ 6 Gen 1
Security
On-screen fingerprint reader, Face unlock, ThinkShield for mobile
Sensors
Hall/Magnet for Stylus, Proximity Sensor, Ambient Light Sensor, Accelerometer, Gyroscope, Sar sensor, Sensor Hub, Magnetometer (e-Compass), Barometer

Source: https://www.motorola.com/us/en/p/phones/moto-g/g-stylus-5g-gen-4/pmipmgr37mo.

Snapdragon
6
Gen 1

The Snapdragon® 6 Gen 1 Mobile Platform provides brilliance beyond expectation, fueling dynamic experiences backed by sustained power and performance. Illuminating capture, hard-hitting gaming, and intuitive AI assistance empower your every move. Plus, extend your reach with expansive connectivity, while adding color and confidence to every interaction.

## Expansive connectivity

Follow your ambitions near and far. The 4th Gen Snapdragon X62 5G Modem-RF System offers tier-topping 5G, with unparalleled speeds and widespread coverage. Plus, the first-in-series Qualcomm® FastConnect™ 6700 Mobile Connectivity System brings fast, reliable Wi-Fi 6E to more people than ever before. Connect from crowded arenas, remote locales, or while relaxing at home with ease.

- First 3GPP Release 16 5G solution in the Snapdragon 6-series

## 5G Modem-RF System

Snapdragon® X62 5G Modem-RF System

- 5G mmWave and sub-6 GHz
- SA, NSA, TDD, FDD, TDD-FDD aggregation
- Dynamic Spectrum Sharing
- mmWave: 200 MHz bandwidth, 2 carriers
- Sub-6 GHz: 140 MHz bandwidth
- Qualcomm® 5G PowerSave 2.0
- Qualcomm® Smart Transmit™ 2.0 technology
- Qualcomm® Wideband Envelope Tracking
- Qualcomm® AI-Enhanced Signal Boost
- Global 5G multi-SIM

Downlink: Up to 2.9 Gbps

Multimode support: 5G NR, LTE, mmWave-sub6 dual connectivity (NR-DC), EN-DC, CBRS, WCDMA, HSPA, CDMA 1x, EV-DO, GSM/EDGE

## CPU

Kryo CPU

- Up to 2.2 GHz
- 64-bit Architecture

Source: https://www.qualcomm.com/content/dam/qcomm-martech/dm-assets/documents/09162022_Prod_Brief_QCOM_SD_6_Gen_1.pdf.

166. In each of the Accused '544 Products, the transmitter and the processor are configured to transmit, using a first radio access technology (RAT), a service request message including information associated with at least one UE service. For example, a moto g Stylus 5G phone, i.e., the UE, supports multi-radio dual connectivity (MR-DC) according to TS 37.340. MR-DC includes various modes such as DC, EN-DC, NE-DC, and NGEN-DC, and NR-NR, in each of which a UE is connected to a master node MN and a secondary node SN. In EN-DC and NGEN-

DC, the MN is a 4G/LTE base station, generally denoted eNB, and the SN is a 5G base station, generally denoted gNB. In NE-DC, the MN is a gNB and the SN is an eNB. Thus, a moto g Stylus 5G phone is configured to connect to a cellular network using at least two RATs, e.g., LTE and NR. 5G phones, such as a moto g Stylus 5G phone, often operate in the EN-DC mode.

167.    In the EN-DC mode, in order to obtain network services, e.g., voice, data, and/or multimedia communications, a moto g Stylus 5G phone (UE) initiates "Service Request procedures." To this end, the transmitter and processor of the moto g Stylus 5G phone are configured to transmit towards the Access and Mobility Management Function (AMF) of the 4G/LTE network a non-access stratum (NAS) "Service Request." The NAS: Service Request is transmitted as a Radio Resource Control (RRC) message, and in particular, an RRCConnectionRequest (i.e., a service request message), using 4G/LTE radio (i.e., a first radio access technology (RAT)). The RRCConnectionRequest includes various fields, one of which is establishmentCause. The establishmentCause indicates to the network, *inter alia*, whether the service is originated by or terminated at the UE, i.e., information associated with at least one UE service.

168.    Additionally, in order to obtain a network service, a moto g Stylus 5G phone (UE) seeks packet data network (PDN) connectivity by sending a "PDN Connectivity Request." The PDN Connectivity Request includes information regarding the requested PDN service such as the access point name, "APN," "PDN Type," "Request Type," etc. In the EN-DC mode, the PDN Connectivity Request is transmitted using 4G/LTE radio (i.e., a first radio access technology (RAT)). Thus, each of RRCConnectionRequest and PDN Connectivity Request comprises a service request message including information associated with at least one UE service that the

transmitter and the processor of a moto g Stylus 5G phone are configured to transmit using 4G/LTE, i.e., a first radio access technology (RAT).

# 1 Scope

The present document provides an overview of the multi-connectivity operation using E-UTRA and NR radio access technologies. Details of the network and radio interface protocols are specified in companion specifications of the 36 and 38 series.

**Multi-Radio Dual Connectivity:** Dual Connectivity between E-UTRA and NR nodes, or between two NR nodes.

# 4 Multi-Radio Dual Connectivity

## 4.1 General

### 4.1.1 Common MR-DC principles

Multi-Radio Dual Connectivity (MR-DC) is a generalization of the Intra-E-UTRA Dual Connectivity (DC) described in 36.300 [2], where a multiple Rx/Tx UE may be configured to utilise resources provided by two different nodes connected via non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. One node acts as the MN and the other as the SN. The MN and SN are connected via a network interface and at least the MN is connected to the core network.

### 4.1.2 MR-DC with the EPC

E-UTRAN supports MR-DC via E-UTRA-NR Dual Connectivity (EN-DC), in which a UE is connected to one eNB that acts as a MN and one en-gNB that acts as a SN. The eNB is connected to the EPC via the S1 interface and to the en-gNB via the X2 interface. The en-gNB might also be connected to the EPC via the S1-U interface and other en-gNBs via the X2-U interface.

| | |
|---|---|
| DC | Intra-E-UTRA Dual Connectivity |
| EN-DC | E-UTRA-NR Dual Connectivity |
| MCG | Master Cell Group |
| MN | Master Node |
| MR-DC | Multi-Radio Dual Connectivity |
| NE-DC | NR-E-UTRA Dual Connectivity |
| NGEN-DC | NG-RAN E-UTRA-NR Dual Connectivity |
| NR-DC | NR-NR Dual Connectivity |
| SCG | Secondary Cell Group |
| SN | Secondary Node |

Source: TS 37.340, pp. 6-8.

### 5.3.4 Service Request procedures

The Service Request procedure in this clause is triggered by the UE in ECM-IDLE status to establish user plane radio bearers for the UE.

5.3.4.1 UE triggered Service Request

**Figure 5.3.4.1-1: UE triggered Service Request procedure**

The Service Request procedure in this clause is triggered by the UE in ECM-IDLE status to establish user plane radio bearers for the UE.

1. The UE sends NAS message Service Request towards the MME encapsulated in an RRC message to the eNodeB. The RRC message(s) that can be used to carry the S-TMSI and this NAS message are described in TS 36.300 [5].

Source: TS 23.401, pp. 174-75.

#### 5.3.1.1 RRC connection control

RRC connection establishment involves the establishment of SRB1. Except for EDT, E-UTRAN completes RRC connection establishment prior to completing the establishment of the S1 connection, i.e. prior to receiving the UE context information from the EPC. Consequently, AS security is not activated during the initial phase of the RRC

### 5.3.3 RRC connection establishment

#### 5.3.3.1 General

**Figure 5.3.3.1-1: RRC connection establishment, successful**

(and SRB1bis for NB-IoT) establishment. The procedure is also used to transfer the initial NAS dedicated information/ message from the UE to E-UTRAN.

– *RRCConnectionRequest*

The *RRCConnectionRequest* message is used to request the establishment of an RRC connection.

Signalling radio bearer: SRB0

RLC-SAP: TM

Logical channel: CCCH

Direction: UE to E-UTRAN

<u>Source</u>: TS 36.331, oo.63, 71, 73-74, 339.

***RRCConnectionRequest message***

```
-- ASN1START

RRCConnectionRequest ::=            SEQUENCE {
    criticalExtensions                  CHOICE {
        rrcConnectionRequest-r8             RRCConnectionRequest-r8-IEs,
        criticalExtensionsFuture            SEQUENCE {}
    }
}

RRCConnectionRequest-r8-IEs ::=     SEQUENCE {
    ue-Identity                         InitialUE-Identity,
    establishmentCause                  EstablishmentCause,
    spare                               BIT STRING (SIZE (1))
}

InitialUE-Identity ::=              CHOICE {
    s-TMSI                              S-TMSI,
    randomValue                         BIT STRING (SIZE (40))
}

EstablishmentCause ::=              ENUMERATED {
                                        emergency, highPriorityAccess, mt-Access, mo-Signalling,
                                        mo-Data, delayTolerantAccess-v1020, mo-VoiceCall-v1280,
spare1}

-- ASN1STOP
```

| ***RRCConnectionRequest* field descriptions** |
|---|
| ***establishmentCause***<br>Provides the establishment cause for the RRC connection request as provided by the upper layers. W.r.t. the cause value names: highPriorityAccess concerns AC11..AC15, 'mt' stands for 'Mobile Terminating' and 'mo' for 'Mobile Originating. eNB is not expected to reject a *RRCConnectionRequest* due to unknown cause value being used by the UE. |
| ***randomValue***<br>Integer value in the range 0 to $2^{40} - 1$. |
| ***ue-Identity***<br>UE identity included to facilitate contention resolution by lower layers. The *s-TMSI* is selected and set to the rightmost of 40 bits with the value received from upper layers if upper layers provide a 5G-S-TMSI. |

Source: TS 36.331, pp. 71, 339-40.



## 5.10.2 UE requested PDN connectivity

The UE requested PDN connectivity procedure for an E-UTRAN is depicted in figure 5.10.2-1. The procedure allows the UE to request for connectivity to an additional PDN over E-UTRAN including allocation of a default bearer, if the UE already has active PDN connections over E-UTRAN. This procedure may also be used when a UE has set "Attach without PDN Connectivity is supported" in the Preferred Network behaviour at attach time and the network has acknowledged its support to the UE. If so, the UE may remain attached without a Default PDN connection and, at any time, request a PDN connection to be established. This procedure is also used to request for connectivity to an

1. The UE initiates the UE Requested PDN procedure by the transmission of a PDN Connectivity Request (APN, PDN Type, Protocol Configuration Options, Request Type, Header Compression Configuration) message. If the

Source: TS 23.401, pp. 314-15.

**Table 8.3.20.1: PDN CONNECTIVITY REQUEST message content**

| IEI | Information Element | Type/Reference | Presence | Format | Length |
|---|---|---|---|---|---|
| | Protocol discriminator | Protocol discriminator 9.2 | M | V | 1/2 |
| | EPS bearer identity | EPS bearer identity 9.3.2 | M | V | 1/2 |
| | Procedure transaction identity | Procedure transaction identity 9.4 | M | V | 1 |
| | PDN connectivity request message identity | Message type 9.8 | M | V | 1 |
| | Request type | Request type 9.9.4.14 | M | V | 1/2 |
| | PDN type | PDN type 9.9.4.10 | M | V | 1/2 |
| D- | ESM information transfer flag | ESM information transfer flag 9.9.4.5 | O | TV | 1 |
| 28 | Access point name | Access point name 9.9.4.1 | O | TLV | 3-102 |
| 27 | Protocol configuration options | Protocol configuration options 9.9.4.11 | O | TLV | 3-253 |
| C- | Device properties | Device properties 9.9.2.0A | O | TV | 1 |
| 33 | NBIFOM container | NBIFOM container 9.9.4.19 | O | TLV | 3-257 |
| 66 | Header compression configuration | Header compression configuration 9.9.4.22 | O | TLV | 5-257 |
| 7B | Extended protocol configuration options | Extended protocol configuration options 9.9.4.26 | O | TLV-E | 4-65538 |

Sources: TS 23.401, p. 315; TS 24.301, p. 350.

169. In each of the Accused '544 Products, e.g., a moto g Stylus 5G phone, the transmitter and the processor are configured to receive, based on the transmitted service request message, a message with information to setup a bearer for a second RAT, wherein the second RAT is a different RAT than the first RAT. For example, as part of the "Service Request procedures,"

in response to the RRCConnectionRequest, the moto g Stylus 5G phone, i.e., the UE, is configured to receive RRCConnectionSetup signaling or message. In response to the PDN Connectivity Request, the UE is configured to receive RRCConnectionReconfiguration signaling or message. The RRCConnectionSetup and RRCConnectionReconfiguration each comprises a message that is based on, respectively, the UE transmitted RRCConnectionRequest or PDN Connectivity Request, each of which is the transmitted service request message.

170. While exchanging the above-identified messages, the UE is in RRC_CONNECTED state. In the EN-DC mode, depending on the nature of the requested service, e.g., bandwidth, specified/required quality of service, etc., the network adds one or more secondary nodes (SNs), in addition to the master node (MN), where the SN node is a 5G node gNB, that uses NR, i.e., a different RAT from the 4G/LTE used by the MN. The RRCConnectionSetup and RRCConnectionReconfiguration messages includes a field "radioResourceConfigDedicated" that is used to setup radio bearer(s), including data radio bearer(s), DRBs, at the UE. In the EN-DC mode, a DRB uses NR. The RRCConnectionReconfiguration message also includes the fields nr-RadioBeaterConfig1 and nr-RadioBeaterConfig2 fields that the UE uses to setup NR radio bearers.

171. Thus, RRCConnectionSetup and RRCConnectionReconfiguration each comprises a message with information to setup a bearer for NR, i.e., a second RAT, wherein the second RAT is a different RAT than 4G/LTE, i.e., the first RAT.

> Generally, ESM procedures can be performed only if an EMM context has been established between the UE and the MME, and the secure exchange of NAS messages has been initiated by the MME by use of the EMM procedures described in clause 5. The first default EPS bearer context, however, can be activated during the EPS attach procedure (see subclause 4.2). Once the UE is successfully attached, and the first default EPS bearer context has been activated during or after the attach procedure, the UE can request the MME to set up connections to additional PDNs. For each additional connection, the MME will activate a separate default EPS bearer context. A default EPS bearer context remains activated throughout the lifetime of the connection to the PDN.

### 4.2.1 UE states and state transitions including inter RAT

A UE is in RRC_CONNECTED when an RRC connection has been established or in RRC_INACTIVE (if the UE is connected to 5GC) when RRC connection is suspended. If this is not the case, i.e. no RRC connection is established, the UE is in RRC_IDLE state. The RRC states can further be characterised as follows:

- **RRC_CONNECTED**:
  - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;
  - For UEs supporting EN-DC, option to configure one NR SCG in conjunction with the MCG for DRBs and SRBs, for improved performance (SRBs) and increased bandwidth (DRBs);

### 10.2.1 EN-DC

The Secondary Node Addition procedure is initiated by the MN and is used to establish a UE context at the SN to provide resources from the SN to the UE. For bearers requiring SCG radio resources, this procedure is used to add at least the first cell of the SCG. This procedure can also be used to configure an SN terminated MCG bearer (where no SCG configuration is needed). Figure 10.2.1-1 shows the Secondary Node Addition procedure.

**Figure 10.2.1-1: Secondary Node Addition procedure**

### 5.3.3.4 Reception of the *RRCConnectionSetup* by the UE

NOTE 1: Prior to this, lower layer signalling is used to allocate a C-RNTI. For further details see TS 36.321 [6];

The UE shall:

1> perform the radio resource configuration procedure in accordance with the received *radioResourceConfigDedicated* and as specified in 5.3.10;

Sources: TS 36.331 at 34, 71, 85-86; TS 23.401 at 315; TS 37.340 at 34; 24.301 at 218.

#### 5.3.3.4    Reception of the *RRCConnectionSetup* by the UE

NOTE 1:  Prior to this, lower layer signalling is used to allocate a C-RNTI. For further details see TS 36.321 [6];

The UE shall:

1> perform the radio resource configuration procedure in accordance with the received *radioResourceConfigDedicated* and as specified in 5.3.10;

### 5.3.10    Radio resource configuration

#### 5.3.10.0    General

The UE shall:

1> if the received *radioResourceConfigDedicated* includes the *drb-ToAddModList*:

2> perform DRB addition or reconfiguration as specified in 5.3.10.3;

#### 5.3.10.3a1    DC specific DRB addition or reconfiguration

For the *drb-Identity* value for which this procedure is initiated, the UE shall:

1> if *drb-ToAddModListSCG* is received and includes the *drb-Identity* value; and *drb-Identity* value is not part of the current UE configuration (i.e. DC specific DRB establishment):

2> if *drb-ToAddModList* is received and includes the *drb-Identity* value (i.e. add split DRB):

2> else (i.e. add SCG DRB):

2> indicate the establishment of the DRB(s) and the *eps-BearerIdentity* of the established DRB(s) to upper layers;

Source: TS 36.331, pp. 71, 85-86.



8. If the eNodeB received an S1-AP Initial Context Setup Request, the eNodeB sends RRC Connection Reconfiguration to the UE including the PDN Connectivity Accept message.

### 5.3.5    RRC connection reconfiguration

#### 5.3.5.1    General



**Figure 5.3.5.1-1: RRC connection reconfiguration, successful**

The purpose of this procedure is to modify an RRC connection, e.g. to establish/ modify/ release RBs, to perform handover, to setup/ modify/ release measurements, to add/ modify/ release SCells. As part of the procedure, NAS dedicated information may be transferred from E-UTRAN to the UE.

Source: TS 23.401, p. 315; TS 36.331, p. 105.

### 5.3.5.3 Reception of an *RRCConnectionReconfiguration* not including the *mobilityControlInfo* by the UE

If the *RRCConnectionReconfiguration* message does not include the *mobilityControlInfo* and the UE is able to comply with the configuration included in this message, the UE shall:

1> if this is the first *RRCConnectionReconfiguration* message after successful completion of the RRC connection re-establishment procedure:

1> else:

2> if the *RRCConnectionReconfiguration* message includes the *radioResourceConfigDedicated*:

3> perform the radio resource configuration procedure as specified in 5.3.10;

1> if the received *RRCConnectionReconfiguration* includes the *nr-RadioBearerConfig1*:

2> perform radio bearer configuration as specified in TS 38.331 [82], clause 5.3.5.6;

1> if the received *RRCConnectionReconfiguration* includes the *nr-RadioBearerConfig2*:

2> perform radio bearer configuration as specified in TS 38.331 [82], clause 5.3.5.6;

Source: TS 36.331, pp. 106-07.

### 5.3.10 Radio resource configuration

#### 5.3.10.0 General

The UE shall:

1> if the received *radioResourceConfigDedicated* includes the *drb-ToAddModList*:

2> perform DRB addition or reconfiguration as specified in 5.3.10.3;

#### 5.3.10.3a1 DC specific DRB addition or reconfiguration

For the *drb-Identity* value for which this procedure is initiated, the UE shall:

1> if *drb-ToAddModListSCG* is received and includes the *drb-Identity* value; and *drb-Identity* value is not part of the current UE configuration (i.e. DC specific DRB establishment):

2> if *drb-ToAddModList* is received and includes the *drb-Identity* value (i.e. add split DRB):

2> else (i.e. add SCG DRB):

2> indicate the establishment of the DRB(s) and the *eps-BearerIdentity* of the established DRB(s) to upper layers;

#### 5.3.5.6 Radio Bearer configuration

##### 5.3.5.6.1 General

The UE shall perform the following actions based on a received *RadioBearerConfig* IE:

1> if the *RadioBearerConfig* includes the *drb-ToAddModList*:

2> perform DRB addition or reconfiguration as specified in 5.3.5.6.5.

##### 5.3.5.6.5 DRB addition/modification

The UE shall:

1> for each *drb-Identity* value included in the *drb-ToAddModList* that is not part of the current UE configuration (DRB establishment including the case when full configuration option is used):

2> establish a PDCP entity and configure it in accordance with the received *pdcp-Config*;

Source: TS 36.331, pp. 53, 55, 85-86, 106.

172. In each of the Accused ’544 Products, e.g., a moto g Stylus 5G phone, the receiver and the processor are configured to receive multimedia data using the second RAT and simultaneously receive data using the first RAT. Specifically, for the User Plane, where multimedia data is transmitted and/or received by a UE, such as a moto g Stylus 5G phone, three types of radio bearers are used. These include the master cell group (MCG) bearers, secondary cell group (SCG) bearers, and split bearers. In the EN-DC mode, the MN terminated MCG bearer can be configured for E-UTRAN packet data control protocol (PDCP) and radio link control (RLC). Thus, the MCG bearer uses the 4G/LTE RAT. The SCG bearer is configured for NR PDCP and RLC, and thus uses the 4G/LTE RAT. The split bearer is configured for NR PDCP, its RLC is configured for two RATs, 4G/LTE and NR. A UE can transmit / receive data using the MCG and SCG simultaneously or can send / receive two data streams simultaneously via the split bearer, one data stream using the 4G/LTE RLC and RAT and the other using the NR RLC and RAT. Therefore, the receiver and the processor of a moto g Stylus 5G phone are configured to

receive multimedia data using NR, i.e., the second RAT, and simultaneously receive data using

4G/LTE, i.e., the first RAT.

**Multi-Radio Dual Connectivity:** Dual Connectivity between E-UTRA and NR nodes, or between two NR nodes.

| | |
|---|---|
| DC | Intra-E-UTRA Dual Connectivity |
| EN-DC | E-UTRA-NR Dual Connectivity |
| MCG | Master Cell Group |
| MN | Master Node |
| MR-DC | Multi-Radio Dual Connectivity |
| NE-DC | NR-E-UTRA Dual Connectivity |
| NGEN-DC | NG-RAN E-UTRA-NR Dual Connectivity |
| NR-DC | NR-NR Dual Connectivity |
| SCG | Secondary Cell Group |
| SN | Secondary Node |

# 4    Multi-Radio Dual Connectivity

## 4.1    General

### 4.1.1    Common MR-DC principles

Multi-Radio Dual Connectivity (MR-DC) is a generalization of the Intra-E-UTRA Dual Connectivity (DC) described in 36.300 [2], where a multiple Rx/Tx UE may be configured to utilise resources provided by two different nodes connected via non-ideal backhaul, one providing NR access and the other one providing either E-UTRA or NR access. One node acts as the MN and the other as the SN. The MN and SN are connected via a network interface and at least the MN is connected to the core network.

Source: TS 37.340, pp. 7-8.

### 4.2.2    User Plane

In MR-DC, from a UE perspective, three bearer types exist: MCG bearer, SCG bearer and split bearer. These three bearer types are depicted in Figure 4.2.2-1 for MR-DC with EPC (EN-DC) and in Figure 4.2.2-2 for MR-DC with 5GC (NGEN-DC, NE-DC and NR-DC).

For EN-DC, the network can configure either E-UTRA PDCP or NR PDCP for MN terminated MCG bearers while NR PDCP is always used for all other bearers.

In MR-DC with 5GC, NR PDCP is always used for all bearer types. In NGEN-DC, E-UTRA RLC/MAC is used in the MN while NR RLC/MAC is used in the SN. In NE-DC, NR RLC/MAC is used in the MN while E-UTRA RLC/MAC is used in the SN. In NR-DC, NR RLC/MAC is used in both MN and SN.



**Figure 4.2.2-1: Radio Protocol Architecture for MCG, SCG and split bearers from a UE perspective in MR-DC with EPC (EN-DC)**

Source: TS 37.340, pp. 10-11

## 6.1    MAC Sublayer

In MR-DC, the UE is configured with two MAC entities: one MAC entity for the MCG and one MAC entity for the SCG.

In MR-DC, semi-persistent scheduling (SPS) resources can be configured on both Pcell and PSCell.

In MR-DC, the BSR configuration, triggering and reporting are independently performed per cell group. For split bearers, the PDCP data is considered in BSR in the cell group(s) configured by RRC.

In EN-DC, separate DRX configurations are provided for MCG and SCG.

From a network perspective, each bearer (MCG, SCG and split bearer) can be terminated either in MN or in SN. Network side protocol termination options are shown in Figure 4.2.2-3 for MR-DC with EPC (EN-DC) and in Figure 4.2.2-4 for MR-DC with 5GC (NGEN-DC, NE-DC and NR-DC).



**Figure 4.2.2-3: Network side protocol termination options for MCG, SCG and split bearers in MR-DC with EPC (EN-DC).**

Source: TS 37.340, pp. 11-12, 14.

PDCP Packet Data Convergence Protocol

### 4.3.1 User plane

The figure below shows the protocol stack for the user-plane, where PDCP, RLC and MAC sublayers (terminated in eNB on the network side) perform the functions listed for the user plane in subclause 6, e.g. header compression, ciphering, scheduling, ARQ and HARQ.

**Figure 4.3.1-1: User-plane protocol stack**

### 4.2.2 User Plane

For EN-DC, the network can configure either E-UTRA PDCP or NR PDCP for MN terminated MCG bearers while NR PDCP is always used for all other bearers.

**Figure 4.2.2-1: Radio Protocol Architecture for MCG, SCG and split bearers from a UE perspective in MR-DC with EPC (EN-DC)**

Sources: TS 36.300, pp. 27, 33; TS 37.340, p. 10.

173. In each of the Accused '544 Products, e.g., a moto g Stylus 5G phone, the multimedia data received over the first RAT and the second RAT use a same packet data protocol and same security keys to recover the multimedia data. This is because all three types of bearers

at a UE, namely the MCG bearer(s), the SCG bearer(s), and the split bearer(s), all use the same PDCP, i.e., a same packet data protocol.

174.    In addition, in the EN-DC mode, for a particular DRB, the network indicates the type of security key to be used at that DRB.  For example, a 4G/LTE DRB that is an MCG bearer may use $K_{eNB}$ and an NR DRB that is an SCG bearer may use S-$K_{eNB}$.  The security key S-$K_{eNB}$ is derived from $K_{eNB}$, however, and as such, the use of S-$K_{eNB}$ comprises the use of $K_{eNB}$.  Moreover, $K_{eNB}$ itself, and by hierarchy of keys S-$K_{eNB}$ as well, are derived from another security key called $K_{SEAF}$.  This is done, in part, because various signaling and data exchange operations between the UE and the network use numerous keys, some of which are refreshed from time to time.  Authenticating all of these security keys by the UE and the network each time they are generated is onerous and causes degradation of the network performance.  As such a certain key, such as $K_{SEAF}$, is generated via the authentication process, and the other keys are derived, as needed, from the already authenticated key, thereby avoiding the need to authenticate each security key separately.

175.    Thus, while using MCG and SCG bearers in the EN-DC mode, because S-$K_{eNB}$ and $K_{eNB}$ are derived from $K_{SEAF}$, the use of S-$K_{eNB}$ and $K_{eNB}$ in the User Plane, e.g., to receive and decrypt, and thus to recover the multimedia data, comprises the use of $K_{SEAF}$, i.e., the same security keys.  While using split bearer(s), the network identifies using "keyToUse" only a single security key to the split bearer, and that key is used for both the 4G/LTE and NR RLCs and RATs.  Thus, while using a split bearer as well, the same security keys are used to recover the multimedia data.

### 5.3.1.2 Security

AS security comprises of the integrity protection of RRC signalling (SRBs) as well as the ciphering of RRC signalling (SRBs) and user data (DRBs).

RRC handles the configuration of the security parameters which are part of the AS configuration: the integrity protection algorithm, the ciphering algorithm and two parameters, namely the *keyChangeIndicator* and the *nextHopChainingCount,* which are used by the UE to determine the AS security keys upon handover, connection re-establishment and/ or connection resume.

The integrity protection algorithm is common for signalling radio bearers SRB1, SRB2 and SRB4. When configured with MCG only, the ciphering algorithm is common for all radio bearers (i.e. SRB1, SRB2, SRB4 and DRBs). Neither integrity protection nor ciphering applies for SRB0.

In case of DC, a separate $K_{eNB}$ is used for SCG-DRBs (S-$K_{eNB}$). This key is derived from the key used for the MCG ($K_{eNB}$) and an SCG counter that is used to ensure freshness. To refresh the S-$K_{eNB}$ e.g. when the COUNT will wrap

In case of EN-DC, the network indicates whether the UE shall use either $K_{eNB}$ or S-$K_{gNB}$ for a particular DRB. S-$K_{gNB}$ is derived in the same way as S-$K_{eNB}$ as defined in 33.501[86], uses a different counter (*sk-Counter*) and is used only for DRBs using NR PDCP. Whenever there is a need to refresh S-$K_{gNB}$, e.g. upon change of MN or SN, the NR SCG reconfiguration with sync and key change is used (see 5.3.1.1). E-UTRAN provides a UE configured with EN-DC with an *sk-Counter* even when no DRB is setup using S-$K_{gNB}$ i.e. to facilitate configuration of SRB3. The same ciphering algorithm is used for all radio bearers using the same key (i.e. $K_{eNB}$ or S-$K_{gNB}$). Likewise, the same integrity algorithm is used for all SRBs using the same key. Although NR RRC uses different values for the security algorithms than E-UTRA, the actual algorithms are the same in case of EN-DC in this version of the specification. Hence, for such algorithms, the security capabilities supported by a UE are consistent across these RATs.

# 9 Security related aspects

MR-DC can only be configured after security activation in the MN.

In EN-DC and NGEN-DC, for bearers terminated in the MN the network configures the UE with $K_{eNB}$; for bearers terminated in the SN the network configures the UE with S-$K_{gNB}$. In NE-DC, for bearers terminated in the MN the network configures the UE with $K_{gNB}$; for bearers terminated in the SN the network configures the UE with S-$K_{eNB}$. In NR-DC, for bearers terminated in the MN the network configures the UE with $K_{gNB}$; for bearers terminated in the SN the network configures the UE with S-$K_{gNB}$.

In NE-DC and NR-DC, a PCell change without $K_{gNB}$ change does not require a S-$K_{eNB}$ change (NE-DC case) or a S-$K_{gNB}$ change (NR-DC case).

<u>Sources</u>: TS 36.331, p. 66; TS 37.340, p. 21.

# 6 Security procedures between UE and 5G network functions

## 6.0 General

When the UE is capable of connecting to 5GC and EPC and connected to an ng-eNB which is connected to both EPC and 5GC, the UE has the ability to select which core network to connect to as described in clause 4.8.4 in TS24.501[35]. If the UE selects the EPC, the UE shall use security procedure as in TS33.401[10]. Otherwise, if the UE selects 5GC, the UE shall use the security procedures as per this document.

## 6.1    Primary authentication and key agreement

### 6.1.1    Authentication framework

#### 6.1.1.1    General

The purpose of the primary authentication and key agreement procedures is to enable mutual authentication between the UE and the network and provide keying material that can be used between the UE and the serving network in subsequent security procedures. The keying material generated by the primary authentication and key agreement procedure results in an anchor key called the $K_{SEAF}$ provided by the AUSF of the home network to the SEAF of the serving network.

Keys for more than one security context can be derived from the $K_{SEAF}$ without the need of a new authentication run. A concrete example of this is that an authentication run over a 3GPP access network can also provide keys to establish security between the UE and a N3IWF used in untrusted non-3GPP access.

The anchor key $K_{SEAF}$ is derived from an intermediate key called the $K_{AUSF}$. The $K_{AUSF}$ may be securely stored in the AUSF based on the home operator's policy on using such key.

Source: TS 33.501, pp. 32-33.



**Figure 6.2.1-1: Key hierarchy generation in 5GS**



**Figure 6.2-1: Key hierarchy in E-UTRAN**

The key hierarchy (see Figure 6.2-1) includes following keys: $\mathbf{K_{eNB}}$, $\mathbf{K_{NASint}}$, $\mathbf{K_{NASenc}}$, $\mathbf{K_{UPenc}}$, $\mathbf{K_{RRCint}}$, $\mathbf{K_{RRCenc}}$ and $\mathbf{K_{UPint}}$

- $\mathbf{K_{eNB}}$ is a key derived by ME and MME from $K_{ASME}$ or by ME and target eNB.

Keys for UP traffic:

- $\mathbf{K_{UPenc}}$ is a key, which shall only be used for the protection of UP traffic with a particular encryption algorithm. This key is derived by ME and eNB from $K_{eNB}$, as well as an identifier for the encryption algorithm using the KDF as specified in clause A.7.

Sources: TS 33.501, p. 44; TS 33.401, p. 27.

5.3.5.6.5 DRB addition/modification

The UE shall:

1> for each *drb-Identity* value included in the *drb-ToAddModList* that is not part of the current UE configuration (DRB establishment including the case when full configuration option is used):

2> establish a PDCP entity and configure it in accordance with the received *pdcp-Config*;

2> if the PDCP entity of this DRB is not configured with *cipheringDisabled:*

3> else (i.e., UE connected to NR or UE in EN-DC):

4> configure the PDCP entity with the ciphering algorithms according to *securityConfig* and apply the $K_{UPenc}$ key associated with the master key ($K_{eNB}$/$K_{gNB}$) or the secondary key (S-$K_{gNB}$/S-$K_{eNB}$) as indicated in keyToUse;

### 6.10.4 Protection of traffic between UE and SN

This subclause provides the details of the needed SN RRC and UP keys and the algorithms used to protect the traffic whose PDCP terminates on the SN. The UE and SN may either calculate all the SN RRC and UP keys at once or as there are required to be used. The RRC and UP keys are $K_{RRCenc}$ and $K_{RRCint}$ for the SRB whose PDCP terminates on the SN and $K_{UPenc}$ for the DRBs whose PDCP terminate on the SN.

In the case of split PDU session where some of the DRB(s) is terminated at the MN and some DRB(s) is terminated at the SN, the MN shall ensure that all DRBs which belong to the same PDU session have the same UP integrity protection and ciphering activation. To achieve this, the MN shall inform the SN with its UP integrity protection and ciphering activation decision of any DRB that is offloaded and to be terminated at the SN. The SN shall activate the UP integrity protection and ciphering based on the MN decision.

Sources: TS 38.331, pp. 55-56; TS 33.501, pp. 88-89.

176. Additionally, Defendant has been and currently is an active inducer of infringement of the ’544 patent under 35 U.S.C. § 271(b) and a contributory infringer of the ’544 patent under 35 U.S.C. § 271(c).

177. Defendant has actively induced and continues to actively induce infringement of the ’544 patent by causing others to use, offer for sale, or sell in the United States, products or services covered by the ’544 patent, including the Accused ’544 Products. Defendant provides these products and services to others, such as customers, resellers, partners, and end-users, who, in turn, use, provision for use, offer for sale, or sell those products and services, which directly infringe the ’544 patent. Defendant’s inducement includes the advertisement, directions and instructions found at one or more of the following links, the provision of which has been on-going as of the filing this Complaint, and the content of which is specifically illustrated above:

- https://www.motorola.com/us/en/5g/
- https://www.motorola.com/us/en/p/phones/razr/razr-plus-gen-2/pmipmgs38mh?pn=PB2J0014US&tab=techspecs
- https://www.motorola.com/us/en/p/phones/motorola-edge/edge-plus-gen-3/pmipmfo33m2?pn=PAWJ0002US&tab=techspecs
- https://www.motorola.com/us/en/p/phones/moto-g/g-5g-gen-3/pmipmgl36mr?pn=PB0L0000US&tab=techspecs

178. Defendant knew of the '544 patent or should have known of the '544 patent, but was willfully blind to its existence. Upon information and belief, Defendant has known of the '544 patent since at least when it received a copy of this Complaint, or alternatively, at least as early as service upon Defendant of the Complaint in this action.

179. By the time of trial, Defendant will or should have known and intended (since receiving such notice) that its continued actions would infringe and would actively induce and contribute to the infringement of the '544 patent.

180. Defendant has committed and continues to commit contributory infringement by selling products and services that directly infringe the '544 patent when used by a third party, such as the Accused '544 Products, and that are a material part of the invention, knowing them to be especially made or adapted for use in infringement of the '544 patent and not staple articles or commodities of commerce suitable for substantial non-infringing use.

181. As a result of Defendant's acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

**COUNT VI**

(Defendant's Infringement of U.S. Patent No. 11,363,564)

182. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

183. The '564 patent claims and teaches, *inter alia,* an improved system and method for waking up user equipment (e.g., a mobile terminal) from sleep mode for a network-initiated connection by employing an improved two-stage paging procedure, in which the first and second paging signals are transmitted over separate channels. As described above, the first paging signal

contains a paging indicator which indicates that a paging message awaits the mobile terminal. In this improved paging system, the mobile terminal wakes up from sleep mode at specific, timed intervals based on the mobile terminal's user identity to monitor control channels for a paging indicator at the mobile terminal's paging occasion. In response to detecting a paging indicator, the mobile terminal reads the paging message transmitted over a shared transport channel, thereby establishing a network connection between the mobile terminal and the network.

184.    This system and method improved upon conventional paging procedures by separating the transmission of the paging indicator from the larger paging message. In a conventional paging procedure, both the paging indicator and the paging message were transmitted on the same control channel, with the paging message following the paging indicator at a fixed time offset. This method can be inefficient because a low-bandwidth channel may be used for the transmission of the paging message, which can be large in size, and because the time offset delays the transmission of the paging message. The invention specifically improves upon the conventional paging procedure by utilizing a pre-existing shared transport channel, which is optimized for the transmission of large amounts of data, and thus for the transmission of the paging message. As a result, bandwidth utilization and the overall system efficiency are significantly improved, allowing the mobile terminal to optimize battery consumption in the sleep mode.

185.    In some embodiments of the invention, the mobile terminal wakes up at a specific time slot to receive a first paging signal. The mobile terminal determines the time slot when it wakes (i.e., a paging occasion) based on a user equipment identity known to the core network, such as an international mobile subscriber identity. When the mobile terminal detects a paging indicator,

it then listens to the channel on which the paging indicator was received for the allocation of a shared channel. The mobile terminal then receives the paging message on the shared channel.

186. Accordingly, the claims of the ’564 patent recite user equipment (e.g., a mobile terminal), with transmitting circuitry, receiving circuitry, and a processor, configured to determine a paging occasion based on a user identity known to the core network and to monitor control channels (e.g., the SCCH) for a paging identity. In response to detecting the paging identity, the user equipment is configured to recover a shared channel allocation from the control channel with the detected paging identity. The user equipment is further configured to receive a shared channel based on the shared channel allocation, to recover a paging message for the user equipment from the received shared channel.

187. Defendant has directly infringed and continues to directly infringe at least clam 1 of the ’564 patent by making, using, testing, selling, offering for sale, and importing into the United States products and services covered by one or more claims of the ’564 patent. Defendant’s products and services that infringe the ’564 patent include all products and/or services that support long-term evolution (LTE) wireless broadband communication, which include but are not limited to Motorola Razr+, Motorola Edge, Moto G Stylus 5G, and Moto G Play, as well as any other of Defendant’s products and services, either alone or in combination, that operate in substantially the same manner (together, the “Accused ’564 Products”).

188. Claim 1 of the ’564 patent is reproduced below:

> *1. A user equipment (UE) comprising:*
>
> *receiving circuitry;*
>
> *transmitting circuitry; and*
>
> *a processor, wherein:*

> *the processor configured to determine a paging occasion based on a user identity known to a core network;*
>
> *the processor and the receiving circuitry configured to monitor control channels for a paging identity;*
>
> *the processor configured in response to detecting paging identity from a network node, to recover a shared channel allocation from a control channel from the control channels having the detected paging identity;*
>
> *the processor and the receiving circuitry configured to receive a shared channel based on the shared channel allocation;*
>
> *the processor configured to recover a paging message for the UE from the received shared channel; and*
>
> *the processor and the transmitting circuitry configured to transmit a random access signal to the network node in response to the paging message.*

189. The Accused '564 Products each comprise a user equipment, because each of these products is a smartphone, such as Motorola Razr+, that can connect to a 4G LTE or 5G NR network. In order to provide connectivity with 5G and LTE networks, these smartphones comply with the applicable standards, including but not limiting to:

- 5G; NR; Services provided by the physical layer (3GPP TS 38.202 V15.5.0) (2019-06) (hereinafter, **TS 38.202**);
- 5G; NR; Physical layer procedures for control (3GPP TS 38.213 V15.15.0) (2022-07) (hereinafter, **TS 38.213**);
- 5G; NR; NR and NG-RAN Overall description; Stage-2 (3GPP TS 38.300 V15.19.0) (2025-01) (hereinafter, **TS 38.300**);
- 5G; NR; User Equipment (UE) procedures in Idle mode and in RRC Inactive state (3GPP TS 38.304 V15.7.0) (2020-07) (hereinafter, **TS 38.304**);

- 5G; NR; Medium Access Control (MAC) protocol specification (3GPP TR 38.321 V15.11.0) (2019-09) (hereinafter, **TS 38.321**);

- 5G; NR; Radio Resource Control (RRC); Protocol specification (3GPP TS 38.331 V15.7.0) (2019-09) (hereinafter, **TS 38.331**);

- 5G; System architecture for the 5G System (5GS) (3GPP TS 23.501 V15.13.0) (2022-03) (hereinafter, **TS 23.501**);

- 5G; Non-Access-Stratum (NAS) protocol for 5G System (5GS); Stage 3 (3GPP TS 24.501 V15.7.0) (2022-07) (hereinafter, **TS 24.501**);

- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); User Equipment (UE) procedures in idle mode (3GPP TS 36.304 V8.10.0 Release 8) (2011-06) (hereinafter, **TS 36.304**);

- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Medium Access Control (MAC) protocol specification (3GPP TS 36.321 V8.12.0 Release 8) (2012-03) (hereinafter, **TS 36.321**);

- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Physical layer procedures (3GPP TS 36.213 V8.8.0 Release 8) (2009-09) (hereinafter, **TS 36.213**);

- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Multiplexing and channel coding (3GPP TS 36.212 V8.8.0 Release 8) (2009-12) (hereinafter, **TS 36.212**);

- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); User Equipment (UE) procedures in idle mode (3GPP TS 36.304 V8.10.0 Release 8) (2011-06) (hereinafter, **TS 36.304**);

- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Physical channels and modulation (3GPP TS 36.211 V8.9.0 Release 8) (2009-12) (hereinafter, **TS 36.211**);
- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RRC); Protocol specification (3GPP TS 36.331 V8.21.0 Release 8) (2014-06) (hereinafter, **TS 36.331**); and
- LTE; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall description; Stage 2 (3GPP TS 36.300 V8.12.0 Release 8) (2010-03) (hereinafter, **TS 36.300**).

190. Each of the Accused ’564 Products are 3GPP 5G NR or 3GPP LTE capable user equipment comprising a processor, a receiving circuitry and a transmitting circuitry configured to receive and respond to a paging message from a network. The Accused ’564 Products that support 3GPP 5G NR comprise a transceiver with the functionality of a transmitting circuitry, receiving circuitry and processor. As one example, the Motorola Razr+ is a 3GPP 5G NR and 3GPP LTE capable user equipment, comprising a Qualcomm Snapdragon 8s Gen 3 processor. The Qualcomm Snapdragon 8s Gen 3 further comprises a Snapdragon X62 5G Modem-RF System with LTE Broadcast technology which supports both 5G NR and LTE connectivity.



performance

| Internal Storage | Memory (RAM) | Operating System |
|---|---|---|
| 256GB built-in, UFS 4.0 | 12GB LPDDR5X | Android™ 14 |
| **Processor** | **Security** | **Sensors** |
| Snapdragon 8s Gen 3 Mobile Platform | Side fingerprint reader, Face unlock | Fingerprint reader, Proximity + light sensor, Ambient light sensor, Accelerometer, Gyroscope, eCompass, Hall sensor, Barometer |

Source: Best flip smartphone with AI features | motorola razr+ | motorola US | motorola

# Snapdragon 8s Gen 3 Mobile Platform

| Cellular Modem-RF | | |
|---|---|---|
| | Modem Name | Snapdragon™ X70 5G Modem-RF System |
| | Peak Download Speed | 6.5 Gbps |
| | Peak Upload Speed | 3.5 Gbps |
| | Cellular Modem-RF Specs | 8 carriers (mmWave), 2x2 MIMO (mmWave), 4x4 MIMO (Sub-6) |
| | Performance Enhancement Technologies | Qualcomm® Smart Transmit™ 2.0 technology, Qualcomm® 5G Ultra-Low Latency Suite, Qualcomm® 5G AI Suite, Qualcomm® 5G PowerSave Gen 3 |
| | Cellular Technology | HSPA, sub-6 GHz, TDD, LTE, WCDMA, FDD, SA (standalone), NSA (non-standalone), TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE, EN-DC, CBRS, NR-DC (mmWave-sub6 dual connectivity), SA (standalone) mmWave, mmWave |
| | Multi SIM | Global 5G Multi-SIM, Dual SIM Dual Active (DSDA) 5G+5G and 5G+4G |

Source: Snapdragon 8s Gen 3 Mobile Platform | Our Newest Mobile Processor | Qualcomm

**Overall architecture**

Schematically, the 5G system uses the same elements as the previous generations: a User Equipment (UE), itself composed of a Mobile Station and a USIM, the Radio Access Network (NG-RAN) and the Core Network (5GC), as shown in the figure below.

**Figure 1: overview of the 5GS**

Source: https://www.3gpp.org/technologies/5g-system-overview

191. In each of the Accused ’564 Products, the processor is configured to determine a paging occasion based on a user identity known to a core network. For instance, the Motorola

Razr+ determines the subframe (i.e., the paging occasion) where there may be a Paging Radio Network Temporary Identifier ("P-RNTI") on a control channel. The processor determines the paging occasion using an International Mobile Subscriber Identity ("IMSI") or Temporary Mobile Subscriber Identity ("TMSI") known to the core network, as seen below:

# 7 Paging

## 7.1 Discontinuous Reception for paging

The UE may use Discontinuous Reception (DRX) in idle mode in order to reduce power consumption. One Paging Occasion (PO) is a subframe where there may be P-RNTI transmitted on PDCCH addressing the paging message. One Paging Frame (PF) is one Radio Frame, which may contain one or multiple Paging Occasion(s). When DRX is used the UE needs only to monitor one PO per DRX cycle.

PF and PO is determined by following formulae using the DRX parameters provided in System Information:

PF is given by following equation:

SFN mod T= (T div N)*(UE_ID mod N)

Index i_s pointing to PO from subframe pattern defined in 7.2 will be derived from following calculation:

i_s = floor(UE_ID/N) mod Ns

- UE_ID: IMSI mod 1024.

IMSI is given as sequence of digits of type Integer (0..9), IMSI shall in the formulae above be interpreted as a decimal integer number, where the first digit given in the sequence represents the highest order digit.

Source: TS 36.304, pp. 26, 27.

### 9.2.3.11 IMSI

This information element contains an International Mobile Subscriber Identity, which is commonly used to identify the UE in the CN.

Source: TS 36.413, pp. 119.

# 7 Paging

## 7.1 Discontinuous Reception for paging

The UE may use Discontinuous Reception (DRX) in RRC_IDLE and RRC_INACTIVE state in order to reduce power consumption. The UE monitors one paging occasion (PO) per DRX cycle. A PO is a set of PDCCH monitoring occasions and can consist of multiple time slots (e.g. subframe or OFDM symbol) where paging DCI can be sent (TS 38.213 [4]). One Paging Frame (PF) is one Radio Frame and may contain one or multiple PO(s) or starting point of a PO.

In multi-beam operations, the UE assumes that the same paging message and the same Short Message are repeated in all transmitted beams and thus the selection of the beam(s) for the reception of the paging message and Short Message is up to UE implementation. The paging message is same for both RAN initiated paging and CN initiated paging.

The UE initiates RRC Connection Resume procedure upon receiving RAN initiated paging. If the UE receives a CN initiated paging in RRC_INACTIVE state, the UE moves to RRC_IDLE and informs NAS.

The PF and PO for paging are determined by the following formulae:

SFN for the PF is determined by:

(SFN + PF_offset) mod T = (T div N)*(UE_ID mod N)

Index (i_s), indicating the index of the PO is determined by:

i_s = floor (UE_ID/N) mod Ns

UE_ID: 5G-S-TMSI mod 1024

Source: TS 38.304, p. 28.

## 3.2 Abbreviations

5GC 5G Core Network

### 4.2.2 Network Functions and entities

The 5G System architecture consists of the following network functions (NF). The functional description of these network functions is specified in clause 6.

- Access and Mobility Management Function (AMF)

### 5.9.4 5G Globally Unique Temporary Identifier

The AMF shall allocate a 5G Globally Unique Temporary Identifier (5G-GUTI) to the UE that is common to both 3GPP and non-3GPP access. It shall be possible to use the same 5G-GUTI for accessing 3GPP access and non-3GPP access security context within the AMF for the given UE. An AMF may re-assign a new 5G-GUTI to the UE at any

The 5G-S-TMSI is the shortened form of the GUTI to enable more efficient radio signalling procedures (e.g. during Paging and Service Request) and is defined as:

<5G-S-TMSI> := <AMF Set ID> <AMF Pointer> <5G-TMSI>

As specified in TS 38.304 [50] and TS 36.304 [52] for 3GPP access, the NG-RAN uses the 10 Least Significant Bits of the 5G-TMSI in the determination of the time at which different UEs are paged. Hence, the AMF shall ensure that the 10 Least Significant Bits of the 5G-TMSI are evenly distributed.

# 6     Network Functions

## 6.1     General

Clause 6 provides the functional description of the Network Functions in the 5GC, and the principles for Network Function and Network Function Service discovery and selection.

Source: TS 23.501, pp. 18, 21, 135, 136, 200.

192.     In each of the Accused '564 Products, the processors and receiving circuitry are configured to monitor control channels for a paging identity.  For example, the Motorola Razr+ monitors the physical downlink control channel ("PDCCH") for a P-RNTI, as seen below:

## 6.1     Reception of system information

The NAS is informed if the cell selection and reselection results in changes in the received NAS system information.

UE shall monitor PCH as described in chapter 7.1 to received System Information change notifications in RRC_IDLE. Changes in the system information are indicated by the network using a *Paging* message. When the *Paging* message indicates system information changes then UE shall re-acquire all system information as specified in [3].

Source: TS 36.304, p. 26

## 7.1     Discontinuous Reception for paging

The UE may use Discontinuous Reception (DRX) in idle mode in order to reduce power consumption. One Paging Occasion (PO) is a subframe where there may be P-RNTI transmitted on PDCCH addressing the paging message. One Paging Frame (PF) is one Radio Frame, which may contain one or multiple Paging Occasion(s). When DRX is used the UE needs only to monitor one PO per DRX cycle.

Source: TS 36.304, p. 26

## 5.5    PCH reception

When the UE needs to receive PCH, the UE shall:

- if a PCH assignment has been received on the PDCCH for the P-RNTI:

  - attempt to decode the TB on the PCH as indicated by the PDCCH information.

Source: TS 36.321, p. 27

## 7.1    Discontinuous Reception for paging

The UE may use Discontinuous Reception (DRX) in RRC_IDLE and RRC_INACTIVE state in order to reduce power consumption. The UE monitors one paging occasion (PO) per DRX cycle. A PO is a set of PDCCH monitoring occasions and can consist of multiple time slots (e.g. subframe or OFDM symbol) where paging DCI can be sent (TS 38.213 [4]). One Paging Frame (PF) is one Radio Frame and may contain one or multiple PO(s) or starting point of a PO.

Source: TS 38.304, p. 27

## 3.1    Abbreviations

P-RNTI            Paging RNTI

## 8.1    UE Identities

In this clause, the identities used by NR connected to 5GC are listed. For scheduling at cell level, the following identities are used:

- P-RNTI: identification of Paging and System Information change notification in the downlink;

Source: TS 38.300, p. 38

## 10.1  UE procedure for determining physical downlink control channel assignment

- a Type2-PDCCH CSS set configured by *pagingSearchSpace* in *PDCCH-ConfigCommon* for a DCI format with CRC scrambled by a P-RNTI on the primary cell of the MCG

Source: TS 38.213, p. 75

#### 7.3.1.2 DCI formats for scheduling of PDSCH

##### 7.3.1.2.1 Format 1_0

DCI format 1_0 is used for the scheduling of PDSCH in one DL cell.

The following information is transmitted by means of the DCI format 1_0 with CRC scrambled by P-RNTI:

## 4.2 Downlink

| Control information | Physical Channel |
|---|---|
| DCI | PDCCH |

Source: TS 38.212, pp. 9, 91, 92.

193. In each of the Accused ’564 Products the processor is further configured to, in response to detecting a paging identity from a network node, recovering a shared channel allocation from a control channel from the control channels having the detected paging identity. As an example, the Motorola Razr+, in response to detecting a P-RNTI on a PDCCH, shall decode the downlink control information (“DCI”), corresponding to the Physical Downlink Shared Channel (“PDSCH”), from the PDCCH having the detected P-RNTI.

## 5.5 PCH reception

When the UE needs to receive PCH, the UE shall:

- if a PCH assignment has been received on the PDCCH for the P-RNTI:
  - attempt to decode the TB on the PCH as indicated by the PDCCH information.

Source: TS 36.321, p. 27

## 8.9 Discontinuous Reception

### *8.9.1 Discontinuous Reception and Paging in RRC_IDLE*

When a mobile is in a state of *discontinuous reception* (DRX), the base station only sends it downlink control information on the PDCCH in certain subframes. Between those subframes, the mobile can stop monitoring the PDCCH and can enter a low-power state known as *sleep mode*, so as to maximize its battery life. Discontinuous reception is implemented using two different mechanisms, which support paging in RRC_IDLE and low data rate transmission in RRC_CONNECTED.

In RRC_IDLE state, discontinuous reception is defined using a *DRX cycle* [39, 40], which lies between 32 and 256 frames (0.32 and 2.56 s). The base station specifies a default DRX cycle length in SIB 2, but the mobile can request a different cycle length during an attach request or a tracking area update (Chapters 11 and 14).

As shown in Figure 8.12, the mobile wakes up once every DRX cycle frames, in a *paging frame* whose system frame number depends on the mobile's international mobile subscriber identity. Within that frame, the mobile inspects a subframe known as a *paging occasion*, which also depends on the IMSI. If the mobile finds downlink control information addressed to the P-RNTI at the beginning of the subframe, then it goes on to receive an RRC *Paging* message on the PDSCH in the remainder of the subframe. The network knows the mobile's IMSI, so it can send the control information and the paging message in the correct subframe.

Source: C. Cox, An Introduction to LTE, Wiley, 2012, p. 159

## 7.1 UE procedure for receiving the physical downlink shared channel

A UE shall upon detection of a PDCCH with DCI format 1, 1A, 1B, 1C, 1D, 2 or 2A intended for the UE in a subframe, decode the corresponding PDSCH in the same subframe with the restriction of the number of transport blocks defined in the higher layers.

If a UE is configured by higher layers to decode PDCCH with CRC scrambled by the SI-RNTI, the UE shall decode the PDCCH and the corresponding PDSCH according to any of the combinations defined in table 7.1-1. The scrambling initialization of PDSCH corresponding to these PDCCHs is by SI-RNTI.

**Table 7.1-1: PDCCH and PDSCH configured by SI-RNTI**

| DCI format | Search Space | Transmission scheme of PDSCH corresponding to PDCCH |
|---|---|---|
| DCI format 1C | Common | If the number of PBCH antenna ports is one, Single-antenna port, port 0 is used, otherwise Transmit diversity. |
| DCI format 1A | Common | If the number of PBCH antenna ports is one, Single-antenna port, port 0 is used, otherwise Transmit diversity |

Source: TS 36.213, p. 19

### 5.3.3 Downlink control information

#### 5.3.3.1.3 Format 1A

DCI format 1A is used for the compact scheduling of one PDSCH codeword and random access procedure initiated by a PDCCH order.

Source: 3GPP TS 36.212 V8.8.0 (2009-12) Page 45, 48

#### 5.3.3.1.4 Format 1C

DCI format 1C is used for very compact scheduling of one PDSCH codeword.

Source: TS 36.212, pp. 45, 48

## 7 Paging

### 7.1 Discontinuous Reception for paging

The UE may use Discontinuous Reception (DRX) in idle mode in order to reduce power consumption. One Paging Occasion (PO) is a subframe where there may be P-RNTI transmitted on PDCCH addressing the paging message. One Paging Frame (PF) is one Radio Frame, which may contain one or multiple Paging Occasion(s). When DRX is used the UE needs only to monitor one PO per DRX cycle.

PF and PO is determined by following formulae using the DRX parameters provided in System Information:

PF is given by following equation:

SFN mod T= (T div N)*(UE_ID mod N)

Index i_s pointing to PO from subframe pattern defined in 7.2 will be derived from following calculation:

i_s = floor(UE_ID/N) mod Ns

- UE_ID: IMSI mod 1024.

IMSI is given as sequence of digits of type Integer (0..9), IMSI shall in the formulae above be interpreted as a decimal integer number, where the first digit given in the sequence represents the highest order digit.

Source: TS 36.304, pp. 26, 27

## 8.9 Discontinuous Reception

### *8.9.1 Discontinuous Reception and Paging in RRC_IDLE*

When a mobile is in a state of *discontinuous reception* (DRX), the base station only sends it downlink control information on the PDCCH in certain subframes. Between those subframes, the mobile can stop monitoring the PDCCH and can enter a low-power state known as *sleep mode*, so as to maximize its battery life. Discontinuous reception is implemented using two different mechanisms, which support paging in RRC_IDLE and low data rate transmission in RRC_CONNECTED.

In RRC_IDLE state, discontinuous reception is defined using a *DRX cycle* [39, 40], which lies between 32 and 256 frames (0.32 and 2.56 s). The base station specifies a default DRX cycle length in SIB 2, but the mobile can request a different cycle length during an attach request or a tracking area update (Chapters 11 and 14).

As shown in Figure 8.12, the mobile wakes up once every DRX cycle frames, in a *paging frame* whose system frame number depends on the mobile's international mobile subscriber identity. Within that frame, the mobile inspects a subframe known as a *paging occasion*, which also depends on the IMSI. If the mobile finds downlink control information addressed to the P-RNTI at the beginning of the subframe, then it goes on to receive an RRC *Paging* message on the PDSCH in the remainder of the subframe. The network knows the mobile's IMSI, so it can send the control information and the paging message in the correct subframe.

**Figure 8.12** Operation of discontinuous reception and paging in RRC_IDLE

Source: C. Cox, An Introduction to LTE, Wiley, 2012, pp. 197, 198.

## 8.1 UE Identities

In this clause, the identities used by NR connected to 5GC are listed. For scheduling at cell level, the following identities are used:

- P-RNTI: identification of Paging and System Information change notification in the downlink;

Source: TS 38.300, p. 38

## 3.3 Abbreviations

PDSCH Physical downlink shared channel

## 7.3.1.2 DCI formats for scheduling of PDSCH

### 7.3.1.2.1 Format 1_0

DCI format 1_0 is used for the scheduling of PDSCH in one DL cell.

The following information is transmitted by means of the DCI format 1_0 with CRC scrambled by P-RNTI:

- Frequency domain resource assignment – $\left\lceil \log_2 (N_{RB}^{DL,BWP}(N_{RB}^{DL,BWP}+1)/2) \right\rceil$ bits. If only the short message is carried, this bit field is reserved.
    - $N_{RB}^{DL,BWP}$ is the size of CORESET 0
- Time domain resource assignment – 4 bits as defined in Clause 5.1.2.1 of [6, TS38.214]. If only the short message is carried, this bit field is reserved.

## 4.2 Downlink

| Control information | Physical Channel |
|---|---|
| DCI | PDCCH |

Source: TS 38.212, pp. 9, 91, 92.

194. In each of the Accused ’564 Products, the processor and receiving circuitry are further configured to receive a shared channel based on the shared channel allocation. For example, the Motorola Razr+ receives a paging channel (PCH) carried on the PDSCH.

## 7.1 UE procedure for receiving the physical downlink shared channel

A UE shall upon detection of a PDCCH with DCI format 1, 1A, 1B, 1C, 1D, 2 or 2A intended for the UE in a subframe, decode the corresponding PDSCH in the same subframe with the restriction of the number of transport blocks defined in the higher layers.

If a UE is configured by higher layers to decode PDCCH with CRC scrambled by the SI-RNTI, the UE shall decode the PDCCH and the corresponding PDSCH according to any of the combinations defined in table 7.1-1. The scrambling initialization of PDSCH corresponding to these PDCCHs is by SI-RNTI.

Source: TS 36.213, p. 19

## 6.4 Physical downlink shared channel

The physical downlink shared channel shall be processed and mapped to resource elements as described in Section 6.3 with the following exceptions:

- In resource blocks in which UE-specific reference signals are not transmitted, the PDSCH shall be transmitted on the same set of antenna ports as the PBCH, which is one of $\{0\}$, $\{0,1\}$, or $\{0,1,2,3\}$
- In resource blocks in which UE-specific reference signals are transmitted, the PDSCH shall be transmitted on antenna port $\{5\}$

Source: TS 36.211, p. 55

## 5.1.3 Physical downlink control channel

The downlink control signalling (PDCCH) is located in the first $n$ OFDM symbols where $n \leq 4$ and consists of:

- Transport format and resource allocation related to DL-SCH and PCH, and hybrid ARQ information related to DL-SCH;
- Transport format, resource allocation, and hybrid-ARQ information related to UL-SCH;

Source: TS 36.300, p. 26

## 5.3 DL-SCH data transfer

### 5.3.1 DL Assignment reception

Downlink assignments transmitted on the PDCCH indicate if there is a transmission on the DL-SCH for a particular UE and provide the relevant HARQ information.

Source: TS 36.321, p. 17

## 7.1 UE procedure for receiving the physical downlink shared channel

A UE shall upon detection of a PDCCH with DCI format 1, 1A, 1B, 1C, 1D, 2 or 2A intended for the UE in a subframe, decode the corresponding PDSCH in the same subframe with the restriction of the number of transport blocks defined in the higher layers.

If a UE is configured by higher layers to decode PDCCH with CRC scrambled by the SI-RNTI, the UE shall decode the PDCCH and the corresponding PDSCH according to any of the combinations defined in table 7.1-1. The scrambling initialization of PDSCH corresponding to these PDCCHs is by SI-RNTI.

Source: TS 36.213, p. 19

## 8.1 Data Transmission Procedures

### *8.1.1 Downlink Transmission and Reception*

In step 2, the base station transmits the data on the downlink shared channel (DL-SCH) and the physical downlink shared channel (PDSCH). The data comprise either one or two *transport blocks*, whose duration is known as the *transmission time interval* (TTI), which equals the subframe duration of 1 ms. In response (step 3), the mobile composes a hybrid ARQ acknowledgement to indicate whether the data arrived correctly. It sends the acknowledgement on the physical uplink shared channel (PUSCH) if it is transmitting uplink data in the same subframe and on the physical uplink control channel (PUCCH) otherwise.



**Figure 8.12** Operation of discontinuous reception and paging in RRC_IDLE

---

Source: C. Cox, An Introduction to LTE, Wiley, 2012, pp. 173, 198

## 5.5 Transport Channels

3. **Paging Channel (PCH)** characterised by:

- support for UE discontinuous reception (DRX) to enable UE power saving (DRX cycle is indicated by the network to the UE);
- requirement to be broadcast in the entire coverage area of the cell, either as a single message or by beamforming different PCH instances;
- mapped to physical resources which can be used dynamically also for traffic/other control channels.

# 5 Model of physical layer of the UE

## 5.2.3 Paging channel

The physical-layer model for PCH transmission is described based on the corresponding physical-layer-processing chain, see Figure 5.2.3-1. The PCH is carried on PDSCH. Processing steps that are relevant for the physical-layer model, e.g. in the sense that they are configurable by higher layers, are highlighted in blue.

## 5.5     PCH reception

When the MAC entity needs to receive PCH, the MAC entity shall:

1> if a PCH assignment has been received on the PDCCH for the P-RNTI:

2> attempt to decode the TB on the PCH as indicated by the PDCCH information;

2> if the TB on the PCH has been successfully decoded:

3> deliver the decoded MAC PDU to upper layers.

Source: TS 38.202, pp. 7, 9.

195.     In each of the Accused '564 Products, the processor is further configured to recover a paging message for the UE from the received shared channel.  For example, the Motorola Razr+ recovers a paging message from the PCH.

## 5.3     Transport Channels

The physical layer offers information transfer services to MAC and higher layers. The physical layer transport services are described by *how* and with what characteristics data are transferred over the radio interface. An adequate term for this is 'Transport Channel'.

2. **Downlink Shared Channel (DL-SCH)** characterised by:

- support for HARQ;

- support for dynamic link adaptation by varying the modulation, coding and transmit power;

- possibility to be broadcast in the entire cell;

- possibility to use beamforming;

- support for both dynamic and semi-static resource allocation;

- support for UE discontinuous reception (DRX) to enable UE power saving.

Source: TS 36.300, p. 30.

### 5.3.2 Paging

#### 5.3.2.1 General

**Figure 5.3.2.1-1: Paging**

The purpose of this procedure is to transmit paging information to a UE in RRC_IDLE and/ or to inform UEs in RRC_IDLE and UEs in RRC_CONNECTED about a system information change and/ or about an ETWS primary notification and/ or ETWS secondary notification. The paging information is provided to upper layers, which in response may initiate RRC connection establishment, e.g. to receive an incoming call.

#### 5.3.2.2 Initiation

E-UTRAN initiates the paging procedure by transmitting the *Paging* message at the UE's paging occasion as specified in TS 36.304 [4]. E-UTRAN may address multiple UEs within a *Paging* message by including one *PagingRecord* for each UE. E-UTRAN may also indicate a change of system information and/ or provide an ETWS notification in the *Paging* message.

Source: TS 36.331, pp. 30, 31.

## 5 Model of physical layer of the UE

### 5.2.3 Paging channel

The physical-layer model for PCH transmission is described based on the corresponding physical-layer-processing chain, see Figure 5.2.3-1. The PCH is carried on PDSCH. Processing steps that are relevant for the physical-layer model, e.g. in the sense that they are configurable by higher layers, are highlighted in blue.

Source: TS 38.202, pp. 7, 9.

## 5.5 PCH reception

When the MAC entity needs to receive PCH, the MAC entity shall:

1> if a PCH assignment has been received on the PDCCH for the P-RNTI:

2> attempt to decode the TB on the PCH as indicated by the PDCCH information;

2> if the TB on the PCH has been successfully decoded:

3> deliver the decoded MAC PDU to upper layers.

Source: TS 38.321, p. 38.

## 5.3.2 Paging

### 5.3.2.1 General

The purpose of this procedure is:

- to transmit CN initiated paging information to a UE in RRC_IDLE or RRC_INACTIVE and/ or;

The paging information of CN initiated paging is provided to upper layers, which in response may initiate RRC connection establishment, e.g. to receive an incoming call.

Source: TS 38.331, pp. 74, 75.

196. In each of the Accused '564 Products, the processor and the transmitting circuitry are further configured to transmit a random access signal to the network node in response to the paging message. For example, the Motorola Razr+ initiates a service request procedure in response to receiving a paging message.

### 5.3.2 Paging

#### 5.3.2.1 General

**Figure 5.3.2.1-1: Paging**

The purpose of this procedure is to transmit paging information to a UE in RRC_IDLE and/ or to inform UEs in RRC_IDLE and UEs in RRC_CONNECTED about a system information change and/ or about an ETWS primary notification and/ or ETWS secondary notification. The paging information is provided to upper layers, which in response may initiate RRC connection establishment, e.g. to receive an incoming call.

#### 5.3.2.2 Initiation

E-UTRAN initiates the paging procedure by transmitting the *Paging* message at the UE's paging occasion as specified in TS 36.304 [4]. E-UTRAN may address multiple UEs within a *Paging* message by including one *PagingRecord* for each UE. E-UTRAN may also indicate a change of system information and/ or provide an ETWS notification in the *Paging* message.

Source: TS 36.331, pp. 30, 31.

### 10.1.5 Random Access Procedure

The random access procedure is characterized by:

The random access procedure is performed for the following five events:

- Initial access from RRC_IDLE;
- RRC Connection Re-establishment procedure;
- Handover;
- DL data arrival during RRC_CONNECTED requiring random access procedure;
  - E.g. when UL synchronisation status is 'non-synchronised';
- UL data arrival during RRC_CONNECTED requiring random access procedure;



**Figure 19.2.2.3-1: Initial Context Setup procedure (highlighted in blue) in Idle-to-Active procedure**

---

Source: TS 36.300, pp. 52, 86.

### 5.3.2.3 Reception of the *Paging message* by the UE

Upon receiving the *Paging* message, the UE shall:

1> if in RRC_IDLE, for each of the *PagingRecord*, if any, included in the *Paging* message:

2> if the *ue-Identity* included in the *PagingRecord* matches the UE identity allocated by upper layers:

3> forward the *ue-Identity* and *accessType* (if present) to the upper layers;

Source: TS 38.331, p. 40.

## 5.6.2 Paging procedure

Upon reception of a paging indication, the UE shall stop the timer T3346, if running, and shall initiate:

- a service request procedure over 3GPP access to respond to the paging as specified in subclauses 5.6.1; or
- a registration procedure for mobility and periodic registration update over 3GPP access to respond to the paging as specified in subclauses 5.5.1.3.

### 5.6.1 Service request procedure

The service request procedure is initiated by the UE, however, it can be triggered by the network by means of:

- the paging procedure (see subclause 5.6.2) for the transfer of downlink signalling or user data pending over 3GPP access to a UE in 5GMM-IDLE mode over 3GPP access;

#### 5.3.1.1 Establishment of the N1 NAS signalling connection

When the UE is in 5GMM-IDLE mode over 3GPP access and needs to transmit an initial NAS message, the UE shall request the lower layer to establish an RRC connection. Upon indication from the lower layers that the RRC connection

Source: TS 34.501, pp. 196, 208.

### 5.3.2 Paging

#### 5.3.2.1 General

The paging information of CN initiated paging is provided to upper layers, which in response may initiate RRC connection establishment, e.g. to receive an incoming call.

Source: TS 38.331, pp. 74, 75.

### 9.2.6 Random Access Procedure

The random access procedure is triggered by a number of events:

- Initial access from RRC_IDLE;
- RRC Connection Re-establishment procedure;



(a) Contention-Based

(b) Contention-Free

**Figure 9.2.6-1: Random Access Procedures**

Source: TS 38.300, pp. 58, 59.

197. Additionally, Defendant has been and currently is an active inducer of infringement of the ’564 patent under 35 U.S.C. § 271(b) and a contributory infringer of the ’564 patent under 35 U.S.C. § 271(c).

198. Defendant has actively induced and continues to actively induce infringement of the ’564 patent by causing others to use, offer for sale, or sell in the United States, products, or services covered by the ’564 patent, including but not limited to the Accused ’564 Products and any other products or services that include processers compliant with LTE, having the discontinuous paging reception functionality described above. Defendant provides these products and services to others, such as customers, resellers, partners, and end-users, who, in turn, use, provision for use, offer for sale, or sell those products and services, which directly infringe the ’564 patent as described above. Defendant’s inducement includes requiring processors within the Accused ’564 Products to be compliant with LTE, in which the discontinuous paging reception functionality described above is mandatory, and advertising and promotion, directions and

instructions found at one or more of the following links, the provision of which has been on-going as of the filing of this Complaint, and the content of which is specifically illustrated above:

- https://www.motorola.com/us/en/p/phones/razr/razr-plus-gen-2/pmipmgs38mh?pn=PB2J0004US&tab=techspecs
- https://www.motorola.com/us/en/p/phones/moto-g/g-stylus-5g-gen-4/pmipmgr37mo?pn=PB1M0011US
- https://www.motorola.com/us/en/p/phones/motorola-edge/edge-gen-5/pmipmgm36mw?pn=PB0T0003US
- https://www.motorola.com/us/en/p/phones/moto-g/g-play-gen-3/pmipmgj36mj?pn=PB0C0008US

199. Defendant has contributed to and continues to contribute to the infringement of the ’564 patent by others by knowingly providing one or more components, for example the Qualcomm processors and modems included in the Accused ’564 Products, a portion thereof, and/or the software/hardware modules responsible for the accused functionality described herein, that, when installed, configured, and used result in systems that, as intended by Defendant described above, directly infringe one or more clams of the ’564 patent.

200. Defendant knew of the ’564 patent or should have known of the ’564 patent, but was willfully blind to its existence. Upon information and belief, Defendant had actual knowledge of the ’564 patent at least as early as 2022, when IV sent a claim chart to Lenovo identifying claim 1 of the ’564 patent as infringed and corresponding identification of the accused functionality in chart form. Additionally in October 2022, IV presented a PowerPoint presentation to Lenovo regarding exemplar IV assets relevant to Lenovo that included identification of the ’564 patent, among other information. Additionally, Defendant has known of the ’564 patent since at least when it received a copy of this Complaint, or alternatively, at least as early as service upon Defendant of the Complaint in this action.

201. By the time of trial, Defendant will or should have known and intended (since receiving such notice) that its continued actions would infringe and would actively induce and contribute to the infringement of the ’564 patent.

202. Defendant has committed and continues to commit contributory infringement by selling products and services that directly infringe the ’564 patent when used by a third party, such as the Accused ’564 Products, and that are a material part of the invention, knowing them to be especially made or adapted for use in infringement of the ’564 patent and not staple articles or commodities of commerce suitable for substantial non-infringing use.

203. As a result of Defendant’s acts of infringement, IV has suffered and will continue to suffer damages in an amount to be determined at trial.

## **PRAYER FOR RELIEF**

IV requests that the Court enter judgment as follows:

(A) that Defendant has infringed the ’253 patent;

(B) that Defendant has infringed the ’835 patent;

(C) that Defendant has infringed the ’439 patent;

(D) that Defendant has infringed the ’122 patent;

(E) that Defendant has infringed the ’544 patent;

(F) that Defendant has infringed the ’564 patent;

(G) awarding damages sufficient to compensate IV for Defendant’s infringement under 35 U.S.C. § 284;

(H) finding this case exceptional under 35 U.S.C. § 285 and awarding IV its reasonable attorneys' fees;

(I) awarding IV its costs and expenses incurred in this action;

(J) awarding IV prejudgment and post-judgment interest; and

(K) granting IV such further relief as the Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

IV demands trial by jury of all claims so triable under Federal Rule of Civil Procedure 38.

Dated: June 2, 2025.

Respectfully submitted,

*/s/Karl Rupp*

Karl Rupp
State Bar No. 24035243
**SOREY & HOOVER, LLP**
100 N. 6TH Street, Ste. 503
Waco, Texas 76701
Tel: (903) 230-5600
Fax: (903) 230-5656
krupp@soreylaw.com

Matthew D. Vella
mvella@princelobel.com
Robert R. Gilman
rgilman@princelobel.com
Jonathan R. DeBlois
jdeblois@princelobel.com
Brian Seeve
bseeve@princelobel.com
Suhrid Wadekar
swadekar@princelobel.com
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

COUNSEL FOR PLAINTIFFS